AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Southern District of Florida

FREDERICK A. SHOTZ,

    Plaintiffs,

vs.

KEN JENNE, in his official capacity as Sheriff of Broward County, Florida, and the
BROWARD COUNTY COMMISSION,

    Defendant.

**SUMMONS IN A CIVIL CASE**

Case Number: 00-6088

CIV-D...

MAGISTRATE JUDGE
BROWN

To: (Name and address of Defendant)

The Broward County Commission
By serving:
Broward County Attorney's Office
115 S. Andrews Ave., Suite 423
Ft. Lauderdale 33301

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    STEPHEN M. CODY, ESQ.
    16610 SW 82nd Court
    Miami, FL 33157-3604

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MATTOX
CLERK

_____
(BY) DEPUTY CLERK

_____
DATE  January 19, 2000

