**United States District Court**
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. **00-6088**

FREDERICK A. SHOTZ,

Plaintiff,

v.

**CIV-DAVIS**

KEN JENNE, in his official capacity as Sheriff
of Broward County, Florida, and the
BROWARD COUNTY COMMISSION,

MAGISTRATE JUDGE
BROWN

Defendant.

### MOTION TO APPOINT PROCESS SERVER

Plaintiff FREDERICK A. SHOTZ moves this Court for entry of an Order appointing Scott G. Sutor with S.G.S. Services to serve the summons and complaint in this action. Sutor is over the age of 18, is not an employee of the undersigned, and has no interest in this matter.

STEPHEN M. CODY, ESQ.
16610 SW 82nd Court
Miami, FL 33157-3604
Telephone (305) 233-8073
Telecopier (3050 251-5715

Florida Bar No. 334685

### ORDER

The above motion is hereby GRANTED. Scott G. Sutor with S.G.S. Services is hereby appointed to serve the summons and complaint in this action.

DONE AND ORDERED in Miami, Miami-Dade County, Florida this ____ day of January, 2000.

CLARENCE MATTOX, CLERK

By: _____
Deputy Clerk