UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FREDERICK A. SHOTZ

    Plaintiff,

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

    Defendants.
_____/

CASE NO. 00-6088-CIV-DAVIS

Magistrate Judge Brown

## UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME

Defendants KEN JENNE, in his official capacity as Sheriff of Broward County, and the BROWARD COUNTY COMMISSION (hereinafter collectively referred to as "BSO" and the "County"), by and through their respective undersigned counsel, pursuant to Local Rule 7.1(A)(1)(j) for the United States District Court for the Southern District of Florida, hereby move the Court for an extension of time until Thursday, February 24, 2000 within which to file a responsive pleading to Plaintiff's Amended Complaint. In support of this request, BSO and the County state as follows:

1. On January 19, 2000, Defendants BSO and Broward County were served with Plaintiff's fifteen (15) page, two (2) count Complaint, alleging claims of discrimination in violation of Title II of the Americans with Disabilities Act ("ADA"), and a claim for alleged violations of Section 504 of the Rehabilitation Act.

2. On January 24, 2000, Plaintiff sent to Broward County a fifteen (15) page Amended Complaint, eliminating some of the prayers for relief. BSO also received a copy

CASE NO. 00-6088-CIV-DAVIS

of the Amended Complaint shortly thereafter.

3. The response to Plaintiff's Amended Complaint is due to be served by Thursday, February 10, 2000.

4. Although raising similar claims as in the original complaint, Plaintiff's Amended Complaint contains allegations that require extensive research.

5. Accordingly, Broward County and BSO respectfully request that this Court extend the time within which the Defendants must serve a responsive pleading to Plaintiff's Amended Complaint up to and including Thursday, February 24, 2000.

6. The granting of this extension of time will not delay this cause, nor result in prejudice to the Plaintiff, and will further serve the interests of justice.

7. Counsel for the County has contacted Stephen M. Cody, Esquire, counsel for Plaintiff, and can represent that said counsel has no objection to the extension of time requested herein.

CASE NO. 00-6088-CIV-DAVIS

8. A proposed order is attached to this Motion.

                Respectfully submitted,

                EDWARD A. DION,
                County Attorney for Broward County
                Governmental Center, Suite 423
                115 South Andrews Avenue
                Fort Lauderdale, Florida 33301
                Telephone: (954) 357-7600
                Telecopier: (954) 357-7641

By: _____
      BETH-ANN E. HERSCHAFT
      Assistant County Attorney
      Florida Bar No. 010804

and          Respectfully submitted,

                Law Offices of Carmen Rodriguez, P.A.
                Carmen Rodriguez, P.A.
                9130 S. Dadeland Boulevard
                Two Datran Center, Suite 1109
                Miami, Florida 33156
                Ph: (305) 670-8400

By: _____
    Carmen Rodriguez
    Florida Bar No. 710385

_____
BARI L. GOLDSTEIN
Florida Bar No. 0152900

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen M. Cody, Esquire, Attorney for Plaintiffs, 16610 S.W. 82nd Court, Miami, Florida, this 7th day of February, 2000.

By _____
for BETH-ANN E. HERSCHAFT
Assistant County Attorney

By: _____
BARI L. GOLDSTEIN