UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FREDERICK A. SHOTZ
    Plaintiff,

CASE NO. 00-6088-CIV-DAVIS
Magistrate Judge Brown

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,
    Defendants.
_____/



### ORDER ON UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon the Motion of Defendants KEN JENNE, in his official capacity of Sheriff of Broward County, and BROWARD COUNTY, for an extension of time in which to serve their respective responses to the Plaintiff's Amended Complaint pursuant to Local Rule 7.1(a)(1)(j) for the United States District Court for the Southern District of Florida.

After reviewing said motion, it is hereby

**ORDERED AND ADJUDGED** that the Motion is GRANTED. It is further ORDERED AND ADJUDGED that Defendants shall have up to and including Thursday, February 24, 2000, within which to serve their response to Plaintiff's Amended Complaint.

2/10/2000

EDWARD B. DAVIS
UNITED STATES DISTRICT COURT JUDGE

cc:    Beth-Ann E. Herschaft, Esquire
        Bari L. Goldstein, Esquire
        Stephen M. Cody, Esquire

