FREDERICK A SHOTZ

    PLAINTIFF

KEN JENNE, SHERIFF OF BROWARD COUNTY, ETC

    DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CIV

TYPE OF WRIT: SUMMONS & COMPLAINT
              20 DAYS

VERIFIED RETURN OF SERVICE

Pursuant to the request of:
STEPHEN M CODY, ESQ
16610 SW 82 CT
MIAMI, FL 33157
305-233-8073

I SCOTT SUTOR #597 Received this process on 1-19-00 at 9:00AM and served same on **KEN JENNE, SHERIFF OF BROWARD COUNTY** at **2601 W BROWARD BLVD** in **FT LAUD FL 33301**, DATE SERVED: 1-19-00 TIME SERVED: 12:35PM

BY SERVING: PATRICIA WINDOWMAKER, ESQ

RELATIONSHIP: LEGAL COUNSEL

COMMENTS:

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen (18). Under the penalty of perjury, I declare that I have read the foregoing **Verified Return of Service** and that the facts stated in it are true.

_____
SCOTT SUTOR # 597
DADE COUNTY PROCESS SERVER

S. G. S. SPECIAL SERVICES, INC.
(305) 829-2300

REFERENCE # 99-4089

4085

# United States District Court
## Southern District of Florida

FREDERICK A. SHOTZ,

    Plaintiffs,

vs.

KEN JENNE, in his official capacity as Sheriff of Broward County, Florida, and the BROWARD COUNTY COMMISSION,

    Defendant.

**SUMMONS IN A CIVIL CASE**

S.D. OF FLA.-FTL

Case Number: **00-6088 CIV-DAVIS**

MAGISTRATE JUDGE BROWN

To: (Name and address of Defendant)

    KEN JENNE, in his official capacity as Sheriff of Broward County, Florida
    By serving: KEN JENNE
    Department of Legal Affairs
    2601 W Broward Blvd, Suite 3548
    Fort Lauderdale, FL

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    STEPHEN M. CODY, ESQ.
    16610 SW 82nd Court
    Miami, FL 33157-3604

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLARENCE MATTOX
CLERK

_____(signature)_____
(BY) DEPUTY CLERK

_____January 19, 2000_____
DATE

RECD _1-19_
SERVED _PATRICIA WINDOWMAKER_
DATE _1-19_ TIME _1235p_
SCOTT SUTOR _____