FREDERICK A SHOTZ

        PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CIV

KEN JENNE, SHERIFF OF BROWARD COUNTY, ETC

        DEFENDANT

TYPE OF WRIT: SUMMONS & COMPLAINT
              20 DAYS

VERIFIED RETURN OF SERVICE

Pursuant to the request of:
STEPHEN M CODY, ESQ
16610 SW 82 CT
MIAMI, FL 33157
305-233-8073

I SCOTT SUTOR #597 Received this process on 1-19-00 at 9:00AM and served same on **THE BROWARD COUNTY COMMISSION** at 115 S ANDREWS AVE # 423 in **FT LAUD FL 33301**, DATE SERVED: 1-19-00 TIME SERVED: 1:20PM

**BY SERVING: NORMAN OSTRAU, ESQ**

**RELATIONSHIP: COUNTY ASST ATTY**

COMMENTS:

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen (18). Under the penalty of perjury, I declare that I have read the foregoing **Verified Return of Service** and that the facts stated in it are true.

SCOTT SUTOR # 597
DADE COUNTY PROCESS SERVER

S. G. S. SPECIAL SERVICES, INC.
(305) 829-2300

REFERENCE # 99-4088

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Southern District of Florida

FREDERICK A. SHOTZ,

    Plaintiffs,

vs.

KEN JENNE, in his official capacity as Sheriff
of Broward County, Florida, and the
BROWARD COUNTY COMMISSION,

    Defendant.

**SUMMONS IN A CIVIL CASE**

Case Number: **00-6088**

**CIV-DAVIS**

MAGISTRATE JUDGE
BROWN

To: (Name and address of Defendant)

The Broward County Commission
By serving:
Broward County Attorney's Office
115 S. Andrews Ave., Suite 423
Ft. Lauderdale 33301

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    STEPHEN M. CODY, ESQ.
    16610 SW 82nd Court
    Miami, FL 33157-3604

357-7600

Linda

an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Norm
Noel
Mike

CLARENCE MATTOX
CLERK

_____
(BY) DEPUTY CLERK

_____
DATE  January 19, 2000

RECD  1-19
SERVED  Norman Ostrau
DATE  1-19   TIME  1:20 p.m.
SCOTT SUTOR
DADE COUNTY, etc.