United States District Court
Southern District of Florida
Miami Division

Case No. 00-6088 – CIV - DAVIS

Magistrate Judge Brown

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

    Defendants.



## AGREED MOTION TO AMEND AMENDED COMPLAINT

Plaintiff FREDERICK A. SHOTZ, by and through his undersigned counsel, moves this Court for entry of an Agreed Order permitting him to amend the Amended Complaint and as grounds therefore would show:

1. Plaintiff served his amended complaint upon the Defendants. Subsequent thereto, the separately moved to dismiss the Amended Complaint and/or for a more definite statement.

2. Plaintiff has contacted the Defendants and has agreed to file a second amended complaint that will deal with the issues raised by the Defendants' motions. Both Defendants have agreed to the entry of an Order permitting Plaintiff to amend the Amended Complaint.

3. A copy of the proposed Second Amended Complaint is attached hereto.



WHEREFORE, Plaintiff respectfully requests that this Court enter an Order permitting him to file his Second Amended Complaint.

> STEPHEN M. CODY, ESQ.
> 16610 SW 82nd Court
> Miami, FL 33157-3604
> Telephone (305) 233-8073
> Telecopier (305) 251-5713

_____
Florida Bar No. 334685

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Beth-Ann E. Hershaft, Esq., Assistant County Attorney, Broward County, 115 S. Andrews Avenue, Room 423 Ft. Lauderdale, FL 33301 and to Bari L. Goldstein, Esq., Law Office Of Carmen Rodriguez, 9130 S Dadeland Blvd # 1109, Miami FL 33156-7848 this March 22, 2000.

_____