United States District Court
Southern District of Florida
Miami Division

Case No. 00-6088 – CIV - DAVIS

Magistrate Judge Brown

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

    Defendants.



FILED by _____ D.C.
MAR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AGREED MOTION TO AMEND AMENDED COMPLAINT

THIS CAUSE coming on the Agreed Motion of Plaintiff Frederick A. Shotz to Amend the Amended Complaint and the Court having reviewed the matter and upon agreement of the Defendants, it is thereupon

ORDERED AND ADJUDGED that the motion is hereby granted. The motions filed by Defendants to dismiss or for a more definite statement are hereby moot. The Second Amended Complaint attached Plaintiff's motion is deemed filed and the Defendants are directed to file a response thereto within 20 days from the date hereof.

DONE AND ORDERED in Chambers in Miami, Florida this 24 day of Mar, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Stephen M. Cody, Esq.
Beth-Ann E. Hershaft, Esq.
Bari L. Goldstein, Esq.