United States District Court
Southern District of Florida
Miami Division

Case No. 00-6088 – CIV - DAVIS

Magistrate Judge Brown

FREDERICK A. SHOTZ,

    Plaintiff,

v.

**DEMAND FOR TRIAL BY JURY**

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, et al,

    Defendants.

---

Plaintiff Frederick A. Shotz hereby demands that a trial by jury be given him on all issues so triable.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Beth-Ann E. Hershaft, Esq., Assistant County Attorney, Broward County, 115 S. Andrews Avenue, Room 423 Ft. Lauderdale, FL 33301 and to Bari L. Goldstein, Esq., Law Office Of Carmen Rodriguez, 9130 S Dadeland Blvd # 1109, Miami FL 33156-7848 this April 9, 2000.

STEPHEN M. CODY, ESQ.
16610 SW 82nd Court
Miami, FL 33157-3604
Telephone (305) 233-8073
Telecopier (305) 251-5713

Florida Bar No. 334685