UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088-CIV-DAVIS/BROWN

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official
capacity as Sheriff of Broward
County, Florida, and the
BROWARD COUNTY COMMISSION,

    Defendants.
_____/



### ORDER REQUIRING JOINT SCHEDULING REPORT AND PROPOSED ORDER

THIS MATTER is before the Court *sua sponte*. Pursuant to Fed. R. Civ. P. 16 and S.D. Fla. LR. 16.1(B), it is

ORDERED AND ADJUDGED that counsel for all parties are directed to meet and thereafter to file a Scheduling Report of Scheduling Meeting and a Joint Proposed Scheduling Order within twenty (20) days of the date of this Order.

In addition to the requirements of S.D. Fla. LR. 16.1(B)(7), the Scheduling Report shall contain:

    1. a brief statement outlining the nature of the action;

    **2. a statement of whether the case is jury or non-jury;**

    3. a factual summary of Plaintiff's claim; and

    4. a factual summary of Defendant's case.

Upon receipt of the Scheduling Report and Joint Proposed Scheduling Order, the Court will set a trial date for this cause. **Stamped, addressed envelopes** should accompany the Scheduling Report



and Proposed Order.

Failure to comply with this Order and the requirements of S.D. Fla. LR. 16.1(B) and Fed. R. Civ. P. 16 "will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment." S.D. Fla. LR. 16.1(M). Should any party refuse to meet or otherwise comply with this Order, the remaining party or parties should nevertheless comply to the best of their ability under the circumstances, and submit the Scheduling Report and Proposed Scheduling Order, as well as a Motion for Sanctions pursuant to S.D. Fla. LR. 16.1(M).

DONE AND ORDERED in Chambers, Miami, Florida, this 21st day of April, 2000.

EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to:

Stephen M. Cody
16610 S.W. 82nd Court
Miami, FL

Beth-Ann Herschaft
Assistant County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

Carmen Rodriguez
9130 South Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, FL 33156

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6208-CIV-DAVIS/BROWN

MELVYN D. TAYLOR,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and UNUM
LIFE INSURANCE COMPANY OF
AMERICA,

    Defendants.
_____/



FILED by ___ D.C.

APR 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Reply to Defendant's Response to Plaintiff's Motion for Remand (filed April 4, 2000). It is

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED** *nunc pro tunc*.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of April, 2000.

    EDWARD B. DAVIS
    CHIEF UNITED STATES DISTRICT JUDGE

cc:
John E. Meagher
Jeffrey M. Landau
Shutts & Bowen LLP
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131

Walter G. Campbell, Jr.
Krupnick, Campbell et al.
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316