UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088-CIV-DAVIS/BROWN

FREDERICK SHOTZ,

   Plaintiff,

v.

BROWARD COUNTY SHERIFF'S
OFFICE, Ken Jenne, Sheriff,
BROWARD COUNTY BOARD OF
COMMISSIONERS,

   Defendants.
_____/

FILED by _____ D.C.

MAY - 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Defendant, BSO's, Motion to Strike Plaintiff's Reply to Affirmative Defenses of Defendant (filed May 1, 2000), to which Plaintiff has not timely responded. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall have eleven (11) days from the date stamped on this Order in which to **SHOW CAUSE** why Defendant's motion should not be granted, or, alternatively, to indicate that it has no objection to the relief Defendant requests.

DONE AND ORDERED in Chambers in Miami, Florida this 8 day of May, 2000.

_____
EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

cc: Attached Service List



Stephen Michael Cody
16610 SW 82nd Court
Miami, Florida 33157-3604

Carmen Rodriguez
Bari L. Goldstein
9130 S. Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, Florida 33156

Beth-Ann Herschaft
Assistant County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301