UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 00-6088-CIV-DAVIS/BROWN**

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official
capacity as Sheriff of Broward
County, Florida, and the
BROWARD COUNTY COMMISSION,

    Defendants.
_____/



FILED by _____ D.C.

MAY 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## *NOTICE OF TRIAL DATE, MEDIATION and DISCOVERY SCHEDULE*

    PLEASE TAKE NOTICE the above-captioned matter has been placed on the Trial Calendar commencing **MARCH 5, 2001**, at 9:00 a.m., before the Honorable Edward B. Davis, Chief United States District Judge, James Lawrence King Federal Justice Building, 11th Floor, Courtroom 1, 99 Northeast Fourth Street, Miami, Florida.

    IT IS ORDERED AND ADJUDGED as follows:

    1. No Pretrial Conference shall be held in this action, unless the parties request one or the Court determines, *sua sponte*, that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

    2. If so directed by the Court, in accordance with S.D. Fla. LR. 16.2 the parties shall conduct mediation not less than **sixty (60) days** prior to the scheduled trial date.

    3. Counsel must confer at least ONE MONTH prior to the beginning of the trial calendar on the preparation of a pretrial



stipulation.

    4. The original and one copy of a Joint Pretrial Stipulation must be filed on or before the date set forth below and shall conform to S.D. Fla. LR.16.1(E). The Court will not allow unilateral pretrial stipulations. However, if, due to the failure of one party to cooperate, it becomes impossible to prepare a joint stipulation, the Court will entertain a motion requesting leave to file a unilateral stipulation, and will consider sanctions against the party whose failure to cooperate has necessitated the motion.

    5. In cases tried before a jury, each party shall file a copy of proposed voir dire questions and proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Each jury instruction shall be typed on a separate sheet and must be supported by citations of authority. Copies shall be delivered to chambers at the time of filing.

    6. In cases tried before the Court, each party shall file Proposed Findings of Fact and Conclusions of Law at least ONE WEEK prior to the beginning of the trial calendar. Proposed Conclusions of Law shall be supported by citations of authority Copies shall be delivered to chambers at the time of filing.

    7. A Motion for Continuance of trial shall not stay the requirement for the filing of a Pretrial Stipulation. Unless an emergency situation arises, a Motion for Continuance of trial will not be considered unless it is filed at least **twenty (20) days** prior to the date on which the trial calendar is scheduled to commence.

      8. Non-compliance with any provision of this Notice may subject the offending party to sanctions or dismissal. S. D. Fla. LR. 16.1(M). It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

      9. Based upon the parties' estimates and the Court's review of the record, this case is assigned to a Standard Case Management Track. See S.D. Fla. LR. 16.1(A). The following timetable shall govern the pretrial procedure in this case:

| | |
|---|---|
| December 1, 2000 | All discovery must be completed. |
| December 20, 2000 | All Pretrial Motions and Memoranda of Law must be filed. |
| January 3, 2001 | **Mediation must be concluded.** |
| February 7, 2001 | Pretrial Stipulation must be filed. |
| February 28, 2001 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law. |

DATED this 16th day of May, 2000.

CLARENCE G. MADDOX, II
Court Administrator/Clerk of Court

By: _____
      Deputy Clerk

Copies furnished to:

Stephen M. Cody
16610 S.W. 82nd Court
Miami, FL 33157

Beth-Ann Herschaft
Assistant County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

Carmen Rodriguez
9130 South Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, FL 33156