# United States District Court
Southern District of Florida
Miami Division

Case No. 00-6088 – CIV - DAVIS

Magistrate Judge Brown

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity as Sheriff of Broward County, Florida, and BROWARD COUNTY, FLORIDA,

    Defendants.

_____

## RESPONSE TO MOTION TO STRIKE REPLY TO AFFIRMATIVE DEFENSES

Plaintiff FREDERICK A. SHOTZ responds to the motion to strike the reply to affirmative defenses by saying that the motion is well taken and that the Plaintiff has no objection to the entry of an Order striking his reply.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Beth-Ann E. Hershaft, Esq., Assistant County Attorney, Broward County, 115 S. Andrews Avenue, Room 423 Ft. Lauderdale, FL 33301 and to Bari L. Goldstein, Esq., Law Office Of Carmen Rodriguez, 9130 S Dadeland Blvd # 1109, Miami FL 33156-7848 this May 10, 2000.

    STEPHEN M. CODY, ESQ.
    16610 SW 82nd Court
    Miami, FL 33157-3604
    Telephone (305) 233-8073
    Telecopier (305) 251-5713

    Florida Bar No. 334685

