UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6088-CIV-DAVIS/BROWN

FREDERICK SHOTZ,

    Plaintiff,

v.

BROWARD COUNTY SHERIFF'S
OFFICE, Ken Jenne, Sheriff,
BROWARD COUNTY BOARD OF
COMMISSIONERS,

    Defendants.
_____/

FILED by _____ D.C.

MAY 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS MATTER is before the Court on Defendant, BSO's, Motion to Strike Plaintiff's Reply to Affirmative Defenses of Defendant (filed May 1, 2000), to which Plaintiff has stated it has no objection. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED** and Plaintiff's Reply to Affirmative Defenses is stricken.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of May, 2000.

                              EDWARD B. DAVIS
                              CHIEF UNITED STATES DISTRICT JUDGE

cc: Attached Service List

Stephen Michael Cody
16610 SW 82nd Court
Miami, Florida 33157-3604

Carmen Rodriguez
Bari L. Goldstein
9130 S. Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, Florida 33156

Beth-Ann Herschaft
Assistant County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301