**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FREDERICK A. SHOTZ       CASE NO. 00-6088-CIV-DIMITROULEAS
         Plaintiff,      Magistrate Judge Brown

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

         Defendants.
_____/

### NOTICE OF ABSENCE

Defendant, Ken Jenne, in his official capacity as Sheriff of Broward County, gives notice that his counsel, Carmen Rodriguez, will be absent from the jurisdiction from September 8, 2000 to September 18, 2000 and respectfully requests that no hearings be scheduled or other proceedings be had during the aforesaid period.

         Respectfully submitted,

         Carmen Rodriguez, P.A.
         Counsel for Defendant
         9130 S. Dadeland Boulevard
         Two Datran Center, Suite 1109
         Miami, Florida 33156
         Ph: (305) 670-8400

         By: _____
         Carmen Rodriguez
         Florida Bar No. 710385



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen M. Cody, Esquire, Attorney for Plaintiffs, 16610 S.W. 82nd Court, Miami, Florida 33157, and to Beth-Ann E. Herschaft, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Fort Lauderdale, Florida 33301 this 31st day of August, 2000.

Carmen Rodriguez