**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6088-CIV-DIMITROULEAS/SELTZER

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and BROWARD COUNTY, FLORIDA,

    Defendants.
_____/

**CERTIFICATE OF COUNSEL**

I HEREBY CERTIFY that, pursuant to Local Rule 26.1.I., S.D. Fla. L.R. counsel for Defendant, BROWARD COUNTY, has made a reasonable effort to confer with Plaintiff about responding to Defendant's Request for Production and Defendant's First Set of Interrogatories, but has been unable to do so.

                      Respectfully submitted,
                      EDWARD A. DION
                      County Attorney for Broward County
                      Governmental Center, Suite 423
                      115 South Andrews Avenue
                      Ft. Lauderdale, FL 33301
                      Telephone: (954) 357-7600
                      Telecopier: (954) 357-7641

                      By: _____
                      BETH-ANN E. HERSCHAFT
                      Assistant County Attorney
                      Florida Bar No. 010804

                      JOHN O. STAPLETON
                      Assistant County Attorney
                      Florida Bar No. 322148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. mail to Stephen M. Cody, Esquire, 16610 S.W. 82nd Court, Miami, Florida 33157, and Carmen Rodriguez, Carmen Rodriguez, P.A., 9130 S. Dadeland Boulevard, Two Datran Center, Suite 1109, Miami, Florida 33156, this 20th day of September, 2000.

　　　　　　　　　　　　　　　　　BETH-ANN E. HERSCHAFT
　　　　　　　　　　　　　　　　　Assistant County Attorney

BEH/mm
H:\DATA\DIV5\BAH\gesh\Certificate of Counsel.motion to compel.wpd