# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FREDERICK A. SHOTZ

        Plaintiff,

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

        Defendants.

_____/

CASE NO. 00-6088-CIV-DIMITROULEAS

Magistrate Judge Brown

## DEFENDANT'S MOTION TO COMPEL DISCOVERY

Defendant, Ken Jenne, in his official capacity as Sheriff of Broward County Florida, through his counsel, Carmen Rodriguez, P.A., and pursuant to Rule 37, Fed. R. Civ. P. and Local Rules 7.1 and 26.1, hereby files this Motion to Compel Discovery, and in support thereof, states as follows:

1.     On June 5, 2000, Defendant served its First Set of Interrogatories and First Request for Production of Documents.

2.     Plaintiff failed to provide any responses whatsoever to Defendant's discovery requests, as required by this Court and well-established law.

3.     Defendant's counsel has made several good faith efforts to attempt to resolve this discovery issue. Each time, Plaintiff's counsel has assured that responses were forth coming, but nothing was received.

WHEREFORE, Defendant respectfully requests that its Motion to Compel discovery be granted and sanctions imposed.



## Argument and Citation of Authority

Defendant filed its First Set of Interrogatories and First Request for Production of Documents on June 5, 2000, a copy is attached hereto as Exhibit A & B respectively. Plaintiff's responses were due on July 10, 2000. However, Plaintiff failed to respond to Defendant's discovery requests. Defense counsel has made several good faith attempts to obtain the requested information. First, on July 14, 2000, Defense counsel sent Plaintiff's counsel a letter requesting all information regarding its discovery requests. Plaintiff's counsel failed to respond. Again, on July 21, 2000, Defense counsel made another effort to receive the information regarding the discovery requests, but again, Plaintiff's counsel failed to respond. Finally, on August 8, 2000, Defense counsel sent Plaintiff's counsel another request, however, there has still been absolutely no response.

It is abundantly clear that Plaintiff had both ample time and opportunity in which to comply with the discovery requests, yet, he has failed to do so. As of today, Plaintiff has still failed to cooperate with Defendant and produce the information requested. Plaintiff's deposition is scheduled for October 27, 2000 and without the requested information, Defendant will not be able to competently proceed in that it will have no comparable evidence. Therefore, Defendant is requesting that Plaintiff provide all required responses to its First Set of Interrogatories and First Request for Production. Ultimately, Plaintiff is interfering with this matter's timely completion. Finally, pursuant to Local Rule 26.1(i), Defendant's counsel certifies that she has made several reasonable efforts to contact Plaintiff's counsel and resolve this issue, as detailed above, but has been unable to do so.

Accordingly, Defense counsel respectfully requests that this Court order Plaintiff to produce the responses to its discovery requests. Defendant further requests appropriate sanctions pursuant to Rule 37, Fed. R. Civ. P.

Respectfully submitted,

Carmen Rodriguez, P.A.
Counsel for Defendant
9130 S. Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, Florida 33156
Ph: (305) 670-8400

By: _____
Carmen Rodriguez
Florida Bar No. 710385

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen

M. Cody, Esquire, Attorney for Plaintiffs, 16610 S.W. 82nd Court, Miami, Florida, and to Beth-Ann

Herschaft, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue,

Fort Lauderdale, Florida 33301 this 25th day of September, 2000.

_____
Carmen Rodriguez

# DISCOVERY

# <u>NOT</u>

# SCANNED

PLEASE REFER TO FILE