UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CIV-DIMITROULEAS

FREDERICK SHOTZ,

  Plaintiff,

v.

KEN JENNE, in his official capacity as
SHERIFF of Broward County, Florida,
and BROWARD COUNTY, FLORIDA

  Defendants.
_____/



FILED by ___ D.C.

NOV 0 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING WITHOUT PREJUDICE MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court upon Defendant Broward County's Motion for

Enlargement of Time to Complete Discovery [filed November 1, 2000].

The Court notes that the instant motion does not contain the certification that counsel

consulted or attempted to consult with opposing counsel regarding the relief sought in the motion.

While the Court accepts Defendant's recitation of the difficulty of contacting Plaintiff's counsel

with regard to the matters discussed in the motion, a conversation was had on October 26, 2000,

yet in the instant motion, there is no indication that the relief requested in the instant motion was

discussed with opposing counsel. Accordingly, it is **ORDERED AND ADJUDGED** that

Defendant Broward County's Motion for Enlargement of Time to Complete Discovery [filed

November 1, 2000] is hereby **DENIED without prejudice**.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida this 2

day of Nov 2000.

UNITED STATES DISTRICT JUDGE
WILLIAM P. DIMITROULEAS

copies to:

Stephen Michael Cody, Esq.
16610 SW 82nd Court
Miami, Florida 33157-3604

Carmen Rodriguez, Esq.
9130 S. Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, Florida 33156

Beth-Ann Herschaft, Esq.
Assistant County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301