**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FREDERICK A. SHOTZ             CASE NO. 00-6088-CIV-DIMITROULEAS

    Plaintiff,             Magistrate Judge Brown

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

    Defendants.
_____/

### DEFENDANT BSO'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR TO EXTEND DISCOVERY CUT-OFF WITH INCORPORATED MEMORANDUM OF LAW

Defendant, Ken Jenne, in his official capacity as Sheriff of Broward County (hereinafter "BSO"), through his counsel, Carmen Rodriguez, P.A., and pursuant to Local General Rule 41.1, hereby files this Motion to Dismiss for Failure to Prosecute or to Extend Discovery Cut-off, and in support thereof, states as follows:

1. Plaintiff has yet to provide any responses, whatsoever, to Defendants' discovery requests propounded several months ago.

2. Defendant BSO's Motion to Compel, filed on September 25, 2000, is still pending. Co-Defendant, Broward County, filed a similar motion on September 20, 2000.

3. Plaintiff has neither filed a Response to either of Defendants' Motions to Compel nor has he produced any documents to either Defendant pursuant to the discovery requests.

4. Clearly, there has been complete unresponsiveness here since commencement of



litigation.

5.  Defendant's counsel has made several good faith efforts to contact Plaintiff's counsel to resolve this issue, but has been unable to do so.

6.  It the position of Defendant BSO that this case should be dismissed for Plaintiff's unresponsiveness and failure to prosecute.

7.  Alternatively, the discovery cut-off currently scheduled for December 1, 2000, should be significantly extended to allow meaningful discovery of this matter, as we are currently one (1) month before discovery cut-off and Defendant has yet to see any discovery whatsoever here.

WHEREFORE, Defendant respectfully requests that this matter be dismissed for failure to prosecute or discovery cut-off be extended to April, 2001.

Respectfully submitted,

Law Offices of Carmen Rodriguez, P.A.
Carmen Rodriguez, P.A.
9130 S. Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, Florida 33156
Ph: (305) 670-8400

By: _____
Carmen Rodriguez
Florida Bar No. 710385

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen M. Cody, Esquire, Attorney for Plaintiff, 16610 S.W. 82nd Court, Miami, Florida, and to Beth-Ann Herschaft, Assistant County Attorney for Broward County, Governmental Center, Suite 423, 115 South Andrews Avenue, Fort Lauderdale, Florida 33301 this 1st day of November, 2000.

_____
Carmen Rodriguez