UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CIV-DIMITROULEAS

FREDERICK SHOTZ,

        Plaintiff,

v.

KEN JENNE, in his official capacity as
SHERIFF of Broward County, Florida,
and BROWARD COUNTY, FLORIDA

        Defendants.
_____/

FILED by ___ D.C.
NOV 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING MOTIONS TO COMPEL BY DEFAULT
### ORDER GRANTING MOTIONS FOR ENLARGEMENT OF TIME
### ORDER RESETTING TRIAL AND PRETRIAL DEADLINES
### ORDER REFERRING DISCOVERY MOTIONS TO CHIEF MAGISTRATE JUDGE JOHNSON

THIS CAUSE is before the Court upon Defendant Broward County's Motion to Compel Responses to Defendant's Request for Production of Documents [DE 33-1] and Motion to Compel Answers to Defendant's First Set of Interrogatories [DE 33-2], Defendant Ken Jenne's Motion to Compel Discovery [DE 35], Defendant Ken Jenne's Motion to Dismiss for Failure to Prosecute or to Extend Discovery Cut-off [DE 38], and Defendant Broward County's Amended Motion for Enlargement of Time to Complete Discovery [DE 39]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

Turning first to the motions to compel, the Court notes that Plaintiff has failed to respond to those motions, and the time for responding passed over 30 days ago. Therefore, the Court will grant each Defendant's motions to compel and direct Plaintiff to provide responses to those discovery requests by December 15, 2000. The Court denies without prejudice Defendant Jenne's motion to dismiss, as the Court will allow Plaintiff an additional chance to respond to the discovery requests. The Court will grant the Defendants' motions to extend discovery for ninety



days, given Plaintiffs failure to respond to Defendant Jenne's motion to extend discovery, and Plaintiffs failure to respond to the discovery requests. Defendant would be prejudiced if the current deadlines are kept intact.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Broward County's Motion to Compel Responses to Defendant's Request for Production of Documents [DE 33-1] is hereby **GRANTED** by default;

2. Defendant Broward County's Motion to Compel Answers to Defendant's First Set of Interrogatories [DE 33-2] is hereby **GRANTED** by default;

3. Defendant Ken Jenne's Motion to Compel Discovery [DE 35] is hereby **GRANTED** by default;

4. Plaintiff shall provide responses to the Defendants' discovery requests by December 15, 2000;

5. In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to Chief United States Magistrate Judge Linnea R. Johnson for appropriate disposition of all further pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations. This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates. The parties or their counsel shall send a copy of all relevant pleadings and filings directly to Chief Magistrate Judge Johnson when they are filed with the Clerk of the Court (Judge Johnson's chambers are located at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401.);

6. The Clerk shall change the Magistrate Judge designation for this case to Judge Johnson, in accordance with the Magistrate pairing system and the Administrative Orders implementing such system;

7. Defendant Ken Jenne's Motion to Dismiss for Failure to Prosecute or to Extend Discovery Cut-off [DE 38] is hereby **DENIED in part**, and **GRANTED in part**. The Court denies the motion to dismiss without prejudice, as Plaintiff shall have another chance to comply with the discovery requests. The Court grants and extension of discovery as described below;

8. Defendant Broward County's Amended Motion for Enlargement of Time to Complete Discovery [DE 39] is hereby **GRANTED**;

9. The Discovery cutoff shall now be February 28, 2001, while the summary judgment motion deadline shall be March 23, 2000;

10. The case is reset for trial to the two-week trial period commencing June 4, 2000, with a calendar call for this case on Friday, June 1, 2001 at 10:00am in Courtroom 203E of the United States Courthouse, 299 E. Broward Blvd. Blvd., Fort Lauderdale, Florida;

11. The pretrial stipulation and motions in limine shall be due May 18, 2001, while responses to any motions in limine shall be due May 25, 2001;

12. Proposed jury instructions and/or proposed findings of fact and conclusion of law and proposed voir dire questions shall be due May 30, 2001.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida this 29 day of November 2000.

UNITED STATES DISTRICT JUDGE
WILLIAM P. DIMITROULEAS

3

copies to:

Chief Magistrate Judge Johnson (WPB)

Stephen Michael Cody, Esq.
16610 SW 82nd Court
Miami, Florida 33157-3604

Carmen Rodriguez, Esq.
9130 S. Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, Florida 33156

Beth-Ann Herschaft, Esq.
Assistant County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301