### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

FREDERICK A. SHOTZ

CASE NO. 00-6088-CIV-DIMITROULEAS

Plaintiff,

Magistrate Judge Johnson

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

Defendants.

_____/



### DEFENDANT BSO'S RENEWED MOTION TO DISMISS
### FOR VIOLATION OF ORDER OF COURT TO PROVIDE DISCOVERY

Defendant, Ken Jenne, in his official capacity as Sheriff of Broward County (hereinafter

"BSO"), through his counsel, Carmen Rodriguez, P.A., and pursuant to Rule 37 (b), Fed. R. Civ. P.,

and Local General Rule 41.1, hereby files this Renewed Motion to Dismiss , and in support thereof,

states as follows:

1.    After Motion by Defendant BSO for Plaintiff's failure to have provided any discovery

whatsoever, by Order dated November 29th, the Court gave Plaintiff "an additional chance to

respond to the discovery requests". The Court gave the Plaintiff until December 15th to respond to

Defendant's discovery requests.

2.    As of and including this date, December 19th, Plaintiff has completely disregarded the

Order of the Court requiring discovery and Plaintiff has failed to provide any discovery responses

whatsoever to Defendant. Plaintiff continues to be completely unresponsive.

3.    Defendant's counsel has made several good faith efforts to contact Plaintiff's counsel



to resolve this issue, but has been unable to do so even after Order of the Court requiring Plaintiff to produce discovery.

4.    Defendant BSO requests that this matter be dismissed with prejudice and that the court retain jurisdiction for appropriate Motions for attorneys fees and costs. BSO is a governmental entity who has been required to expend tax payer dollars in this matter in reviewing documents, inspections and preparing the defense of this matter, to which Plaintiff has been entirely unresponsive, while Plaintiff continues to vigorously pursue other like litigation throughout the state. See attached at exhibit 1 a small sampling of the other litigation in this District alone.

WHEREFORE, Defendant respectfully requests that this matter be dismissed with prejudice and the Court retain jurisdiction for the filing of appropriate motions for fees and costs.

Respectfully submitted,

Carmen Rodriguez, P.A.
Counsel for Defendant BSO
9130 S. Dadeland Boulevard
Two Datran Center, Suite 1109
Miami, Florida 33156
Ph: (305) 670-8400

By: _____
Carmen Rodriguez
Florida Bar No. 710385

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen

M. Cody, Esquire, Attorney for Plaintiff, 16610 S.W. 82nd Court, Miami, Florida, and to Beth-Ann

Herschaft, Assistant County Attorney for Broward County, Governmental Center, Suite 423, 115

South Andrews Avenue, Fort Lauderdale, Florida 33301 this 19th day of December, 2000.

Carmen Rodriguez

# U.S. District Court

## Southern District of Florida (FtLauderdale)

## CIVIL DOCKET FOR CASE #: 00-CV-7639

## Access Now, Inc., et al v. American Express

Filed: 11/02/00
Assigned to: Judge Norman C. Roettger, Jr.
Jury demand: Plaintiff
Demand: $0.000
Nature of Suit: 440
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 42:12182 Americans with Disabilities Act

---

ACCESS NOW, INC.                 Gregory Eric Schwartz
    plaintiff                    FTS 983-7021
                                 [COR LD NTC]
                                 Navon Kopelman, O'Donnell &
                                 Lavin
                                 2699 Stirling Road
                                 Suite B-100
                                 Fort Lauderdale, FL 33312
                                 954-967-2788

FRED SHOTZ                       Gregory Eric Schwartz
    plaintiff                    (See above)
                                 [COR LD NTC]
    v.
AMERICAN EXPRESS COMPANY, a
New York corporation
    defendant

# DOCKET   PROCEEDINGS

---

DATE   #      DOCKET   ENTRY

$E \times 1$

| | | |
|---|---|---|
| 11/2/00 | 1 | COMPLAINT filed;  FILING FEE $150.00  RECEIPT # 520864; A-7; BSS' (br) [Entry date 11/03/00] |
| 11/2/00 | -- | Magistrate identification:  Magistrate Judge Barry S. Seltzer (br) [Entry date 11/03/00] |
| 11/2/00 | 2 | SUMMONS(ES) issued for American Express Company (br) [Entry date 11/03/00] |
| 11/2/00 | 3 | NOTICE/Request for entry on land by Access Now, Inc., Fred Shotz (br) [Entry date 11/03/00] [Edit date 11/03/00] |
| 11/13/00 | 4 | RETURN OF SERVICE executed for American Express on 11/3/00 Answer due on 11/23/00 for American Express (a)) [Entry date 11/15/00] |
| 11/22/00 | 5 | MOTION by Access Now, Inc. to extend time to serve response to complaint (mb) [Entry date 11/23/00] |

