UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CIV-DIMITROULEAS

FREDERICK SHOTZ,

Plaintiff,

Magistrate Judge Johnson

v.

KEN JENNE, in his official capacity as
SHERIFF of Broward County, Florida,
and BROWARD COUNTY, FLORIDA

Defendants.
_____/

## FINAL ORDER GRANTING MOTIONS TO DISMISS

THIS CAUSE is before the Court upon Defendant Ken Jenne's Renewed Motion to
Dismiss for Violation of Court Order to Provide Discovery [DE 41] and Broward County's
Motion for Sanctions for Failure to Comply with Discovery Order and Motion for Attorney's
Fees [DE 42]. The Court has carefully considered the motions and is otherwise fully advised in
the premises.

Plaintiff has failed to respond to these two motions, and a timely response was due on
January 9, 2001 for the Ken Jenne motion and January 10, 2001 for the County's motion. The
Court notes that in an Order dated November 29, 2000, this Court granted each Defendant's
motion to compel and directed Plaintiff to provide responses to the relevant discovery requests
by December 15, 2000. Plaintiff had failed to respond to those discovery motions. In the
November 29, 2000 Order the Court denied without prejudice Defendant Jenne's motion to
dismiss, as the Court allowed Plaintiff an additional chance to respond to the discovery requests.

This Court concludes that despite this Court giving Plaintiff an additional chance to



respond to the discovery requests, Plaintiff has failed to comply with the November 29, 2000 Order. A review of the docket for this case indicates that Plaintiff has not filed anything in this case since May, 2000. Based upon the instant motions to dismiss and for sanctions, and the entire record in this case, the Court concludes that pursuant to its authority under Rule 37(b)(2)(C) and Rule 41(b), the Court grants the Ken Jenne motion to dismiss and grants the County's Motion for Sanctions in the form of an involuntary dismissal. The Court declines the motion for attorney's fees without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Defendant Ken Jenne's Renewed Motion to Dismiss for Violation of Court Order to Provide Discovery [DE 41] is hereby **GRANTED**;

2.    Broward County's Motion for Sanctions for Failure to Comply with Discovery Order [DE 42-1] is hereby **GRANTED**;

3.    Defendant Broward County's Motion for Attorney's Fees [DE 42-2] is hereby **DENIED without prejudice**;

4.    This matter is hereby **DISMISSED with prejudice** for failure to comply with this Court's November 29, 2000 Order, for failure to respond to the motions to dismiss and motion for sanctions, and for failure to prosecute;

5.    The Court retains jurisdiction for any appropriate motions for attorney's fees;

6.    Any other pending motions are denied as moot;

2

7.    The Clerk may close this case;

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida this

_____ day of January, 2001.

UNITED STATES DISTRICT JUDGE
WILLIAM P. DIMITROULEAS

copies to:

Chief Magistrate Judge Johnson (WPB)

Stephen Michael Cody, Esq.
Carmen Rodriguez, Esq.
Beth-Ann Herschaft, Esq.

3