**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

    Defendants.
_____/



## AFFIDAVIT OF BETH-ANN E. HERSCHAFT

BEFORE ME, the undersigned authority, duly authorized to administer oaths, personally appeared BETH-ANN E. HERSCHAFT of Fort Lauderdale, Broward County, Florida, who, being by me first duly sworn, says that:

1. I am an attorney duly licensed to practice law in the state of Florida (Florida Bar No. 010804) and am duly admitted and qualified to practice as an Attorney in the United States District Court for the Southern District of Florida. I have been practicing law for over six (6) years, one and one-half (1½) years of which have been in the area of employment and labor law.

2. I currently hold the position of Assistant County Attorney for the Broward County Attorney's Office. I have litigated various actions relating to constitutional law, legislative actions, constitutional rights of public employees, employment discrimination, and other federal and state civil rights.

ATTACHMENT  1



00-6088-CIV-DIMITROULEAS/JOHNSON

3. The itemization of my time and services as set forth in my Affidavit and Exhibit A, in support of Defendant's Motion and Affirmation in Support of Motion for Attorneys' Fees and Costs, is true and accurate to the best of my knowledge and belief.

4. In my opinion, based upon my knowledge of fees charged in this district, hourly rates of $95.00 per hour and $98.00 per hour are reasonable for my services.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
BETH-ANN E. HERSCHAFT

STATE OF FLORIDA    )
                    ) SS.
COUNTY OF BROWARD   )

BEFORE the undersigned authority, a notary public in and for said state and county, personally appeared BETH-ANN E. HERSCHAFT, who is personally known to me to be the person described by said name, and who acknowledged before me the execution of the foregoing Affidavit to be her free and voluntary act and deed for the uses and purposes therein expressed and produced.

Given under by hand and official seal this 2nd day of February, 2001.

(SEAL)

*Donna Gail Person*
Signature of NOTARY PUBLIC

DONNA GAIL PERSON
COMMISSION # CC 644927
EXPIRES MAY 7, 2001
BONDED THRU
ATLANTIC BONDING CO., INC.

Donna Gail Person
Printed Name of NOTARY PUBLIC

My Commission Expires:

-2-

Broward County Attorney's Office

Page: 1
Run : 02/01/01

Matter Ledger Report
From 10/01/95 thru 02/01/01

```
CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al      INIT. ATTY NMO  Norman M. Ostrau
                                                                         BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                         RESP. ATTY BEH  Beth-Ann E. Herschaft
```

================================================================================================================

---------------------------------------------------------------T I M E-----------------------------------------

| CODE | NAME | DATE | CODE | STS | HOURS | $ VALUE | REF # | TEXT |
|------|------|------|------|-----|-------|---------|-------|------|
| JJA | Jose J. Arrojo | 01/17/01 | B | U | 0.25 | 24.50 | 775201 | Document Review - review Court Order dismissing complaint |
| BEH | Beth-Ann E. Herschaft | 01/18/01 | B | U | 0.20 | 19.60 | 775551 | Document Review - review order of dismissal |
| | | 01/18/01 | B | U | 0.30 | 29.40 | 775553 | Internal Legal Conference - with JJA |
| | | 01/18/01 | B | U | 0.40 | 39.20 | 775554 | Document Review - review attorney's fees |
| JJA | Jose J. Arrojo | 01/19/01 | B | U | 2.00 | 196.00 | 775958 | Research (research, collect data) , Document Creation, and Document Review - research our attorney's fees' case law; review billed hours; and draft Motion for Attorney's Fees |
| | | 01/30/01 | B | U | 0.50 | 49.00 | 780898 | Internal Legal Conference Shotz Motion for Attorney Fees with Beth-Ann. |

|   |   | HOURS | $ VALUE |
|---|---|-------|---------|
| BILLABLE | | 3.65 | 357.70 |
| NON-BILLABLE | | 0.00 | 0.00 |
| SUPPRESSABLE | | 0.00 | 0.00 |
| TOTAL | | 3.65 | 357.70 |

------------------------------------------------------------E X P E N S E S-----------------------------------

| CODE | NAME | DATE | STS | $ VALUE | CK # | REF # | TEXT |
|------|------|------|-----|---------|------|-------|------|
| ADVANCED | | | | 0.00 | | | |
| NON-CASH | | | | 0.00 | | | |
| TOTAL | | | | 0.00 | | | |

------------------------------------------------------------B I L L I N G-----------------------------------

<-------------------- BALANCE DUE -------------------->

| NUMBER | DATE | TYPE | TOTAL | FEES | EXPENSES | TAX | TOTAL | FEES | EXPENSES | TAX |
|--------|------|------|-------|------|----------|-----|-------|------|----------|-----|
| 2677 | 12/31/99 | B | | | | | | | | |
| 2824 | 03/31/00 | B | 8,730.50 | 8,730.50 | | | | | | |
| 2962 | 06/30/00 | B | 6,583.50 | 6,583.50 | | | | | | |
| 3118 | 09/30/00 | B | 4,398.50 | 4,398.50 | | | | | | |
| 3238 | 12/31/00 | B | 3,145.80 | 3,145.80 | | | | | | |
| TOTAL | | | 22,858.30 | 22,858.30 | | | | | | |

**EXHIBIT A**

--------------------------------------------------------------S U M M A R Y-------------------------------------

|   | CURRENT | 31-60 | 61-90 | OVER 90 | TRUST BAL | PREPAID BAL | WIP CARRIED FORWARD |
|---|---------|-------|-------|---------|-----------|-------------|---------------------|
| AGED WIP: | 357.70 | | | | | FEES | 357.70 |
| AGED A/R: | | | | | | EXPENSES | |
| | | | | | | | 357.70 |