Case Flags:
BSS

END OF DOCKET: 0:00cv7639

**PACER Service Center**

**Transaction Receipt**

12/19/2000 14:36:27

| PACER Login: | cr0261 | Client Code: | |
|---|---|---|---|
| Description: | docket report | Search Criteria: | 0:00cv07639 |
| Billable Pages: | 2 | Cost: | 0.14 |

# U.S. District Court

## Southern District of Florida (FtLauderdale)

## CIVIL DOCKET FOR CASE #: 00-CV-6894

### Shotz v. City of Plantation, et al

Filed: 06/29/00
Assigned to: Judge William J. Zloch
Jury demand: Both
Demand: $0,000
Nature of Suit: 440
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 42:1983 Civil Rights Act

FREDERICK A. SHOTZ               Stephen Michael Cody
      plaintiff                  FTS 251-5713
                                 305-233-8073
                                 [COR LD NTC]
                                 16610 SW 82nd Court
                                 Miami, FL 33157-3604
      v.
CITY OF PLANTATION, FLORIDA      Edmund Bruce Johnson
      defendant                  FTS 463-2444
                                 [COR LD NTC]
                                 Christine Maria Duignan
                                 FTS 463-2444
                                 [COR LD NTC]
                                 Johnson Anselmo Murdoch Burke &
                                 George
                                 790 E Broward Boulevard
                                 Suite 400 PO Box 030220
                                 Fort Lauderdale, Fl 33303-0220
                                 954-463-0100
RON JACOBS                       Edmund Bruce Johnson
      defendant                  (See above)
                                 [COR LD NTC]
                                 Christine Maria Duignan
                                 (See above)
                                 [COR LD NTC]
BOB BREKELBAUM                   Edmund Bruce Johnson
      defendant                  (See above)
                                 [COR LD NTC]
                                 Christine Maria Duignan
                                 (See above)
                                 [COR LD NTC]

RAE CAROL ARMSTRONG          Edmund Bruce Jonnson
     defendant                (See above)
                             [COR LD NTC]
                             Christine Maria Duignan
                             (See above)
                             [COR LD NTC]

PETER MARKOWITZ
dba
Marlowe Investigations
     defendant
DONALD LUNNEY, JR.           Christine Maria Duignan
     defendant              FTS 463-2444
                             [COR LD NTC]
                             Johnson Anselmo Murdoch Burke &
                             George
                             790 E Broward Boulevard
                             Suite 400 PO Box 030220
                             Fort Lauderdale, FL 33303-0220
                             954-463-0100

---

# DOCKET    PROCEEDINGS

DATE    #        DOCKET    ENTRY

6/29/00  1       COMPLAINT filed;    FILING FEE $150.00  RECEIPT # 824413
                 A-7 BSS (nt) [Entry date 06/30/00]

6/29/00  --      Magistrate identification: Magistrate Judge Barry S.
                 Seltzer (nt) [Entry date 06/30/00]

6/29/00  2       SUMMONS(ES) issued for City of Plantation (nt)
                 [Entry date 06/30/00]

6/29/00  3       SUMMONS(ES) issued for Ron Jacobs (nt) [Entry date 06/30/00]

6/29/00  4       SUMMONS(ES) issued for Rae Carol Armstrong (nt)
                 [Entry date 06/30/00]

6/29/00  5       SUMMONS(ES) issued for Bob Brekelbaum (nt)
                 [Entry date 06/30/00]

7/11/00  6       RETURN OF SERVICE executed for Bob Brekelbaum on 7/7/00
                 Answer due on 7/27/00 for Bob Brekelbaum (lh)
                 [Entry date 07/13/00]

7/12/00  7       RETURN OF SERVICE executed for Rae Carol Armstrong on
                 7/7/00 Answer due on 7/27/00 for Rae Carol Armstrong (lh)
                 [Entry date 07/13/00]

7/12/00  8       RETURN OF SERVICE executed for Ron Jacobs on 7/7/00 Answer
                 due on 7/27/00 for Ron Jacobs (lh) [Entry date 07/13/00]

7/12/00  9       RETURN OF SERVICE executed for City of Plantation on 7/7/00
                 Answer due on 7/27/00 for City of Plantation (lh)

[Entry date 07/13/00]