-------------------------------------------------------------B I L L E D   T I M E-----------------------------

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:    2
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO   Norman M. Ostrau
BILL. ATTY BEH   Beth-Ann E. Herschaft
RESP. ATTY BEH   Beth-Ann E. Herschaft

| CODE | NAME | DATE | CODE | STS | HOURS | $ VALUE | REF # | TEXT |
|---|---|---|---|---|---|---|---|---|
| MJK | Michael J. Kerr | 01/20/00 | B | B | 0.30 | 28.50 | 661688 | Document Review Complaint |
| JOS | John O. Stapleton | 01/26/00 | B | B | 0.20 | 19.00 | 666319 | Document Review Complaint. |
| BEH | Beth-Ann E. Hersc | 01/26/00 | B | B | 0.30 | 28.50 | 663575 | Internal Legal Conference Eddie Labrador. |
| BEH | Beth-Ann E. Hersc | 01/26/00 | B | B | 0.30 | 28.50 | 663571 | Telephone Conference Sheriff's Legal Counsel. |
| JOS | John O. Stapleton | 01/26/00 | B | B | 0.40 | 38.00 | 666321 | Internal Legal Conference Beth-Ann, Norm Ostrau and Eddie Labrador. |
| BEH | Beth-Ann E. Hersc | 01/27/00 | B | B | 0.20 | 19.00 | 663589 | Telephone Conference John Stapleton and Norm Ostru. |
| JOS | John O. Stapleton | 01/27/00 | B | B | 0.50 | 47.50 | 666352 | Internal Legal Conference Beth-Ann and Beth Boris |
| BEH | Beth-Ann E. Hersc | 01/27/00 | B | B | 0.50 | 47.50 | 663587 | Telephone Conference Court Personnel to get Civil/Criminal History. |
| BEH | Beth-Ann E. Hersc | 01/27/00 | B | B | 0.20 | 19.00 | 663588 | Telephone Conference Pete Coroin. |
| JOS | John O. Stapleton | 01/28/00 | B | B | 0.30 | 28.50 | 664872 | Internal Legal Conference - with BEH |
| JOS | John O. Stapleton | 02/01/00 | B | B | 1.00 | 95.00 | 665668 | Internal Legal Conference - with Beth Boris |
| BEH | Beth-Ann E. Hersc | 02/02/00 | B | B | 0.40 | 38.00 | 665694 | Document Review - review complaint |
| BEH | Beth-Ann E. Hersc | 02/02/00 | B | B | 0.50 | 47.50 | 665692 | Telephone Conference - with Attorney Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/02/00 | B | B | 0.10 | 9.50 | 665693 | Telephone Conference - with Opposing Counsel |
| BEH | Beth-Ann E. Hersc | 02/04/00 | B | B | 0.10 | 9.50 | 667871 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 02/04/00 | B | B | 0.10 | 9.50 | 667870 | Telephone Conference - with Co-Defendants Counsel |
| BEH | Beth-Ann E. Hersc | 02/04/00 | B | B | 0.20 | 19.00 | 667869 | Telephone Conference - with Opposing Counsel |
| BEH | Beth-Ann E. Hersc | 02/05/00 | B | B | 1.00 | 95.00 | 668819 | Document Review |
| BEH | Beth-Ann E. Hersc | 02/05/00 | B | B | 2.30 | 218.50 | 667883 | Document Creation - draft Motion to Extend; draft Proposed Order |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 0.20 | 19.00 | 669352 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 1.00 | 95.00 | 669351 | Document Creation - Revise Motion to Extend |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 0.50 | 47.50 | 669350 | Telephone Conference - with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 1.50 | 142.50 | 669354 | Research (research, collect data) - ADA and prisons |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.60 | 57.00 | 668103 | Matter Management - organize file |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.20 | 19.00 | 668101 | Document Creation - draft letter to B. Goldstein |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.80 | 76.00 | 668100 | Document Review |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.50 | 47.50 | 668099 | Research (research, collect data) (Existing buildings and ADA) |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.50 | 47.50 | 668098 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/09/00 | B | B | 0.50 | 47.50 | 669222 | Document Review - Review amended complaint |
| BEH | Beth-Ann E. Hersc | 02/10/00 | B | B | 0.40 | 38.00 | 669221 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/14/00 | B | B | 0.20 | 19.00 | 669647 | Telephone Conference - left message for Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/14/00 | B | B | 0.50 | 47.50 | 669645 | Document Review - Review amended complaint |
| BEH | Beth-Ann E. Hersc | 02/14/00 | B | B | 0.50 | 47.50 | 669643 | Document Creation - start to draft Motion |
| BEH | Beth-Ann E. Hersc | 02/18/00 | B | B | 2.20 | 199.50 | 671919 | Document Creation - begin drafting Motion for More Definite Statement |
| BEH | Beth-Ann E. Hersc | 02/18/00 | B | B | 0.40 | 38.00 | 671920 | Document Review - Review Amended Complaint |
| BEH | Beth-Ann E. Hersc | 02/18/00 | B | B | 0.40 | 38.00 | 671918 | Telephone Conference w/Bari Goldstein |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page: 3
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref# | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 4.20 | 399.00 | 671927 | Document Review - Review case law/file |
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 2.30 | 218.50 | 671928 | Document Creation - Continue to draft Motion |
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 1.50 | 142.50 | 671926 | Research (research, collect data) - Motion for More Definite Statement and Disability |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 0.70 | 66.50 | 671936 | Internal Legal Conference w/EGL |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 1.50 | 142.50 | 671934 | Document Review - review research and documents |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 0.80 | 76.00 | 671932 | Research (research, collect data) |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 5.30 | 503.50 | 671933 | Document Creation |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 4.20 | 399.00 | 672297 | Document Creation - continue drafting motions |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 0.70 | 66.50 | 672294 | Internal Legal Conference w/NMO and LEL |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 2.80 | 266.00 | 672296 | Research (research, collect data) - continue research re. Sheriff |
| JOS | John O. Stapleton | 02/22/00 | B | B | 0.20 | 19.00 | 672285 | Telephone Conference - conferences w/B. Hill |
| JOS | John O. Stapleton | 02/22/00 | B | B | 0.50 | 47.50 | 672280 | Internal Legal Conference w/BEH |
| JOS | John O. Stapleton | 02/22/00 | B | B | 1.00 | 95.00 | 672290 | Document Review - draft Memorandum of Law |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 7.80 | 741.00 | 672763 | Document Creation - revise Motion |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 0.40 | 38.00 | 672764 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 1.00 | 95.00 | 672762 | Internal Legal Conference w/JOS |
| JOS | John O. Stapleton | 02/23/00 | B | B | 1.50 | 142.50 | 672723 | Internal Legal Conference w/BEH |
| JOS | John O. Stapleton | 02/23/00 | B | B | 0.40 | 38.00 | 672739 | Document Review - draft |
| BEH | Beth-Ann E. Hersc | 02/24/00 | B | B | 0.20 | 19.00 | 673700 | Internal Legal Conference |