| | | |
|---|---|---|
| 7/26/00 | 10 | MOTION by City of Plantation, Ron Jacobs, Bob Brekelbaum, Rae Carol Armstrong to dismiss complaint (1h) [Entry date 07/27/00] |
| 8/4/00 | 11 | RESPONSE by Frederick A. Shotz to [10-1] motion to dismiss complaint (1h) [Entry date 08/07/00] |
| 8/4/00 | 12 | AMENDED COMPLAINT by Frederick A. Shotz , (Answer due 8/14/00 for Rae Carol Armstrong, for Bob Brekelbaum, for Ron Jacobs, for City of Plantation ) amending [1-1] complaint adding Peter Markowitz, Donald Lunney Jr. (1h) [Entry date 08/07/00] |
| 8/4/00 | 13 | JOINT Scheduling Report of Scheduling Meeting by Frederick A. Shotz, City of Plantation, Ron Jacobs, Bob Brekelbaum, Rae Carol Armstrong (1h) [Entry date 08/07/00] |
| 8/10/00 | 14 | SUMMONS(ES) issued for Peter Markowitz (1h) [Entry date 08/11/00] |
| 8/15/00 | 15 | MOTION by City of Plantation, Ron Jacobs, Bob Brekelbaum, Rae Carol Armstrong, Donald Lunney Jr. to dismiss amended complaint (1h) [Entry date 08/16/00] |
| 8/29/00 | 16 | RESPONSE by Frederick A. Shotz to [15-1] motion to dismiss amended complaint (1h) [Entry date 08/30/00] |
| 8/30/00 | 17 | ORDER denying [10-1] motion to dismiss complaint ( Signed by Judge William J. Zloch on 8/30/00) CCAP [EOD Date: 8/31/00] (1h) [Entry date 08/31/00] |
| 8/30/00 | 18 | FINAL ORDER dismissing count III of amended complaint ( Signed by Judge William J. Zloch on 8/30/00) CCAP [EOD Date: 8/31/00] (1h) [Entry date 08/31/00] |
| 9/1/00 | 19 | REPLY Memorandum by City of Plantation, Rae Carol Armstrong, Ron Jacobs, Bob Brekelbaum, Donald Lunney Jr. in support of [15-1] motion to dismiss amended complaint (ss) |
| 9/1/00 | 20 | AMENDED ORDER amending [17-1] order ( Signed by Judge William J. Zloch on 9/1/00) CCAP [EOD Date: 9/5/00] (1h) [Entry date 09/05/00] |
| 9/25/00 | 21 | ORDER denying [15-1] motion to dismiss amended complaint ( Signed by Judge William J. Zloch on 9/25/00) CCAP [EOD Date: 9/25/00] (1h) |
| 10/2/00 | 22 | Answer and affirmative defenses by City of Plantation, Ron Jacobs, Bob Brekelbaum, Rae Carol Armstrong, Donald Lunney Jr. (Attorney Christine Maria Duignan);; jury demand (1h) [Entry date 10/03/00] |
| 10/5/00 | 23 | NOTICE OF INTERLOCUTORY APPEAL by Ron Jacobs, Bob Brekelbaum, Rae Carol Armstrong, Donald Lunney Jr. of [21-1] order. EOD Date: 9/25/00; Filing Fee: $ 105.00; Receipt #: 520614; Copies to USCA and Counsel of Record. (gf) [Entry date 10/06/00] |
| 10/6/00 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [23-1] appeal by Donald Lunney Jr., Rae Carol Armstrong, Bob Brekelbaum, Ron Jacobs as to Ron Jacobs, Bob Brekelbaum, Rae Carol Armstrong, Donald Lunney Jr. (gf) |

10/13/00 --    NOTICE of Receipt of Transmittal Letter from USCA as to Ron
               Jacobs, Bob Brekelbaum, Rae Carol Armstrong, Donald Lunney
               Jr. Re: [23-1] appeal by Donald Lunney Jr., Rae Carol
               Armstrong, Bob Brekelbaum, Ron Jacobs  USCA NUMBER:
               00-15213-I (d1) [Entry date 10/17/00]

10/13/00 25    Appeal Information Sheet re: as to Ron Jacobs, Bob
               Brekelbaum, Rae Carol Armstrong, Donald Lunney Jr. [23-1]
               appeal by Donald Lunney Jr., Rae Carol Armstrong, Bob
               Brekelbaum, Ron Jacobs . No transcript requested.  Appeal
               Record due on 10/27/00 for Donald Lunney Jr., for Rae Carol
               Armstrong, for Bob Brekelbaum, for Ron Jacobs (gf)
               [Entry date 10/23/00]

10/13/00 24    MOTION by City of Plantation, Ron Jacobs, Bob Brekelbaum,
               Rae Carol Armstrong to stay proceedings pending appeal (lh)
               [Entry date 10/18/00]

10/25/00 26    RESPONSE by Frederick A. Shotz  to [24-1] motion to stay
               proceedings pending appeal (lh) [Entry date 10/26/00]

10/27/00 27    Certificate of readiness as to Ron Jacobs, Bob Brekelbaum,
               Rae Carol Armstrong, Donald Lunney Jr. transmitted to USCA
               Re: [23-1] appeal by Donald Lunney Jr., Rae Carol
               Armstrong, Bob Brekelbaum, Ron Jacobs  USCA NUMBER:
               00-15313-I (d1)

10/27/00 28    MOTION by City of Plantation, Ron Jacobs, Bob Brekelbaum,
               Rae Carol Armstrong, Donald Lunney Jr. to stay pending
               appeal (lh) [Entry date 10/30/00]

11/7/00 --     ACKNOWLEDGMENT of  receipt by U.S.C.A. of: COR on 11/7/00
               U.S.C.A. # 00-15313-I (d1) [Entry date 11/08/00]