| BEH | Beth-Ann E. Hersc | 02/24/00 | B | B | 1.50 | 142.50 | 673699 | Document Creation - draft letter, edit Motion |
| BEH | Beth-Ann E. Hersc | 02/28/00 | B | B | 0.30 | 28.50 | 673706 | Internal Legal Conference w/NMO |
| JOS | John O. Stapleton | 02/29/00 | B | B | 0.20 | 19.00 | 679305 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 02/29/00 | B | B | 0.50 | 47.50 | 673905 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/29/00 | B | B | 0.40 | 38.00 | 673906 | Telephone Conference w/Steve Cody |
| JOS | John O. Stapleton | 03/01/00 | B | B | 0.50 | 47.50 | 679346 | Meeting with ADA /staff |
| JOS | John O. Stapleton | 03/01/00 | B | B | 0.30 | 28.50 | 679362 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/01/00 | B | B | 0.80 | 76.00 | 674282 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/01/00 | B | B | 0.20 | 19.00 | 674303 | Telephone Conference - call to Department of Professional Regulations and License Verification |
| BEH | Beth-Ann E. Hersc | 03/03/00 | B | B | 0.20 | 19.00 | 676899 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/03/00 | B | B | 0.80 | 76.00 | 676900 | Document Creation - draft letter to opposing counsel |
| BEH | Beth-Ann E. Hersc | 03/06/00 | B | B | 0.50 | 47.50 | 676933 | Telephone Conference with Bari Goldstein |
| JOS | John O. Stapleton | 03/07/00 | B | B | 0.20 | 19.00 | 679930 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/07/00 | B | B | 0.50 | 47.50 | 676935 | Clerical (filing, copying, etc.) - xeroxing |
| BEH | Beth-Ann E. Hersc | 03/07/00 | B | B | 0.20 | 19.00 | 676936 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/13/00 | B | B | 0.80 | 10.00 | 677038 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/14/00 | B | B | 0.30 | 28.50 | 682581 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/15/00 | B | B | 0.10 | 9.50 | 682798 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.40 | 38.00 | 685144 | Document Review - review Federal Register to access documents |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.20 | 19.00 | 685140 | Clerical (filing, copying, etc.) - file/copy documents |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.50 | 47.50 | 685148 | Matter Management - start to organize Title II Notebook |
| BEH | Beth-Ann E. Hersc | 03/23/00 | B | B | 0.30 | 28.50 | 686150 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/24/00 | B | B | 0.10 | 9.50 | 686297 | Internal Legal Conference with JOS |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:      4
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO   Norman M. Ostrau
BILL. ATTY BEH   Beth-Ann E. Herschaft
RESP. ATTY BEH   Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 03/24/00 | B | B | 2.20 | 209.00 | 686317 | Document Review - review Amended Complaint and fax |
| BEH | Beth-Ann E. Hersc | 03/24/00 | B | B | 0.40 | 38.00 | 686303 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/24/00 | B | B | 0.10 | 9.50 | 686296 | Telephone Conference with S. Cody - opposing counsel |
| JOS | John O. Stapleton | 03/27/00 | B | B | 0.40 | 38.00 | 687142 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/27/00 | B | B | 5.20 | 494.00 | 686999 | Document Creation - begin to draft Second Motion to Dismiss |
| BEH | Beth-Ann E. Hersc | 03/27/00 | B | B | 0.30 | 28.50 | 686997 | Internal Legal Conference with JOS |
| BEH | Beth-Ann E. Hersc | 03/27/00 | B | B | 0.40 | 38.00 | 686996 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/27/00 | B | B | 0.20 | 19.00 | 686995 | Clerical (filing, copying, etc.) - fax, copying |
| BEH | Beth-Ann E. Hersc | 03/28/00 | B | B | 0.40 | 38.00 | 687513 | Internal Legal Conference with JOS |
| BEH | Beth-Ann E. Hersc | 03/28/00 | B | B | 0.10 | 9.50 | 687512 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/28/00 | B | B | 5.00 | 475.00 | 687510 | Document Creation - continue drafting Second Motion to Dismiss/Strike/More Definite Statement |
| JOS | John O. Stapleton | 03/28/00 | B | B | 0.50 | 47.50 | 687221 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/28/00 | B | B | 0.80 | 76.00 | 687511 | Meeting with ADA Coordinator |
| JOS | John O. Stapleton | 03/29/00 | B | B | 0.40 | 38.00 | 688263 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/29/00 | B | B | 0.20 | 19.00 | 687919 | Document Review - review memo to B. Boris |
| BEH | Beth-Ann E. Hersc | 03/29/00 | B | B | 4.20 | 399.00 | 687915 | Document Creation - continue drafting Second Motion to Dismiss |
| BEH | Beth-Ann E. Hersc | 03/29/00 | B | B | 0.80 | 76.00 | 687913 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/29/00 | B | B | 0.10 | 9.50 | 687917 | Telephone Conference with Beth Boris |
| BEH | Beth-Ann E. Hersc | 03/30/00 | B | B | 2.40 | 228.00 | 687931 | Document Creation - continue drafting Second Motion to Dismiss |
| BEH | Beth-Ann E. Hersc | 03/30/00 | B | B | 1.30 | 123.50 | 687929 | Document Review - review statutes and CFR |
| BEH | Beth-Ann E. Hersc | 03/30/00 | B | B | 0.80 | 76.00 | 687928 | Research (research, collect data) - research statutes and CFR |
| JOS | John O. Stapleton | 04/03/00 | B | B | 0.40 | 38.00 | 691173 | Internal Legal Conference with BEH |
| JOS | John O. Stapleton | 04/03/00 | B | B | 1.00 | 95.00 | 691172 | Meeting with Administrator/ADA Disability Section |
| BEH | Beth-Ann E. Hersc | 04/03/00 | B | B | 0.30 | 28.50 | 690968 | Research (research, collect data) - research for compensatory damages and injunction relief |
| BEH | Beth-Ann E. Hersc | 04/03/00 | B | B | 0.50 | 47.50 | 690965 | Telephone Conference with C. Rodriguez and B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/03/00 | B | B | 1.00 | 95.00 | 690964 | Meeting with B. Bons and P. Corwin |
| BEH | Beth-Ann E. Hersc | 04/03/00 | B | B | 5.30 | 503.50 | 690906 | Document Creation continue drafting Second Motion to Dismiss, etc. |
| BEH | Beth-Ann E. Hersc | 04/03/00 | B | B | 0.40 | 38.00 | 690909 | Document Review - review Regulations |
| JOS | John O. Stapleton | 04/04/00 | B | B | 0.30 | 28.50 | 691194 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 04/04/00 | B | B | 0.30 | 28.50 | 691019 | Internal Legal Conference with LEL |
| BEH | Beth-Ann E. Hersc | 04/04/00 | B | B | 0.40 | 38.00 | 691012 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 04/04/00 | B | B | 3.00 | 285.00 | 691007 | Document Creation - revise Second Motion to Dismiss |
| BEH | Beth-Ann E. Hersc | 04/04/00 | B | B | 1.50 | 142.50 | 691013 | Research (research, collect data) - research ownership of District I and suing wrong Defendant |
| JOS | John O. Stapleton | 04/05/00 | B | B | 0.50 | 47.50 | 691345 | Internal Legal Conference with BEH |
| JOS | John O. Stapleton | 04/05/00 | B | B | 0.60 | 57.00 | 691343 | Document Review - draft Motion to Dismiss |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:     5
Run : 02/01/01