11/13/00 29    ORDER STAYING ACTION affirming [28-1] motion to stay
               pending appeal  Status report due on 1/9/01 ( Signed by
               Judge William J. Zloch on 11/13/00) CCAP [EOD Date:
               11/14/00] (lh) [Entry date 11/14/00]

11/13/00 --    CASE CLOSED. (lh) [Entry date 11/14/00]

11/27/00 30    NOTICE of Unavailability by City of Plantation, Ron Jacobs,
               Bob Brekelbaum, Rae Carol Armstrong, Donald Lunney Jr.  for
               dates of: 5/7/01 thru 5/31/01 (lh) [Entry date 11/28/00]

12/11/00 --    Transmitted record on appeal as to Ron Jacobs, Bob
               Brekelbaum, Rae Carol Armstrong, Donald Lunney Jr. to U.S.
               Court of Appeals: [23-1] appeal by Donald Lunney Jr., Rae
               Carol Armstrong, Bob Brekelbaum, Ron Jacobs (d1)

Case Flags:
BSS
CLOSED
INTAPP

END OF DOCKET: 0:00cv6894

## PACER Service Center

### Transaction Receipt

12/19/2000 14:45:12

| | | | |
|---|---|---|---|
| **PACER Login:** | cr0261 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 0:00cv06894 |
| **Billable Pages:** | 5 | **Cost:** | 0.35 |

# U.S. District Court

## Southern District of Florida (FtLauderdale)

## CIVIL DOCKET FOR CASE #: 00-CV-6319

## Access Now, Inc., et al v. Broward County, Fla

Filed: 03/03/00
Assigned to: Judge Donald M. Middlebrooks
Demand: $0,000
Nature of Suit: 440
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 42:12182 Americans with Disabilities Act

ACCESS NOW, INCORPORATED, a          Stephen Michael Cody
Florida not-for-profit               FTS 251-5713
corporation                          305-233-8073
     plaintiff                       [COR LD NTC]
                                     16610 SW 82nd Court
                                     Miami, FL 33157-3604
EDWARD S. RESNICK                    Stephen Michael Cody
     plaintiff                       (See above)
                                     [COR LD NTC]
FREDERICK A. SHOTZ                   Stephen Michael Cody
     plaintiff                       (See above)
                                     [COR LD NTC]
THOMAS RYAN                          Stephen Michael Cody
     plaintiff                       (See above)
                                     [COR LD NTC]
     v.
BROWARD COUNTY, FLORIDA              John Owen Stapleton
     defendant                       FTS 357-7641
                                     [COR LD NTC]
                                     Beth-Ann Erlic Herschaft
                                      [term  05/22/00]
                                     [COR LD NTC]
                                     Broward County Attorney's
                                     Office
                                     115 South Andrews Avenue
                                     Suite 423
                                     Fort Lauderdale, FL 33301-1801
                                     954-357-7600
                                     Jonathan Andrew Yellin
                                     FTS 390-7991
                                     [COR LD NTC]
                                     Panza Maurer Maynard & Neel

3600 N Federal Highway
3rd Floor
Fort Lauderdale, FL 33308
954-390-0100
Mark A. Hendricks
[COR LD NTC]
3600 N Federal Highway
Fort Lauderdale, FL 33308

---

# DOCKET   PROCEEDINGS

## DATE   #     DOCKET   ENTRY

3/3/00   1      COMPLAINT filed;    FILING FEE $150.00   RECEIPT # 817869;
                A-7/TEB (wc)

3/3/00   --     Magistrate identification:  Magistrate Judge Ted E.
                Bandstra (wc)

3/3/00   2      SUMMONS(ES) issued for Broward County, Fla (wc)

3/8/00   3      ORDER referring the above-captioned cause to Magistrate
                Judge Ted E. Bandstra for a Scheduling Conference for the
                purpose of setting pre-trial and trial dates for this case,
                determining possible consent to the jurisdiction of the
                Magistrate Judge for trial ( Signed by Judge Donald M.
                Middlebrooks on 3/8/00) CCAP [EOD Date: 3/9/00] (wc)
                [Entry date 03/09/00]

3/17/00  4      ORDER and NOTICE  set scheduling conference for 10:00
                6/1/00 before Magistrate Ted E. Bandstra; Counsel for the
                parties shall, within 50 days of the date of this order,
                meet, prepare and file a Scheduling Report and Joint
                Proposed Scheduling Order. ( Signed by Magistrate Ted E.
                Bandstra on 3/17/00) CCAP [EOD Date: 3/20/00] (wc)
                [Entry date 03/20/00]

3/27/00  5      RETURN OF SERVICE executed for Broward County, Fla on
                3/14/00 Answer due on 4/3/00 for Broward County, Fla (wc)

3/31/00  6      AMENDED COMPLAINT by Access Now, Inc., Edward S. Resnick,
                Frederick A. Shotz, Thomas Ryan , (Answer due 4/10/00 for
                Broward County, Fla ) amending [1-1] complaint (wc)
                [Entry date 04/03/00]