CLIENT GESH     Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al            INIT. ATTY NMO   Norman M. Ostrau
                                                                                BILL. ATTY BEH   Beth-Ann E. Herschaft
                                                                                RESP. ATTY BEH   Beth-Ann E. Herschaft

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 04/05/00 | B | B | 1.00 | 95.00 | 691052 Meeting - check out Courthouse and Jail entrances, etc. |
| BEH | Beth-Ann E. Hersc | 04/05/00 | B | B | 1.50 | 142.50 | 691039 Document Creation - revise Second Motion to Dismiss, Motion to Strike and Motion for More Definite Statement |
| BEH | Beth-Ann E. Hersc | 04/05/00 | B | B | 0.40 | 38.00 | 691055 Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 04/06/00 | B | B | 0.50 | 47.50 | 691089 Document Creation - revise Second Motion to Dismiss |
| BEH | Beth-Ann E. Hersc | 04/10/00 | B | B | 0.30 | 28.50 | 691838 Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/11/00 | B | B | 0.50 | 47.50 | 693545 Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/11/00 | B | B | 1.80 | 171.00 | 693550 Document Review - review Answer and Affirmative Defenses of Sheriff |
| BEH | Beth-Ann E. Hersc | 04/11/00 | B | B | 0.10 | 9.50 | 693553 Telephone Conference with R. Allen |
| BEH | Beth-Ann E. Hersc | 04/19/00 | B | B | 0.60 | 57.00 | 695299 Document Review - review Reply to Sheriff from Plaintiff and Discovery requests |
| BEH | Beth-Ann E. Hersc | 04/19/00 | B | B | 0.40 | 38.00 | 695297 Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/19/00 | B | B | 0.20 | 19.00 | 695298 Telephone Conference with B. Sindaco (Boris) |
| BEH | Beth-Ann E. Hersc | 04/21/00 | B | B | 0.30 | 28.50 | 696071 Matter Management - file organization |
| BEH | Beth-Ann E. Hersc | 04/26/00 | B | B | 0.20 | 19.00 | 697213 Research (research, collect data) - research Title II Jury Trial |
| BEH | Beth-Ann E. Hersc | 04/26/00 | B | B | 0.50 | 47.50 | 697211 Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/26/00 | B | B | 0.20 | 19.00 | 697212 Document Review - Review scheduling order |
| BEH | Beth-Ann E. Hersc | 04/27/00 | B | B | 0.20 | 19.00 | 697234 Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/28/00 | B | B | 1.90 | 180.50 | 697255 Document Review - review pleadings |
| BEH | Beth-Ann E. Hersc | 04/28/00 | B | B | 0.10 | 9.50 | 697254 Internal Legal Conference - with JOS |
| JOS | John O. Stapleton | 04/28/00 | B | B | 0.20 | 19.00 | 697541 Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.20 | 19.00 | 698407 Matter Management - organize file |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 4.60 | 437.00 | 698406 Document Creation - draft Motion to Strike and Motion to Default |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.20 | 19.00 | 698408 Internal Legal Conference - with TMS |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.30 | 28.50 | 698382 Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 1.90 | 180.50 | 698381 Document Review - review Plaintiff's response to Defendant's Motion to Dismiss, Motion to Strike More Definite Statements, and review motion for scheduling order |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.90 | 85.50 | 698404 Research (research, collect data) - research 7.1 local rule - Motion to Strike |
| BEH | Beth-Ann E. Hersc | 05/08/00 | B | B | 0.10 | 9.50 | 702584 Telephone Conference - with S. Cody - requested that he set-up conference call regarding scheduling order |
| BEH | Beth-Ann E. Hersc | 05/08/00 | B | B | 0.50 | 47.50 | 702585 Telephone Conference - conference call |
| BEH | Beth-Ann E. Hersc | 05/08/00 | B | B | 0.30 | 28.50 | 702582 Telephone Conference - with B. Goldstein - She tried to call S. cody back - negative |
| BEH | Beth-Ann E. Hersc | 05/09/00 | B | B | 0.10 | 9.50 | 702617 Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/10/00 | B | B | 1.30 | 123.50 | 702666 Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/10/00 | B | B | 2.50 | 237.50 | 702658 Document Review - review proposed joint scheduling report |
| BEH | Beth-Ann E. Hersc | 05/10/00 | B | B | 0.10 | 9.50 | 702667 Telephone Conference - with Cody - mailbox full |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.30 | 28.50 | 702688 Document Review - review faxes |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.30 | 28.50 | 702687 Clerical (filing, copying, etc.) - faxing and |