4/3/00   7      MOTION with memorandum in support by Broward County, Fla
                to dismiss the Complaint, or, in the alternative for
                more definite statement (wc) [Entry date 04/04/00]

4/6/00   8      RESPONSE by Access Now, Inc., Edward S. Resnick, Frederick
                A. Shotz, Thomas Ryan  to [7-1] motion to dismiss the
                Complaint, [7-2] motion for more definite statement (wc)

4/19/00  9      ORDER denying as moot [7-1] motion to dismiss the

Complaint, denying as moot [7-2] motion for more definite statement. Defendant shall file a responsive pleading to the Amended Complaint no later than 5/5/00 ( Signed by Judge Donald M. Middlebrooks on 4/19/00) CCAP [EOD Date: 4/20/00] (wc) [Entry date 04/20/00]

4/20/00  10    MOTION with memorandum in support by Broward County, Fla to dismiss Amended Complaint, or, in the alternative for more definite statement (wc) [Entry date 04/21/00]

5/8/00   11    UNOPPOSED MOTION by Broward County, Fla to extend time to file scheduling report (nt) [Entry date 05/10/00]

5/11/00  12    RESPONSE by Access Now, Inc., Edward S. Resnick, Frederick A. Shotz, Thomas Ryan to [10-1] motion to dismiss Amended Complaint, [10-2] motion for more definite statement (wc) [Entry date 05/12/00]

5/17/00  13    ORDER granting [11-1] motion to extend time to file scheduling report, reset Scheduling meeting report due for 5/19/00, reset scheduling conference for 10:00 5/19/00 before Magistrate Ted E. Bandstra ( Signed by Magistrate Ted E. Bandstra on 5/16/00) CCAP [EOD Date: 5/17/00] (wc)

5/22/00  14    Scheduling Report of Scheduling Meeting by Access Now, Inc., Edward S. Resnick, Frederick A. Shotz, Thomas Ryan, Broward County, Fla 5/19/00 (wc) [Entry date 05/22/00]

5/22/00  15    STIPULATION by Broward County, Fla In Re: Substitution of Counsel with Mark A. Hendricks replacing Beth-Ann E. Herschaft as counsel of record (wc) [Entry date 05/23/00]

6/1/00   --    Scheduling conference held before Magistrate Ted E. Bandstra (wc) [Entry date 06/01/00]

6/1/00   16    Minutes of Scheduling Conference held before Magistrate Ted E. Bandstra on 6/1/00; Court to issue scheduling and mediation order. Jury trial. Court Reporter Name or Tape #: 00B-27-990 to 1100 (wc) [Entry date 06/02/00]

6/9/00   17    ORDER denying [10-1] motion to dismiss Amended Complaint, denying [10-2] motion for more definite statement reset answer due for 6/30/00 for Broward County, Fla ( Signed by Judge Donald M. Middlebrooks on 6/9/00) CCAP [EOD Date: 6/13/00] (td) [Entry date 06/13/00]

6/16/00  --    Scheduling conference held before Magistrate Ted E. Bandstra (wc) [Entry date 06/19/00]

6/16/00  18    Minutes of Scheduling Conference held before Magistrate Ted E. Bandstra on 6/16/00; Court will enter a scheduling order and a mediation order. Court Reporter Name or Tape #: 00B-41-932 (wc) [Entry date 06/19/00]

6/26/00  19    SCHEDULING ORDER setting Deadline for filing of all motions by 1/15/01; Memos of law due on or before 1/15/01; Jury trial set for 9:00 2/12/01; Pretrial Stipulation due on or before 1/20/01; Discovery cutoff 12/15/00 ; ( Signed by Magistrate Ted E. Bandstra on 6/26/00) CCAP [EOD Date: 6/27/00] CCAP (wc) [Entry date 06/27/00]

6/26/00  20    ORDER referring case to mediation.. 15 days to appoint mediator ( Signed by Magistrate Ted E. Bandstra on 6/26/00) CCAP [EOD Date: 6/27/00] (wc) [Entry date 06/27/00]

7/3/00    21    ANSWER and Affirmative Defenses by Broward County, Fla to
                amended complaint (wc)

7/7/00    22    SCHEDULING ORDER setting Deadline for filing of all motions
                by 1/13/01; Memos of law due on or before 1/13/01; Bench
                trial set for 9:00 3/12/01; Pretrial Stipulation due on or
                before 2/12/01; Discovery cutoff 12/18/00 ; ( Signed by
                Magistrate Ted E. Bandstra on 7/6/00) CCAP [EOD Date:
                7/10/00]  CCAP (wc) [Entry date 07/10/00]

7/13/00   23    NOTICE of Hearing: set calendar call for 1:15 3/7/01
                before Judge Donald M. Middlebrooks (wc)
                [Entry date 07/14/00]

7/28/00   24    JOINT MOTION by Broward County, Fla for clarification of
                [19-1] Scheduling order (wc) [Entry date 07/31/00]