Broward County Attorney's Office
Matter Ledger Report
From 10/01/95 thru 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref # | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | receiving documents |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.40 | 38.00 | 702685 | Telephone Conference - with C. Rodriguez (co-plaintiff's counsel) |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.20 | 19.00 | 702686 | Telephone Conference - with S. Cody |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 1.80 | 171.00 | 704282 | Document Creation - draft request for production |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 1.30 | 123.50 | 704281 | Document Creation - draft interrogatories |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 1.10 | 104.90 | 704280 | Document Review - review requests |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 2.40 | 228.00 | 704279 | Document Creation - draft response to request for documents |
| BEH | Beth-Ann E. Hersc | 05/15/00 | B | B | 0.10 | 9.50 | 704304 | Telephone Conference - with S. Cody - requested joint stipulation fax |
| BEH | Beth-Ann E. Hersc | 05/15/00 | B | B | 0.80 | 76.00 | 704305 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/15/00 | B | B | 0.60 | 57.00 | 704303 | Document Review - review documents |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.30 | 28.50 | 704366 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.20 | 19.00 | 704363 | Telephone Conference - with Mike Cahill |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.20 | 19.00 | 704368 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.30 | 28.50 | 704365 | Telephone Conference - C. Rodriguez |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 3.20 | 304.00 | 704367 | Document Review - revise response to Plaintiff's Request for Production, Defendant's first Request for Production and Defendant's Notice of Serving Interrogatories |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.40 | 38.00 | 704360 | Meeting - with Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704356 | Telephone Conference - per B.S.'s suggestion, left message with V.Daniel |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704357 | Telephone Conference - with Al Smith |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.20 | 19.00 | 704352 | Telephone Conference - with Ed Maurice, George Wodarzal |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704353 | Telephone Conference - with Beth Sindaco |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704359 | Telephone Conference - with Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.50 | 47.50 | 704355 | Telephone Conference - with Beth Sindaco |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 0.20 | 19.00 | 704452 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 1.60 | 152.00 | 704402 | Document Creation - revise production documents |
| JOS | John O. Stapleton | 05/17/00 | B | B | 0.40 | 38.00 | 704454 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 0.50 | 47.50 | 704400 | Document Review - review production documents |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 0.30 | 28.50 | 704401 | Matter Management - organize file |
| BEH | Beth-Ann E. Hersc | 05/18/00 | B | B | 0.30 | 28.60 | 705298 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/22/00 | B | B | 0.40 | 38.00 | 705367 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/22/00 | B | B | 1.70 | 161.50 | 705368 | Document Review - review discovery documents to go out |
| BEH | Beth-Ann E. Hersc | 05/23/00 | B | B | 0.40 | 38.00 | 705666 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/30/00 | B | B | 0.10 | 9.50 | 707035 | Telephone Conference - Left message for B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/30/00 | B | B | 0.30 | 28.60 | 707039 | Document Review - reviewed Court Order |
| BEH | Beth-Ann E. Hersc | 06/01/00 | B | B | 0.10 | 9.50 | 708107 | Telephone Conference - Left 2 messages for B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/01/00 | B | B | 0.20 | 19.00 | 708108 | Telephone Conference - Call back from B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/06/00 | B | B | 0.60 | 57.00 | 709408 | Document Review - review scheduling/discovery schedules, other documents |