8/14/00   25    AMENDED SCHEDULING ORDER setting Deadline for filing of all
                motions by 1/16/01; Memos of law due on or before 1/15/01;
                Bench trial set for 9:00 3/12/01; Pretrial Stipulation due
                on or before 1/20/01; Discovery cutoff 12/15/00 ; ( Signed
                by Magistrate Ted E. Bandstra on 8/14/00) CCAP [EOD Date:
                8/14/00]  CCAP (wc)

8/15/00   26    ORDER granting [24-1] joint motion for clarification of
                [19-1] Scheduling order.  An Amended Scheduling Order has
                been entered this same date ( Signed by Magistrate Ted E.
                Bandstra on 8/15/00) CCAP [EOD Date: 8/16/00] (wc)
                [Entry date 08/16/00]

9/15/00   27    NOTICE of Hearing: set calendar call for 1:15 3/7/01
                before Judge Donald M. Middlebrooks (wc)
                [Entry date 09/18/00]

9/20/00   28    MOTION by Broward County, Fla for judgment on the
                pleadings (wc) [Entry date 09/21/00]

10/6/00   29    MEMORANDUM IN RESPONSE by Access Now, Inc., Edward S.
                Resnick, Frederick A. Shotz to [28-1] motion for judgment
                on the pleadings (wc) [Entry date 10/10/00]

10/17/00  30    MOTION by Broward County, Fla to extend time to file Reply
                to response to Motion for Judgment on the Pleadings, and/or
                to deem Reply timely filed (wc) [Entry date 10/18/00]

10/17/00  31    REPLY by Broward County, Fla to response to [28-1] motion
                for judgment on the pleadings (wc) [Entry date 10/18/00]

10/17/00  32    REQUEST by Broward County, Fla for Oral Argument on [28-1]
                motion for judgment on the pleadings (wc)
                [Entry date 10/18/00]

10/19/00  33    ORDER granting [30-1] motion to extend time to file Reply
                to response to Motion for Judgment on the Pleadings,
                granting [30-2] motion to deem Reply timely filed ( Signed
                by Judge Donald M. Middlebrooks on 10/19/00) CCAP [EOD
                Date: 10/20/00] (wc) [Entry date 10/20/00]

11/6/00   34    MOTION with memorandum in support by Broward County, Fla
                to compel better responses to its first set of
                interrogatories (wc) [Entry date 11/07/00]

11/6/00   35    MOTION with memorandum in support by Broward County, Fla
                to compel Plaintiffs Ryan and Shotz to provide responses
                to First Set of Interrogatories (wc) [Entry date 11/07/00]

| | | |
|---|---|---|
| 11/7/00 | 36 | ORDER denying [28-1] motion for judgment on the pleadings, denying as moot [32-1] motion for Oral Argument on [28-1] motion for judgment on the pleadings. Plaintiffs shall file a Second Amended Complaint by 11/22/00 ( Signed by Judge Donald M. Middlebrooks on 11/7/00) CCAP [EOD Date: 11/9/00] (wc) [Entry date 11/09/00] |
| 12/11/00 | 37 | MOTION by Access Now, Inc., Edward S. Resnick, Frederick A. Shotz, Thomas Ryan for leave to file Second Amended Complaint (located in Pod 2) (nt) [Entry date 12/13/00] |
| 12/13/00 | 38 | MOTION by Broward County, Fla to dismiss for Plaintiff's failure to comply with Court Order and Federal Rules of Civil Procedure (wc) [Entry date 12/14/00] |
| 12/16/00 | 39 | MOTION with memorandum in support by Broward County, Fla to compel Plaintiffs to provide responses to Second Set of Interrogatories (wc) |

Case Flags:
TEB
MEDREQ

END OF DOCKET: 0:00cv6319

**PACER Service Center**

**Transaction Receipt**

12/19/2000 14:44:33

| PACER Login: | cr0261 | Client Code: | |
|---|---|---|---|
| Description: | docket report | Search Criteria: | 0:00cv06319 |
| Billable Pages: | 6 | Cost: | 0.42 |

## U.S. District Court

## Southern District of Florida (FtLauderdale)

## CIVIL DOCKET FOR CASE #: 00-CV-6662

## Access Now, Inc., et al v. Air & Sea Rent-A-Car, et al

Filed: 05/17/00
Assigned to: Judge Paul C. Huck
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 440
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 42:12182 Americans with Disabilities Act

ACCESS NOW, INCORPORATED
        plaintiff

Gregory Eric Schwartz
FTS 963-7021
[COR LD NTC]
Raven Kopelman, O'Donnell &
Levin
2699 Stirling Road
Suite B-100
Fort Lauderdale, FL 33312
954-967-2765

FRED SHOTZ
        plaintiff

Gregory Eric Schwartz
(See above)
[COR LD NTC]

    v.