CLIENT GESH       Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al        INIT. ATTY NMO   Norman M. Ostrau
                                                                            BILL. ATTY BEH   Beth-Ann E. Herschaft
                                                                            RESP. ATTY BEH   Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref# | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 06/06/00 | B | B | 0.30 | 28.50 | 709406 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/06/00 | B | B | 0.40 | 38.00 | 709407 | MEMO - memo to JOS |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710227 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.10 | 9.50 | 710247 | Clerical (filing, copying, etc.) - xerox information for JOS |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.40 | 38.00 | 710226 | Research (research, collect data) - research bifurcated trial |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710221 | Telephone Conference - left messages - D. Brossard - called back |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710222 | Telephone Conference - with Steve Urbanek & Mike Cahill |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710228 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.40 | 38.00 | 710220 | Document Review - review Plaintiff's request and our response to Plaintiff's request for production |
| BEH | Beth-Ann E. Hersc | 06/19/00 | B | B | 0.20 | 19.00 | 712558 | Research (research, collect data) - research new case law |
| BEH | Beth-Ann E. Hersc | 06/19/00 | B | B | 1.50 | 142.50 | 712554 | Document Review - review correspondence and case law |
| BEH | Beth-Ann E. Hersc | 06/19/00 | B | B | 0.30 | 28.50 | 712556 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 06/22/00 | B | B | 0.20 | 19.00 | 713699 | Telephone Conference - left messages for J. Canada - returned call |
| BEH | Beth-Ann E. Hersc | 06/23/00 | B | B | 0.40 | 38.00 | 714593 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/23/00 | B | B | 0.40 | 38.00 | 714594 | Document Review - review fax and attachments |
| BEH | Beth-Ann E. Hersc | 06/26/00 | B | B | 0.10 | 9.50 | 714710 | Clerical (filing, copying, etc.) - fax letter to B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/26/00 | B | B | 0.30 | 28.50 | 714709 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/26/00 | B | B | 0.20 | 19.00 | 714711 | Telephone Conference - with B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/27/00 | B | B | 0.20 | 19.00 | 715909 | Telephone Conference - with B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/27/00 | B | B | 0.30 | 28.50 | 715910 | Document Review - review response to fax from B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/28/00 | B | B | 1.00 | 95.00 | 715867 | Meeting - with Mike Cahill and Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 06/28/00 | B | B | 0.30 | 28.50 | 715868 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/03/00 | B | B | 0.20 | 19.00 | 716741 | Telephone Conference - with Opposing Counsel - left message - mailbox full |
| BEH | Beth-Ann E. Hersc | 07/03/00 | B | B | 0.10 | 9.50 | 716740 | Telephone Conference - left message for Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.10 | 9.50 | 717553 | Telephone Conference - with Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.30 | 28.50 | 717551 | Telephone Conference - with S. Cody |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.40 | 38.00 | 717552 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.30 | 28.50 | 717542 | Document Review - review Plaintiff's Response to Request for Production |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.10 | 9.50 | 717550 | Document Review - review faxed information |
| BEH | Beth-Ann E. Hersc | 07/06/00 | B | B | 0.20 | 19.00 | 720125 | Telephone Conference w/John Canada - Will search for documents |
| BEH | Beth-Ann E. Hersc | 07/06/00 | B | B | 0.10 | 9.50 | 720124 | Telephone Conference w/B. Goldstein - Left message |
| JOS | John O. Stapleton | 07/06/00 | B | B | 0.20 | 19.00 | 718052 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 07/06/00 | B | B | 0.20 | 19.00 | 720126 | Telephone Conference w/Steve Urbanek - Will search for documents |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page: 8
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO   Norman M. Ostrau
BILL. ATTY BEH   Beth-Ann E. Herschaft
RESP. ATTY BEH   Beth-Ann E. Herschaft

| Atty | Name | Date | B | B | Hours | Amount | Ref | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 07/11/00 | B | B | 0.20 | 19.00 | 721236 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.20 | 19.00 | 722442 | Document Review - draft and send fax to Sheriff's counsel |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.60 | 57.00 | 722441 | Telephone Conference - with C. Rodriguez and B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.20 | 19.00 | 722437 | Telephone Conference - with S. Cody |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.30 | 28.50 | 722436 | Telephone Conference - with S. Urbanek |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.10 | 9.50 | 722435 | Telephone Conference - left message for J. Canada who will be out until next Wednesday |
| EGL | Edward G. Labrado | 07/13/00 | B | B | 0.60 | 57.00 | 723363 | Internal Legal Conference - several internal legal conferences with BEH and intern regarding Jail plans, Department of Corrections rules, and disclosure exemption in Shotz case |
| BEH | Beth-Ann E. Hersc | 07/13/00 | B | B | 2.50 | 237.50 | 722457 | Internal Legal Conference - with DWF |
| BEH | Beth-Ann E. Hersc | 07/13/00 | B | B | 0.70 | 66.50 | 722456 | Telephone Conference - with B. Goldstein |
| DWF | Danielle W. Frenc | 07/13/00 | B | B | 2.50 | 237.50 | 730157 | Internal Legal Conference w/BAH re. Motion hearings, discovery, and issues for litigation |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 1.10 | 104.50 | 722862 | Document Creation - start to draft Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 0.40 | 38.00 | 722466 | Telephone Conference - with B. Goldstein and C. Rodriguez |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 0.30 | 28.50 | 722464 | Research (research, collect data) - research confidential record |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 1.20 | 114.00 | 722465 | Document Review - review research |
| BEH | Beth-Ann E. Hersc | 07/16/00 | B | B | 2.30 | 218.50 | 722474 | Document Review - review 2nd Amended Complaint and Sheriff's Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/16/00 | B | B | 1.40 | 133.00 | 722475 | Document Creation - began to draft answer and affirmative defenses |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.20 | 19.00 | 722541 | Document Creation - draft memo to M. Cahill |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.30 | 28.50 | 722540 | Telephone Conference - with M. Cahill and S. Urbanek |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 2.80 | 266.00 | 722520 | Document Review - continue drafting Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.40 | 38.00 | 722522 | Clerical (filing, copying, etc.) - xeroxing and filing |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.10 | 9.50 | 722537 | Document Review - review memo from M. Cahill |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.20 | 19.00 | 722546 | Document Creation - draft letter to S. Cody |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 3.40 | 323.00 | 722556 | Document Creation - continue drafting Answer to Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 0.20 | 19.00 | 722557 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 0.10 | 9.50 | 722558 | Telephone Conference - with Mike Cahill |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 1.70 | 161.50 | 722555 | Document Review - continue review of Second Amended Complaint |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.30 | 28.50 | 727342 | Research (research, collect data) - research number of pages |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.20 | 19.00 | 727343 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 1.20 | 114.00 | 727340 | Document Creation - revise Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.40 | 38.00 | 727341 | Document Review - review Answer and Affirmative Defenses |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page: 9
Run : 02/01/01