AIR & SEA RENT-A-CAR, INC., a
Florida corporation
aka
Florida Auto Rental
        defendant

Michael James Orlando
954-525-5687
[COR LD NTC]
320 Davie Boulevard
Fort Lauderdale, FL 33315

CONTINENTAL RENT-A-CAR, INC.,
a Florida corporation
        defendant

Michael James Orlando
(See above)
[COR LD NTC]

# DOCKET    PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|------|---|--------------|
| 5/17/00 | 1 | COMPLAINT filed; FILING FEE $150.00 RECEIPT # 519377; A-7; LRD (br) |
| 5/17/00 | -- | Magistrate identification: Magistrate Judge Linnea R. Johnson (br) [Edit date 05/18/00] |
| 5/17/00 | 2 | NOTICE/request for entry on land by Access Now, Inc., Fred Shotz (br) |
| 5/17/00 | 3 | SUMMONS(ES) issued for Continental Rent-A-Car, Inc. (br) |
| 5/17/00 | 4 | SUMMONS(ES) issued for Air & Sea Rent-A-Car (br) |
| 5/17/00 | 5 | ORDER requiring counsel to meet and file joint scheduling report (Signed by Judge William P. Dimitrouleas on 5/17/00) CCAP [EOD Date: 5/18/00] (ss) [Entry date 05/18/00] |
| 5/26/00 | 6 | RETURN OF SERVICE executed for Continental Rent-A on 5/22/00 Answer due on 6/11/00 for Continental Rent-A (ss) [Entry date 05/30/00] |
| 6/6/00 | 7 | NOTICE of attorney appearance for Air & Sea Rent-A-Car, Continental Rent-A by Michael James Orlando (ss) [Entry date 06/07/00] |
| 7/27/00 | 8 | ORDER Denying without prejudice motion for extension of time to respond to complaint (Signed by Judge William P. Dimitrouleas on 7/27/00) CCAP [EOD Date: 7/28/00] (ss) [Entry date 07/28/00] |
| 8/3/00 | 9 | MOTION by Air & Sea Rent-A-Car, Continental Rent-A for extension of time in accordance with S.D. Fla. LR 7.1 (ss) [Entry date 08/04/00] |
| 8/3/00 | 10 | ORDER Granting [9-1] motion for extension of time; Court grants a stay of 30 days (Signed by Judge William P. Dimitrouleas on 8/3/00) CCAP [EOD Date: 8/4/00] (ss) [Entry date 08/04/00] |
| 8/7/00 | 11 | ORDER of Reassignment: Reassigning case to the calendar of the Honorable Paul C. Huck for all further proceedings (Signed by Judge William P. Dimitrouleas on 8/7/00) CCAP [EOD Date: 8/8/00] (ss) [Entry date 08/08/00] |
| 8/7/00 | -- | CASE reassigned to Judge Paul C. Huck (ss) [Entry date 08/08/00] |
| 9/5/00 | 12 | MOTION by Access Now, Inc., Fred Shotz, Air & Sea Rent-A-Car, Continental Rent-A to stay case (td) [Entry date 09/07/00] |
| 9/11/00 | 13 | ORDER granting [12-1] motion to stay case; Case is STAYED until 11/3/00 set Status report due on 11/6/00 ( Signed by Judge Paul C. Huck on 9/11/00) CCAP [EOD Date: 9/14/00] (ls) [Entry date 09/14/00] |
| 11/14/00 | 14 | UNOPPOSED MOTION by Access Now, Inc., Fred Shotz, Air & Sea Rent-A-Car, Continental Rent-A to extend time for joint |

status report (hd) [Entry date 11/15/00]

11/16/00 15    ORDER granting [14-1] motion to extend time for joint
               status report on or before 12/1/00 ( Signed by Judge Paul
               C. Huck on 11/16/00) CCAP [EOD Date: 11/20/00] (td)
               [Entry date 11/20/00]

Case Flags:
LRJ

END OF DOCKET: 0:00cv6662

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 12/19/2000 14:35:00 | | |
| **PACER Login:** cr0261 | **Client Code:** | |
| **Description:** docket report | **Search Criteria:** | 0:00cv06662 |
| **Billable Pages:** 3 | **Cost:** | 0.21 |

# U.S. District Court

## Southern District of Florida (FtLauderdale)

## CIVIL DOCKET FOR CASE #: 00-CV-6510

### Shotz, et al v. City of Hollywood

Filed: 04/11/00
Assigned to: Magistrate Barry S. Seltzer
Demand: $0.000
Nature of Suit: 440
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 42:12182 Americans with Disabilities Act

| | |
|---|---|
| FREDERICK SHOTZ<br>plaintiff | Stuart A. Rosenfeldt<br>FTS 894-8015<br>[COR LD NTC]<br>Phillips Eisinger Koss &<br>Rosenfeldt<br>4000 Hollywood Boulevard<br>Suite 265-S<br>Hollywood, FL 33021<br>954-894-8000 |
| EDWARD RESNICK<br>plaintiff | Stuart A. Rosenfeldt<br>(See above)<br>[COR LD NTC] |
| ACCESS NOW, INCORPORATED, a<br>Florida not-for-profit<br>corporation<br>plaintiff<br>v. | Stuart A. Rosenfeldt<br>(See above)<br>[COR LD NTC] |
| CITY OF HOLLYWOOD, FLORIDA, a<br>Florida Municipal Corporation<br>defendant | Julie Marie Vogel<br>[COR LD NTC]<br>City of Hollywood<br>2600 Hollywood Boulevard<br>Suite 400 PO Box 229045<br>Hollywood, FL 33022-9045<br>954-921-3435 |