CLIENT GESH     Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref# | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 07/21/00 | B | B | 0.60 | 57.00 | 727362 | Matter Management - file management |
| BEH | Beth-Ann E. Hersc | 07/24/00 | B | B | 0.20 | 19.00 | 727374 | Telephone Conference - with B. Goldstein - discuss possible times for deposition |
| BEH | Beth-Ann E. Hersc | 07/25/00 | B | B | 0.10 | 9.50 | 727762 | MEMO - e-mail - J. Canada |
| BEH | Beth-Ann E. Hersc | 08/01/00 | B | B | 0.20 | 19.00 | 729594 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 08/03/00 | B | B | 0.10 | 9.50 | 729691 | Telephone Conference - schedule Shotz deposition |
| JOS | John O. Stapleton | 08/09/00 | B | B | 0.30 | 28.50 | 729229 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 08/11/00 | B | B | 0.20 | 19.00 | 731837 | Document Creation - draft letter confirming conversation |
| BEH | Beth-Ann E. Hersc | 08/11/00 | B | B | 0.20 | 19.00 | 731838 | Telephone Conference - with Opposing Counsel |
| JOS | John O. Stapleton | 08/14/00 | B | B | 0.20 | 19.00 | 730476 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 08/21/00 | B | B | 0.10 | 9.50 | 733327 | Telephone Conference - left message for B. Goldstein |
| BEH | Beth-Ann E. Hersc | 08/25/00 | B | B | 0.50 | 47.50 | 734533 | Document Creation - draft letters |
| BEH | Beth-Ann E. Hersc | 08/25/00 | B | B | 0.20 | 19.00 | 734534 | Clerical (filing, copying, etc.) - xerox discovery documents |
| BEH | Beth-Ann E. Hersc | 08/25/00 | B | B | 1.00 | 95.00 | 734536 | Matter Management - file management |
| BEH | Beth-Ann E. Hersc | 08/28/00 | B | B | 0.60 | 57.00 | 734902 | Document Review - review Joint Scheduling Order |
| BEH | Beth-Ann E. Hersc | 08/28/00 | B | B | 0.30 | 28.50 | 734901 | Telephone Conference - with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 09/12/00 | B | B | 0.10 | 9.50 | 738927 | Telephone Conference - left message for Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 09/12/00 | B | B | 1.40 | 133.00 | 738929 | Document Creation - began to draft Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/12/00 | B | B | 0.40 | 38.00 | 738928 | Document Review - review correspondence |
| BEH | Beth-Ann E. Hersc | 09/13/00 | B | B | 0.90 | 85.50 | 738950 | Document Creation - continue to draft Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/14/00 | B | B | 1.40 | 133.00 | 740346 | Document Creation - continue drafting Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/14/00 | B | B | 0.10 | 9.50 | 740344 | Telephone Conference - left message for S. Cody |
| BEH | Beth-Ann E. Hersc | 09/15/00 | B | B | 1.40 | 133.00 | 740387 | Document Creation - continue drafting Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/15/00 | B | B | 0.50 | 47.50 | 740388 | Document Review - research "failure to respond to discovery request at all" |
| BEH | Beth-Ann E. Hersc | 09/18/00 | B | B | 1.00 | 95.00 | 740459 | Research (research, collect data) - research "failure to respond" |
| BEH | Beth-Ann E. Hersc | 09/18/00 | B | B | 2.50 | 237.50 | 740458 | Document Creation - continue drafting Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/19/00 | B | B | 2.50 | 237.50 | 741922 | Document Creation - finish Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/19/00 | B | B | 1.00 | 95.00 | 741923 | Document Review - review documents |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 1.50 | 147.00 | 746176 | Matter Management - file management |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 0.20 | 19.60 | 746101 | Document Creation - draft letter to C.R. |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 0.10 | 9.80 | 746088 | Telephone Conference - with C. Rodriguez - left message |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 0.20 | 19.60 | 746023 | Document Review - review codefendents Motion to Compel |
| BEH | Beth-Ann E. Hersc | 10/11/00 | B | B | 0.40 | 39.20 | 748621 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 10/18/00 | B | B | 0.30 | 29.40 | 752358 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 10/18/00 | B | B | 0.30 | 29.40 | 752360 | Internal Legal Conference - with JJA |
| JJA | Jose J. Arrojo | 10/18/00 | B | B | 0.50 | 49.00 | 752295 | Meeting with co-counsel re deposition strategy |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO   Norman M. Ostrau
BILL. ATTY BEH   Beth-Ann E. Herschaft
RESP. ATTY BEH   Beth-Ann E. Herschaft