# DOCKET    PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|------|---|--------------|
| 4/11/00 | 1 | COMPLAINT filed;    FILING FEE $150.00  RECEIPT # 519074 BSS   A-7 (el) |
| 4/11/00 | -- | Magistrate identification: Magistrate Judge Barry S. Seltzer (el) |
| 4/11/00 | 2 | SUMMONS(ES) issued for City of Hollywood, a Florida Municipal Corporation by serving The Honorable Mara S. Giulianti, Mayor of City of Hollywood (el) |
| 4/24/00 | 3 | RETURN OF SERVICE executed for City of Hollywood on 4/13/00 Answer due on 5/3/00 for City of Hollywood (lh) [Entry date 04/27/00] |
| 5/3/00 | 4 | Answer and affirmative defenses by City of Hollywood (Attorney Julie Marie Vogel), (lh) [Entry date 05/04/00] |
| 5/4/00 | 5 | ORDER referring case to mediation. 15 days to appoint mediator ( Signed by Judge William J. Zloch on 5/4/00) CCAP [EOD Date: 5/5/00] (lh) [Entry date 05/05/00] |
| 5/4/00 | 6 | ORDER  setting pretrial conference for 9:30 9/15/00, set pretrial stipulation due for 9/11/00 ( Signed by Judge William J. Zloch on 5/4/00) CCAP [EOD Date: 5/5/00] (lh) [Entry date 05/05/00] |
| 5/4/00 | 7 | ORDER Re: Trial Instructions ( Signed by Judge William J. Zloch on 5/4/00; CCAP [EOD Date: 5/5/00] (lh) [Entry date 05/05/00] |
| 6/9/00 | 8 | NOTICE of Vacation/Unavailability by City of Hollywood  for dates of: 7/3/00 through 7/7/00 (lh) [Entry date 06/13/00] |
| 6/19/00 | 9 | Joint Scheduling Report of Scheduling Meeting  by Frederick Shotz, Edward Resnick, Access Now, Inc., City of Hollywood (lh) [Entry date 06/20/00] |
| 8/18/00 | 10 | NOTICE of filing Consent to Exercise of Jurisdiction by a United States Magistrate Judge by Frederick Shotz, Edward Resnick, Access Now, Inc. (lh) [Entry date 08/21/00] |
| 8/23/00 | 11 | NOTICE of filing (corrected consent to exercise of jurisdiction by a U.S. Magistrate Judge) by Frederick Shotz, Edward Resnick, Access Now, Inc. (ss) [Entry date 08/24/00] |
| 8/24/00 | 12 | CONSENT to Trial by Magistrate by Frederick Shotz, Edward Resnick, Access Now, Inc., City of Hollywood (ss) [Entry date 08/25/00] |
| 8/24/00 | 12 | ORDER OF REFERENCE FOR TRIAL to Magistrate Barry S. Seltzer (Signed by Judge William J. Zloch on 8/24/00) CCAP [EOD Date: 8/25/00] (ss) [Entry date 08/25/00] |
| 9/7/00 | 13 | ORDER that pretrial conference set for 9/15/00 is CANCELED/terminated deadlines,  setting Joint Status report due on 9/22/00 ( Signed by Magistrate Barry S. |

Setter on 9/6/00; CCAP [EOD Date: 9/6/00] (1h)
[Entry date 09/08/00]

9/21/00    14    JOINT STATUS REPORT by Frederick Shotz, Edward Resnick,
                Access Now, Inc., City of Hollywood (1h)
                [Entry date 09/22/00]

9/28/00    15    ORDER  setting Joint Status report due on 12/15/00 ;
                Signed by Magistrate Barry S. Seltzer on 9/27/00; CCAP [EOD
                Date: 9/28/00] (1h)

12/14/00   16    JOINT STATUS REPORT by Frederick Shotz, Edward Resnick,
                Access Now, Inc., City of Hollywood (1h)
                [Entry date 12/15/00]

Case Flags:
MAGTRL
BSS
MEDREQ

END OF DOCKET: 0:00cv6510

## PACER Service Center

### Transaction Receipt

12/19/2000 14:38:35

| PACER Login: | cr0261 | Client Code: | |
|---|---|---|---|
| Description: | docket report | Search Criteria: | 0:00cv06510 |
| Billable Pages: | 3 | Cost: | 0.21 |