| Init | Attorney | Date | | | Hours | Amount | Entry # | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 10/20/00 | B | B | 0.20 | 19.60 | 752957 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/23/00 | B | B | 0.10 | 9.80 | 753401 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 10/23/00 | B | B | 0.10 | 9.80 | 753402 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/24/00 | B | B | 0.30 | 29.40 | 753930 | Telephone Conference - with Beth Sindaco |
| JOS | John O. Stapleton | 10/24/00 | B | B | 0.30 | 29.40 | 753556 | Internal Legal Conference with BEH |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 0.50 | 49.00 | 754870 | Internal Legal Conference with BEH re status of deposition and Motion for Enlargement of Time/Discovery |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 3.00 | 294.00 | 754869 | Document Review and Document Creation - review correspondence file; draft Motion for Enlargement of Time/Discovery |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 4.00 | 392.00 | 754753 | Document Review and Document Creation - review file; correspondence file - draft Motion for Enlargement of Time/Discovery |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.30 | 29.40 | 754531 | Document Review - review Motion for Enlargement of Time |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.30 | 29.40 | 754530 | Document Creation - edit Motion for Enlargement of Time |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.50 | 49.00 | 754529 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.20 | 19.60 | 754528 | Telephone Conference - with Carmen Rodriguez |
| JJA | Jose J. Arrojo | 10/31/00 | B | B | 1.00 | 98.00 | 755691 | Document Creation - final revision to Motion for Enlargement of Time for Discovery |
| JOS | John O. Stapleton | 10/31/00 | B | B | 0.40 | 39.20 | 755678 | Document Review - pleading draft |
| JJA | Jose J. Arrojo | 11/03/00 | B | B | 0.25 | 24.50 | 757923 | Document Review - review Co-Defendant's Motion to Dismiss |
| JJA | Jose J. Arrojo | 11/07/00 | B | B | 0.75 | 73.50 | 757945 | Document Review and Document Creation - review Court Order denying enlargement of time for discovery and draft correspondence |
| JJA | Jose J. Arrojo | 11/07/00 | B | B | 0.50 | 49.00 | 757953 | Document Creation - draft correspondence re animal fees |
| BEH | Beth-Ann E. Hersc | 11/08/00 | B | B | 0.20 | 19.60 | 760029 | Telephone Conference - with Beth Sindaco |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 0.25 | 24.50 | 757958 | Document Review - review sign/off correspondence |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 0.25 | 24.50 | 757957 | Telephone Conference with opposing counsel |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 3.00 | 294.00 | 757956 | Document Creation - draft Amended Motion for Enlargement of Time for Discovery and Motion to Compel |
| BEH | Beth-Ann E. Hersc | 11/09/00 | B | B | 0.20 | 19.60 | 760046 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 11/09/00 | B | B | 0.90 | 88.20 | 760045 | Document Creation - edit Motion to Enlarge Time |
| JJA | Jose J. Arrojo | 11/09/00 | B | B | 1.00 | 98.00 | 757962 | Document Creation - amend Motion for Enlargement |
| JJA | Jose J. Arrojo | 11/09/00 | B | B | 0.25 | 24.50 | 757963 | Internal Legal Conference with co-counsel |
| BEH | Beth-Ann E. Hersc | 11/27/00 | B | B | 0.30 | 29.40 | 760721 | Matter Management - file with Federal Court |
| BEH | Beth-Ann E. Hersc | 11/27/00 | B | B | 0.30 | 29.40 | 760719 | Document Review - review Motion for Enlargement of time and sign |
| JJA | Jose J. Arrojo | 11/27/00 | B | B | 0.75 | 73.50 | 763593 | Document Creation - amend Motion for Enlargement of Time for Discovery and Order |
| JJA | Jose J. Arrojo | 12/18/00 | B | B | 0.50 | 49.00 | 766994 | Document Creation - draft motion sanctions; discovery; order; and cover correspondence |
| JJA | Jose J. Arrojo | 12/18/00 | B | B | 3.00 | 294.00 | 766992 | Document Creation - draft motion for sanctions; |

```
Broward County Attorney's Office                                                            Page:    11
                                              Matter Ledger Report                          Run : 02/01/01
                                           From 10/01/95 thru 02/01/01

CLIENT GESH      Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al        INIT. ATTY NMO  Norman M. Ostrau
                                                                           BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                           RESP. ATTY BEH  Beth-Ann E. Herschaft
```

|     |                       |          |   |   |        |           |        |                                                                                                                              |
|-----|-----------------------|----------|---|---|--------|-----------|--------|------------------------------------------------------------------------------------------------------------------------------|
|     |                       |          |   |   |        |           |        | discovery; order; and cover correspondence                                                                                   |
| BEH | Beth-Ann E. Hersc     | 12/20/00 | B | B | 0.40   | 39.20     | 768092 | Internal Legal Conference - discussion with JJA                                                                              |
| BEH | Beth-Ann E. Hersc     | 12/20/00 | B | B | 0.30   | 29.40     | 768090 | Document Creation - revise Motion to Compel                                                                                  |
| BEH | Beth-Ann E. Hersc     | 12/20/00 | B | B | 0.30   | 29.40     | 768089 | Document Review - review Motion to Compel                                                                                    |
| JJA | Jose J. Arrojo        | 12/20/00 | B | B | 1.50   | 147.00    | 767867 | Telephone Conference , Document Creation and Internal Legal Conference - telephone call to opposing counsel re discovery; edit draft motion for sanctions; and met with co-counsel |
| BEH | Beth-Ann E. Hersc     | 12/22/00 | B | B | 0.30   | 29.40     | 768714 | Internal Legal Conference - with JJA                                                                                         |
| BEH | Beth-Ann E. Hersc     | 12/22/00 | B | B | 0.20   | 19.60     | 768713 | Document Creation - revise Motion for Sanction                                                                               |
| JJA | Jose J. Arrojo        | 12/22/00 | B | B | 1.50   | 147.00    | 767935 | Document Creation and Document Review - review co-counsel (BSO) Motion to Dismiss; revise Broward County's Motion for Sanctions/Dismiss; draft Order |
| BEH | Beth-Ann E. Hersc     | 12/22/00 | B | B | 0.20   | 19.60     | 768712 | Document Review - review Motion for Sanction                                                                                 |
| BEH | Beth-Ann E. Hersc     | 12/22/00 | B | B | 0.30   | 29.40     | 768715 | Telephone Conference - with Carmen Rodriguez                                                                                 |

```
         BILLABLE                                   239.60   22,858.30
         NON-BILLABLE                                 0.00        0.00
         SUPPRESSABLE                                 0.00        0.00
         TOTAL                                     239.60   22,858.30

-----------------------------------------------B I L L E D   E X P E N S E S-----------------------------------------------
CODE NAME              DATE           STS              S VALUE    CK #  REF #  TEXT



         ADVANCED                                              0.00
         NON-CASH                                              0.00
         TOTAL                                                 0.00
```