**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

    Defendants.
_____/



### AFFIDAVIT OF JOSE J. ARROJO

BEFORE ME, the undersigned authority, duly authorized to administer oaths, personally appeared JOSE J. ARROJO of Fort Lauderdale, Broward County, Florida, who, being by me first duly sworn, says that:

1.    I am an attorney duly licensed to practice law in the state of Florida (Florida Bar No. 744808) and am duly admitted and qualified to practice as an Attorney in the United States District Court for the Southern District of Florida. I have been practicing law for over twelve (12) years, four and one-half (4½) of which have been in the area of employment and labor law.

2.    I currently hold the position of Assistant County Attorney for the Broward County Attorney's Office. In my current and previous employment, I have litigated various actions relating to constitutional law, legislative actions, constitutional rights of public employees, employment discrimination, and other federal civil rights.

ATTACHMENT 2



00-6088-CIV-DIMITROULEAS/JOHNSON

3.  The itemization of my time and services as set forth in my Affidavit and Exhibit B, in support of Defendant's Motion and Affirmation in Support of Motion for Attorneys' Fees and Costs, is true and accurate to the best of my knowledge and belief.

4.  In my opinion, based upon my knowledge of fees charged in this district, an hourly rate of $98.00 is reasonable for my services.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JOSE J. ARROJO

STATE OF FLORIDA    )
                    ) SS.
COUNTY OF BROWARD   )

BEFORE the undersigned authority, a notary public in and for said state and county, personally appeared JOSE J. ARROJO, who is personally known to me to be the person described by said name, and who acknowledged before me the execution of the foregoing

cv-06088-WPD    Document 46    Entered on FLSD Docket 02/08/2001    P

00-6088-CIV-DIMITROULEAS/JOHNSON

Affidavit to be his free and voluntary act and deed for the uses and purposes therein expressed and produced.

Given under by hand and official seal this 2nd day of February, 2001.

(SEAL)

\_\_\_\_\_Donna Gail Person\_\_\_\_\_
Signature of NOTARY PUBLIC

\_\_\_\_\_Donna Gail Person\_\_\_\_\_
Printed Name of NOTARY PUBLIC



DONNA GAIL PERSON
COMMISSION # CC 644927
EXPIRES MAY 7, 2001
BONDED THRU
ATLANTIC BONDING CO., INC.

My Commission Expires:

Broward County Attorney's Office  
Page: 1  
Matter Ledger Report  
Run : 02/01/01  
From 10/01/95 thru 02/01/01

```
CLIENT GESH      Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al     INIT. ATTY NMO  Norman M. Ostrau
                                                                        BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                        RESP. ATTY BEH  Beth-Ann E. Herschaft
```

================================================================================================================

----------------------------------------------------T I M E----------------------------------------------------

```
CODE NAME            DATE      CODE  STS    HOURS    $ VALUE       REF #  TEXT

JJA  Jose J. Arrojo   01/17/01   B    U     0.25     24.50 *      775201  Document Review - review Court Order dismissing
                                                                          complaint
BEH  Beth-Ann E. Hersc 01/18/01   B    U    0.20     19.60        775551  Document Review - review order of dismissal
                      01/18/01   B    U    0.30     29.40        775553  Internal Legal Conference - with JJA
                      01/18/01   B    U    0.40     39.20        775554  Document Review - review attorney's fees
JJA  Jose J. Arrojo   01/19/01   B    U    2.00    196.00        775958  Research (research, collect data) , Document
                                                                          Creation, and Document Review - research our
                                                                          attorney's fees' case law; review billed hours;
                                                                          and draft Motion for Attorney's Fees
                      01/30/01   B    U    0.50     49.00 *      780898  Internal Legal Conference Shotz Motion for
                                                                          Attorney Fees with Beth-Ann.


     BILLABLE                              3.65    357.70
     NON-BILLABLE                          0.00      0.00
     SUPPRESSABLE                          0.00      0.00
     TOTAL                                 3.65    357.70
```

----------------------------------------------------E X P E N S E S--------------------------------------------

```
CODE NAME            DATE         STS              $ VALUE    CK #  REF #  TEXT




     ADVANCED                                       0.00
     NON-CASH                                       0.00
     TOTAL                                          0.00
```

----------------------------------------------------B I L L I N G----------------------------------------------
<------------------- BALANCE DUE -------------------->

```
NUMBER    DATE TYPE    TOTAL       FEES     EXPENSES    TAX      TOTAL    FEES    EXPENSES    TAX

2677     12/31/99  B
2824     03/31/00  B   8,730.50   8,730.50
2962     06/30/00  B   6,583.50   6,583.50
3118     09/30/00  B   4,398.50   4,398.50
3238     12/31/00  B   3,145.80   3,145.80

TOTAL                 22,858.30  22,858.30
```

**EXHIBIT B**

----------------------------------------------------S U M M A R Y----------------------------------------------

```
                CURRENT   31-60   61-90   OVER 90   TRUST BAL  PREPAID BAL   WIP CARRIED FORWARD
  AGED WIP:     357.70                                                       FEES         357.70
  AGED A/R:                                                                  EXPENSES
                                                                                       -----------
                                                                                           357.70
```
----------------------------------------------------B I L L E D  T I M E---------------------------------------

```
CLIENT GESH     Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al    INIT. ATTY NMO  Norman M. Ostrau
                                                                       BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                       RESP. ATTY BEH  Beth-Ann E. Herschaft
```

| CODE | NAME | DATE | CODE | STS | HOURS | $ VALUE | REF # | TEXT |
|---|---|---|---|---|---|---|---|---|
| MJK | Michael J. Kerr | 01/20/00 | B | B | 0.30 | 28.50 | 661688 | Document Review Complaint |
| JOS | John O. Stapleton | 01/26/00 | B | B | 0.20 | 19.00 | 666319 | Document Review Complaint. |
| BEH | Beth-Ann E. Hersc | 01/26/00 | B | B | 0.30 | 28.50 | 663575 | Internal Legal Conference Eddie Labrador. |
| BEH | Beth-Ann E. Hersc | 01/26/00 | B | B | 0.30 | 28.50 | 663571 | Telephone Conference Sheriff's Legal Counsel. |
| JOS | John O. Stapleton | 01/26/00 | B | B | 0.40 | 38.00 | 666321 | Internal Legal Conference Beth-Ann, Norm Ostrau and Eddie Labrador. |
| BEH | Beth-Ann E. Hersc | 01/27/00 | B | B | 0.20 | 19.00 | 663589 | Telephone Conference John Stapleton and Norm Ostru. |
| JOS | John O. Stapleton | 01/27/00 | B | B | 0.50 | 47.50 | 666352 | Internal Legal Conference Beth-Ann and Beth Boris |
| BEH | Beth-Ann E. Hersc | 01/27/00 | B | B | 0.50 | 47.50 | 663587 | Telephone Conference Court Personnel to get Civil/Criminal History. |
| BEH | Beth-Ann E. Hersc | 01/27/00 | B | B | 0.20 | 19.00 | 663588 | Telephone Conference Pete Coroin. |
| JOS | John O. Stapleton | 01/28/00 | B | B | 0.30 | 28.50 | 664872 | Internal Legal Conference - with BEH |
| JOS | John O. Stapleton | 02/01/00 | B | B | 1.00 | 95.00 | 665668 | Internal Legal Conference - with Beth Boris |
| BEH | Beth-Ann E. Hersc | 02/02/00 | B | B | 0.40 | 38.00 | 665694 | Document Review - review complaint |
| BEH | Beth-Ann E. Hersc | 02/02/00 | B | B | 0.50 | 47.50 | 665692 | Telephone Conference - with Attorney Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/02/00 | B | B | 0.10 | 9.50 | 665693 | Telephone Conference - with Opposing Counsel |
| BEH | Beth-Ann E. Hersc | 02/04/00 | B | B | 0.10 | 9.50 | 667871 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 02/04/00 | B | B | 0.10 | 9.50 | 667870 | Telephone Conference - with Co-Defendants Counsel |
| BEH | Beth-Ann E. Hersc | 02/04/00 | B | B | 0.20 | 19.00 | 667869 | Telephone Conference - with Opposing Counsel |
| BEH | Beth-Ann E. Hersc | 02/05/00 | B | B | 1.00 | 95.00 | 668819 | Document Review |
| BEH | Beth-Ann E. Hersc | 02/05/00 | B | B | 2.30 | 218.50 | 667883 | Document Creation - draft Motion to Extend; draft Proposed Order |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 0.20 | 19.00 | 669352 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 1.00 | 95.00 | 669351 | Document Creation - Revise Motion to Extend |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 0.50 | 47.50 | 669350 | Telephone Conference - with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/07/00 | B | B | 1.50 | 142.50 | 669354 | Research (research, collect data) - ADA and prisons |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.60 | 57.00 | 668103 | Matter Management - organize file |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.20 | 19.00 | 668101 | Document Creation - draft letter to B. Goldstein |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.80 | 76.00 | 668100 | Document Review |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.50 | 47.50 | 668099 | Research (research, collect data) (Existing buildings and ADA) |
| BEH | Beth-Ann E. Hersc | 02/08/00 | B | B | 0.50 | 47.50 | 668098 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/10/00 | B | B | 0.50 | 47.50 | 669222 | Document Review - Review amended complaint |
| BEH | Beth-Ann E. Hersc | 02/10/00 | B | B | 0.40 | 38.00 | 669221 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/14/00 | B | B | 0.20 | 19.00 | 669647 | Telephone Conference - left message for Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/14/00 | B | B | 0.50 | 47.50 | 669645 | Document Review - Review amended complaint |
| BEH | Beth-Ann E. Hersc | 02/14/00 | B | B | 0.50 | 47.50 | 669643 | Document Creation - start to draft Motion |
| BEH | Beth-Ann E. Hersc | 02/18/00 | B | B | 2.10 | 199.50 | 671919 | Document Creation - begin drafting Motion for More Definite Statement. |
| BEH | Beth-Ann E. Hersc | 02/18/00 | B | B | 0.40 | 38.00 | 671920 | Document Review - Review Amended Complaint |
| BEH | Beth-Ann E. Hersc | 02/18/00 | B | B | 0.40 | 38.00 | 671918 | Telephone Conference w/Bari Goldstein |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:       6
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO   Norman M. Ostrau
BILL. ATTY BEH   Beth-Ann E. Herschaft
RESP. ATTY BEH   Beth-Ann E. Herschaft

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 4.20 | 399.00 | 671927 | Document Review - Review case law/file |
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 2.30 | 218.50 | 671928 | Document Creation - Continue to draft Motion |
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 1.50 | 142.50 | 671926 | Research (research, collect data) - Motion for More Definite Statement and Disability |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 0.70 | 66.50 | 671936 | Internal Legal Conference w/EGL |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 1.50 | 142.50 | 671934 | Document Review - review research and documents |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 0.80 | 76.00 | 671932 | Research (research, collect data) |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 5.30 | 503.50 | 671933 | Document Creation |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 4.20 | 399.00 | 672297 | Document Creation - continue drafting motions |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 0.70 | 66.50 | 672294 | Internal Legal Conference w/NMO and LEL |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 2.80 | 266.00 | 672296 | Research (research, collect data) - continue research re. Sheriff |
| JOS | John O. Stapleton | 02/22/00 | B | B | 0.20 | 19.00 | 672285 | Telephone Conference - conferences w/B. Hill |
| JOS | John O. Stapleton | 02/22/00 | B | B | 0.50 | 47.50 | 672280 | Internal Legal Conference w/BEH |
| JOS | John O. Stapleton | 02/22/00 | B | B | 1.00 | 95.00 | 672290 | Document Review - draft Memorandum of Law |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 7.80 | 741.00 | 672763 | Document Creation - revise Motion |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 0.40 | 38.00 | 672764 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 1.00 | 95.00 | 672762 | Internal Legal Conference w/JOS |
| JOS | John O. Stapleton | 02/23/00 | B | B | 1.50 | 142.50 | 672723 | Internal Legal Conference w/BEH |
| JOS | John O. Stapleton | 02/23/00 | B | B | 0.40 | 38.00 | 672739 | Document Review - draft |
| BEH | Beth-Ann E. Hersc | 02/24/00 | B | B | 0.20 | 19.00 | 673700 | Internal Legal Conference |
| BEH | Beth-Ann E. Hersc | 02/24/00 | B | B | 1.50 | 142.50 | 673699 | Document Creation - draft letter, edit Motion |
| BEH | Beth-Ann E. Hersc | 02/28/00 | B | B | 0.30 | 28.50 | 673706 | Internal Legal Conference w/NMO |
| JOS | John O. Stapleton | 02/29/00 | B | B | 0.20 | 19.00 | 673905 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 02/29/00 | B | B | 0.50 | 47.50 | 673905 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/29/00 | B | B | 0.40 | 38.00 | 673906 | Telephone Conference w/Steve Cody |
| JOS | John O. Stapleton | 03/01/00 | B | B | 0.50 | 47.50 | 679346 | Meeting with ADA /staff |
| JOS | John O. Stapleton | 03/01/00 | B | B | 0.30 | 28.50 | 679362 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/01/00 | B | B | 0.80 | 76.00 | 674282 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/01/00 | B | B | 0.20 | 19.00 | 674303 | Telephone Conference - call to Department of Professional Regulations and License Verification |
| BEH | Beth-Ann E. Hersc | 03/03/00 | B | B | 0.20 | 19.00 | 676899 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/03/00 | B | B | 0.80 | 76.00 | 676900 | Document Creation - draft letter to opposing counsel |
| BEH | Beth-Ann E. Hersc | 03/06/00 | B | B | 0.50 | 47.50 | 676933 | Telephone Conference with Bari Goldstein |
| JOS | John O. Stapleton | 03/07/00 | B | B | 0.20 | 19.00 | 679930 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/07/00 | B | B | 0.50 | 47.50 | 676935 | Clerical (filing, copying, etc.) - xeroxing |
| BEH | Beth-Ann E. Hersc | 03/07/00 | B | B | 0.20 | 19.00 | 676936 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/13/00 | B | B | 0.20 | 19.00 | 677038 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/14/00 | B | B | 0.30 | 28.50 | 682581 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/15/00 | B | B | 0.10 | 9.50 | 682798 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.40 | 38.00 | 685144 | Document Review - review Federal Register to access documents |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.20 | 19.00 | 685140 | Clerical (filing, copying, etc.) - file/copy documents |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.50 | 47.50 | 685148 | Matter Management - start to organize Title II Notebook |
| BEH | Beth-Ann E. Hersc | 03/23/00 | B | B | 0.30 | 28.50 | 686150 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/24/00 | B | B | 0.10 | 9.50 | 686297 | Internal Legal Conference with JOS |

```
CLIENT GESH      Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al        INIT. ATTY NMO  Norman M. Ostrau
                                                                           BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                           RESP. ATTY BEH  Beth-Ann E. Herschaft

================================================================================================================

BEH  Beth-Ann E. Hersc  03/24/00   B    B     2.20    209.00     686317  Document Review - review Amended Complaint and
                                                                         fax
BEH  Beth-Ann E. Hersc  03/24/00   B    B     0.40     38.00     686303  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/24/00   B    B     0.10      9.50     686296  Telephone Conference with S. Cody - opposing
                                                                         counsel
JOS  John O. Stapleton  03/27/00   B    B     0.40     38.00     687142  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  03/27/00   B    B     5.20    494.00     686999  Document Creation - begin to draft Second
                                                                         Motion to Dismiss
BEH  Beth-Ann E. Hersc  03/27/00   B    B     0.30     28.50     686997  Internal Legal Conference with JOS
BEH  Beth-Ann E. Hersc  03/27/00   B    B     0.40     38.00     686996  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/27/00   B    B     0.20     19.00     686995  Clerical (filing, copying, etc.) - fax, copying
BEH  Beth-Ann E. Hersc  03/28/00   B    B     0.20     19.00     687513  Internal Legal Conference with JOS
BEH  Beth-Ann E. Hersc  03/28/00   B    B     0.10      9.50     687512  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/28/00   B    B     5.00    475.00     687510  Document Creation - continue drafting Second
                                                                         Motion to Dismiss/Strike/More Definite
                                                                         Statement
JOS  John O. Stapleton  03/28/00   B    B     0.50     47.50     687221  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  03/28/00   B    B     0.80     76.00     687511  Meeting with ADA Coordinator
JOS  John O. Stapleton  03/29/00   B    B     0.40     38.00     688263  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  03/29/00   B    B     0.20     19.00     687919  Document Review - review memo to B. Boris
BEH  Beth-Ann E. Hersc  03/29/00   B    B     4.20    399.00     687915  Document Creation - continue drafting Second
                                                                         Motion to Dismiss
BEH  Beth-Ann E. Hersc  03/29/00   B    B     0.80     76.00     687913  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/29/00   B    B     0.10      9.50     687917  Telephone Conference with Beth Boris
BEH  Beth-Ann E. Hersc  03/30/00   B    B     2.40    228.00     687931  Document Creation - continue drafting Second
                                                                         Motion to Dismiss
BEH  Beth-Ann E. Hersc  03/30/00   B    B     1.30    123.50     687929  Document Review - review statutes and CFR
BEH  Beth-Ann E. Hersc  03/30/00   B    B     0.80     76.00     687928  Research (research, collect data) - research
                                                                         statutes and CFR
JOS  John O. Stapleton  04/03/00   B    B     0.40     38.00     691173  Internal Legal Conference with BEH
JOS  John O. Stapleton  04/03/00   B    B     1.00     95.00     691172  Meeting with Administrator/ADA Disability
                                                                         Section
BEH  Beth-Ann E. Hersc  04/03/00   B    B     0.30     28.50     690968  Research (research, collect data) - research
                                                                         for compensatory damages and injunction relief
BEH  Beth-Ann E. Hersc  04/03/00   B    B     0.50     47.50     690965  Telephone Conference with C. Rodriguez and B.
                                                                         Goldstein
BEH  Beth-Ann E. Hersc  04/03/00   B    B     1.00     95.00     690964  Meeting with B. Bons and P. Corwin
BEH  Beth-Ann E. Hersc  04/03/00   B    B     5.30    503.50     690906  Document Creation continue drafting Second
                                                                         Motion to Dismiss, etc.
BEH  Beth-Ann E. Hersc  04/03/00   B    B     0.40     38.00     690909  Document Review - review Regulations
JOS  John O. Stapleton  04/04/00   B    B     0.30     28.50     691194  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  04/04/00   B    B     0.30     28.50     691019  Internal Legal Conference with LEL
BEH  Beth-Ann E. Hersc  04/04/00   B    B     0.40     38.00     691012  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  04/04/00   B    B     3.00    285.00     691007  Document Creation - revise Second Motion to
                                                                         Dismiss
BEH  Beth-Ann E. Hersc  04/04/00   B    B     1.50    142.50     691013  Research (research, collect data) - research
                                                                         ownership of District I and suing wrong
                                                                         Defendant
JOS  John O. Stapleton  04/05/00   B    B     0.50     47.50     691345  Internal Legal Conference with BEH
JOS  John O. Stapleton  04/05/00   B    B     0.60     57.00     691343  Document Review - draft Motion to Dismiss
```

```
Broward County Attorney's Office                                                              Page:       5
                                          Matter Ledger Report                                Run : 02/01/01
                                        From 10/01/95 thru 02/01/01


CLIENT GESH      Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al       INIT. ATTY NMO  Norman M. Ostrau
                                                                          BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                          RESP. ATTY BEH  Beth-Ann E. Herschaft

===========================================================================================================

BEH  Beth-Ann E. Hersc  04/05/00  B   B    1.00     95.00   691052  Meeting - check out Courthouse and Jail
                                                                    entrances, etc.
BEH  Beth-Ann E. Hersc  04/05/00  B   B    1.50    142.50   691039  Document Creation - revise Second Motion to
                                                                    Dismiss, Motion to Strike and Motion for More
                                                                    Definite Statement
BEH  Beth-Ann E. Hersc  04/05/00  B   B    0.40     38.00   691055  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  04/06/00  B   B    0.50     47.50   691089  Document Creation - revise Second Motion to
                                                                    Dismiss
BEH  Beth-Ann E. Hersc  04/10/00  B   B    0.30     28.50   691838  Telephone Conference with B. Goldstein
BEH  Beth-Ann E. Hersc  04/11/00  B   B    0.50     47.50   693545  Telephone Conference with B. Goldstein
BEH  Beth-Ann E. Hersc  04/11/00  B   B    1.80    171.00   693550  Document Review - review Answer and Affirmative
                                                                    Defenses of Sheriff
BEH  Beth-Ann E. Hersc  04/11/00  B   B    0.10      9.50   693553  Telephone Conference with R. Allen
BEH  Beth-Ann E. Hersc  04/19/00  B   B    0.60     57.00   695299  Document Review - review Reply to Sheriff from
                                                                    Plaintiff and Discovery requests
BEH  Beth-Ann E. Hersc  04/19/00  B   B    0.40     38.00   695297  Telephone Conference with B. Goldstein
BEH  Beth-Ann E. Hersc  04/19/00  B   B    0.20     19.00   695298  Telephone Conference with B. Sindaco (Boris)
BEH  Beth-Ann E. Hersc  04/21/00  B   B    0.30     28.50   696071  Matter Management - file organization
BEH  Beth-Ann E. Hersc  04/26/00  B   B    0.20     19.00   697213  Research (research, collect data) - research
                                                                    Title II Jury Trial
BEH  Beth-Ann E. Hersc  04/26/00  B   B    0.50     47.50   697211  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  04/26/00  B   B    0.20     19.00   697212  Document Review - Review scheduling order
BEH  Beth-Ann E. Hersc  04/27/00  B   B    0.20     19.00   697234  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  04/28/00  B   B    1.90    180.50   697255  Document Review - review pleadings
BEH  Beth-Ann E. Hersc  04/28/00  B   B    0.10      9.50   697254  Internal Legal Conference - with JOS
JOS  John O. Stapleton  04/28/00  B   B    0.20     19.00   697541  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  05/02/00  B   B    0.20     19.00   698407  Matter Management - organize file
BEH  Beth-Ann E. Hersc  05/02/00  B   B    4.60    437.00   698406  Document Creation - draft Motion to Strike and
                                                                    Motion to Default
BEH  Beth-Ann E. Hersc  05/02/00  B   B    0.20     19.00   698408  Internal Legal Conference - with TMS
BEH  Beth-Ann E. Hersc  05/02/00  B   B    0.30     28.50   698382  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  05/02/00  B   B    1.90    180.50   698381  Document Review - review Plaintiff's response
                                                                    to Defendant's Motion to Dismiss, Motion to
                                                                    Strike More Definite Statements, and review
                                                                    motion for scheduling order
BEH  Beth-Ann E. Hersc  05/02/00  B   B    0.90     85.50   698404  Research (research, collect data) - research
                                                                    7.1 local rule - Motion to Strike
BEH  Beth-Ann E. Hersc  05/08/00  B   B    0.10      9.50   702584  Telephone Conference - with S. Cody - requested
                                                                    that he set-up conference call regarding
                                                                    scheduling order
BEH  Beth-Ann E. Hersc  05/08/00  B   B    0.50     47.50   702585  Telephone Conference - conference call
BEH  Beth-Ann E. Hersc  05/08/00  B   B    0.30     28.50   702582  Telephone Conference - with B. Goldstein - She
                                                                    tried to call S. cody back - negative
BEH  Beth-Ann E. Hersc  05/09/00  B   B    0.10      9.50   702617  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  05/10/00  B   B    1.30    123.50   702666  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  05/10/00  B   B    2.50    237.50   702658  Document Review - review proposed joint
                                                                    scheduling report
BEH  Beth-Ann E. Hersc  05/10/00  B   B    0.10      9.50   702667  Telephone Conference - with Cody - mailbox full
BEH  Beth-Ann E. Hersc  05/11/00  B   B    0.30     28.50   702668  Document Review - review faxes
BEH  Beth-Ann E. Hersc  05/11/00  B   B    0.30     28.50   702687  Clerical (filing, copying, etc.) - faxing and
```

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:  6
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | receiving documents |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.40 | 38.00 | 702685 | Telephone Conference - with C. Rodriguez (co-plaintiff's counsel) |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.20 | 19.00 | 702686 | Telephone Conference - with S. Cody |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 1.80 | 171.00 | 704282 | Document Creation - draft request for production |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 1.30 | 123.50 | 704281 | Document Creation - draft interrogatories |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 1.10 | 104.50 | 704280 | Document Review - review requests |
| BEH | Beth-Ann E. Hersc | 05/14/00 | B | B | 2.40 | 228.00 | 704279 | Document Creation - draft response to request for documents |
| BEH | Beth-Ann E. Hersc | 05/15/00 | B | B | 0.10 | 9.50 | 704304 | Telephone Conference - with S. Cody - requested joint stipulation fax |
| BEH | Beth-Ann E. Hersc | 05/15/00 | B | B | 0.80 | 76.00 | 704305 | Telephone Conference - with B.Goldstein |
| BEH | Beth-Ann E. Hersc | 05/15/00 | B | B | 0.60 | 57.00 | 704303 | Document Review - review documents |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.30 | 28.50 | 704366 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.20 | 19.00 | 704363 | Telephone Conference - with Mike Cahill |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.20 | 19.00 | 704368 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.30 | 28.50 | 704365 | Telephone Conference - C. Rodriguez |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 3.20 | 304.00 | 704367 | Document Review - revise response to Plaintiff's Request for Production, Defendant's first Request for Production and Defendant's Notice of Serving Interrogatories |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.40 | 38.00 | 704360 | Meeting - with Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704356 | Telephone Conference - per B.S.'s suggestion, left message with V.Daniel |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704357 | Telephone Conference - with Al Smith |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.20 | 19.00 | 704352 | Telephone Conference - with Ed Maurice, George Wodarzal |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704353 | Telephone Conference - with Beth Sindaco |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.10 | 9.50 | 704359 | Telephone Conference - with Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 05/16/00 | B | B | 0.50 | 47.50 | 704355 | Telephone Conference - with Beth Sindaco |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 0.20 | 19.00 | 704452 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 1.60 | 152.00 | 704402 | Document Creation - revise Production documents |
| JOS | John O. Stapleton | 05/17/00 | B | B | 0.40 | 38.00 | 704454 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 0.50 | 47.50 | 704400 | Document Review - review production documents |
| BEH | Beth-Ann E. Hersc | 05/17/00 | B | B | 0.30 | 28.50 | 704401 | Matter Management - organize file |
| BEH | Beth-Ann E. Hersc | 05/18/00 | B | B | 0.30 | 28.50 | 705298 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/22/00 | B | B | 0.40 | 38.00 | 705367 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/22/00 | B | B | 1.70 | 161.50 | 705368 | Document Review - review discovery documents to go out |
| BEH | Beth-Ann E. Hersc | 05/23/00 | B | B | 0.40 | 38.00 | 705666 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/30/00 | B | B | 0.10 | 9.50 | 707035 | Telephone Conference - Left message for B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/30/00 | B | B | 0.30 | 28.50 | 707039 | Document Review - reviewed Court Order |
| BEH | Beth-Ann E. Hersc | 06/01/00 | B | B | 0.10 | 9.50 | 708107 | Telephone Conference - Left 2 messages for B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/01/00 | B | B | 0.20 | 19.00 | 708108 | Telephone Conference - Call back from B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/06/00 | B | B | 0.60 | 57.00 | 709408 | Document Review - review scheduling/discovery schedules, other documents |

Broward County Attorney's Office                                                                Page:        7
                                              Matter Ledger Report                              Run : 02/01/01
                                           From 10/01/95 thru 02/01/01

CLIENT GESH     Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al          INIT. ATTY NMO  Norman M. Ostrau
                                                                             BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                             RESP. ATTY BEH  Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref # | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 06/06/00 | B | B | 0.30 | 28.50 | 709406 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/06/00 | B | B | 0.40 | 38.00 | 709407 | MEMO - memo to JOS |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710227 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.10 | 9.50 | 710247 | Clerical (filing, copying, etc.) - xerox information for JOS |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.40 | 38.00 | 710226 | Research (research, collect data) - research bifurcated trial |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710221 | Telephone Conference - left messages - D. Brossard - called back |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710222 | Telephone Conference - with Steve Urbanek & Mike Cahill |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.20 | 19.00 | 710228 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 06/07/00 | B | B | 0.40 | 38.00 | 710220 | Document Review - review Plaintiff's request and our response to Plaintiff's request for production |
| BEH | Beth-Ann E. Hersc | 06/19/00 | B | B | 0.20 | 19.00 | 712558 | Research (research, collect data) - research new case law |
| BEH | Beth-Ann E. Hersc | 06/19/00 | B | B | 1.50 | 142.50 | 712554 | Document Review - review correspondence and case law |
| BEH | Beth-Ann E. Hersc | 06/19/00 | B | B | 0.30 | 28.50 | 712556 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 06/22/00 | B | B | 0.20 | 19.00 | 713699 | Telephone Conference - left messages for J. Canada - returned call |
| BEH | Beth-Ann E. Hersc | 06/23/00 | B | B | 0.40 | 38.00 | 714593 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/23/00 | B | B | 0.40 | 38.00 | 714594 | Document Review - review fax and attachments |
| BEH | Beth-Ann E. Hersc | 06/26/00 | B | B | 0.10 | 9.50 | 714710 | Clerical (filing, copying, etc.) - fax letter to B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/26/00 | B | B | 0.30 | 28.50 | 714709 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 06/26/00 | B | B | 0.20 | 19.00 | 714711 | Telephone Conference - with B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/27/00 | B | B | 0.20 | 19.00 | 715909 | Telephone Conference - with B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/27/00 | B | B | 0.30 | 28.50 | 715910 | Document Review - review response to fax from B. Sindaco |
| BEH | Beth-Ann E. Hersc | 06/28/00 | B | B | 1.00 | 95.00 | 715867 | Meeting - with Mike Cahill and Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 06/28/00 | B | B | 0.30 | 28.50 | 715868 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/03/00 | B | B | 0.20 | 19.00 | 716741 | Telephone Conference - with Opposing Counsel - left message - mailbox full |
| BEH | Beth-Ann E. Hersc | 07/03/00 | B | B | 0.10 | 9.50 | 716740 | Telephone Conference - left message for Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.10 | 9.50 | 717553 | Telephone Conference - with Steve Urbanek |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.30 | 28.50 | 717551 | Telephone Conference - with S. Cody |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.40 | 38.00 | 717552 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.30 | 28.50 | 717542 | Document Review - review Plaintiff's Response to Request for Production |
| BEH | Beth-Ann E. Hersc | 07/05/00 | B | B | 0.10 | 9.50 | 717550 | Document Review - review faxed information |
| BEH | Beth-Ann E. Hersc | 07/06/00 | B | B | 0.20 | 19.00 | 720125 | Telephone Conference w/John Canada - Will search for documents |
| BEH | Beth-Ann E. Hersc | 07/06/00 | B | B | 0.10 | 9.50 | 720124 | Telephone Conference w/B. Goldstein - Left message |
| JOS | John O. Stapleton | 07/06/00 | B | B | 0.20 | 19.00 | 718052 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 07/06/00 | B | B | 0.20 | 19.00 | 720126 | Telephone Conference w/Steve Urbanek - Will search for documents |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page: 8
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref # | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 07/11/00 | B | B | 0.20 | 19.00 | 721236 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.20 | 19.00 | 722442 | Document Review - draft and send fax to Sheriff's counsel |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.60 | 57.00 | 722441 | Telephone Conference - with C. Rodriguez and B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.20 | 19.00 | 722437 | Telephone Conference - with S. Cody |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.30 | 28.50 | 722436 | Telephone Conference - with S. Urbanek |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.10 | 9.50 | 722435 | Telephone Conference - left message for J. Canada who will be out until next Wednesday |
| EGL | Edward G. Labrado | 07/13/00 | B | B | 0.60 | 57.00 | 723363 | Internal Legal Conference - several internal legal conferences with BEH and intern regarding Jail plans, Department of Corrections rules, and disclosure exemption in Shotz case |
| BEH | Beth-Ann E. Hersc | 07/13/00 | B | B | 2.50 | 237.50 | 722457 | Internal Legal Conference - with DWF |
| BEH | Beth-Ann E. Hersc | 07/13/00 | B | B | 0.70 | 66.50 | 722456 | Telephone Conference - with B. Goldstein |
| DWF | Danielle W. Frenc | 07/13/00 | B | B | 2.50 | 237.50 | 730157 | Internal Legal Conference w/BAH re. Motion hearings, discovery, and issues for litigation |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 1.10 | 104.50 | 722862 | Document Creation - start to draft Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 0.40 | 38.00 | 722466 | Telephone Conference - with B. Goldstein and C. Rodriguez |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 0.30 | 28.50 | 722464 | Research (research, collect data) - research confidential record |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 1.20 | 114.00 | 722465 | Document Review - review research |
| BEH | Beth-Ann E. Hersc | 07/16/00 | B | B | 2.30 | 218.50 | 722474 | Document Review - review 2nd Amended Complaint and Sheriff's Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/16/00 | B | B | 1.40 | 133.00 | 722475 | Document Creation - began to draft answer and affirmative defenses |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.20 | 19.00 | 722541 | Document Creation - draft memo to M. Cahill |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.30 | 28.50 | 722540 | Telephone Conference - with M. Cahill and S. Urbanek |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 2.80 | 266.00 | 722520 | Document Review - continue drafting Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.40 | 38.00 | 722522 | Clerical (filing, copying, etc.) - xeroxing and filing |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.10 | 9.50 | 722537 | Document Review - review memo from M. Cahill |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.20 | 19.00 | 722546 | Document Creation - draft letter to S. Cody |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 3.40 | 323.00 | 722556 | Document Creation - continue drafting Answer to Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 0.20 | 19.00 | 722557 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 0.10 | 9.50 | 722558 | Telephone Conference - with Mike Cahill |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 1.70 | 161.50 | 722555 | Document Review - continue review of Second Amended Complaint |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.30 | 28.50 | 727342 | Research (research, collect data) - research number of pages |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.20 | 19.00 | 727343 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 1.20 | 114.00 | 727340 | Document Creation - revise Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.40 | 38.00 | 727341 | Document Review - review Answer and Affirmative Defenses |

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al      INIT. ATTY NMO  Norman M. Ostrau
                                                                         BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                         RESP. ATTY BEH  Beth-Ann E. Herschaft

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 07/21/00 | B | B | 0.60 | 57.00 | 727362 | Matter Management - file management |
| BEH | Beth-Ann E. Hersc | 07/24/00 | B | B | 0.20 | 19.00 | 727374 | Telephone Conference - with B. Goldstein - discuss possible times for deposition |
| BEH | Beth-Ann E. Hersc | 07/25/00 | B | B | 0.10 | 9.50 | 727762 | MEMO - e-mail - J. Canada |
| BEH | Beth-Ann E. Hersc | 08/01/00 | B | B | 0.20 | 19.00 | 729594 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 08/03/00 | B | B | 0.10 | 9.50 | 729691 | Telephone Conference - schedule Shotz deposition |
| JOS | John O. Stapleton | 08/09/00 | B | B | 0.30 | 28.50 | 729229 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 08/11/00 | B | B | 0.20 | 19.00 | 731837 | Document Creation - draft letter confirming conversation |
| BEH | Beth-Ann E. Hersc | 08/11/00 | B | B | 0.20 | 19.00 | 731838 | Telephone Conference - with Opposing Counsel |
| JOS | John O. Stapleton | 08/14/00 | B | B | 0.20 | 19.00 | 730476 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 08/21/00 | B | B | 0.10 | 9.50 | 733327 | Telephone Conference - left message for B. Goldstein |
| BEH | Beth-Ann E. Hersc | 08/25/00 | B | B | 0.50 | 47.50 | 734533 | Document Creation - draft letters |
| BEH | Beth-Ann E. Hersc | 08/25/00 | B | B | 0.20 | 19.00 | 734534 | Clerical (filing, copying, etc.) - xerox discovery documents |
| BEH | Beth-Ann E. Hersc | 08/25/00 | B | B | 1.00 | 95.00 | 734536 | Matter Management - file management |
| BEH | Beth-Ann E. Hersc | 08/28/00 | B | B | 0.60 | 57.00 | 734902 | Document Review - review Joint Scheduling Order |
| BEH | Beth-Ann E. Hersc | 08/28/00 | B | B | 0.30 | 28.50 | 734901 | Telephone Conference - with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 09/12/00 | B | B | 0.10 | 9.50 | 738927 | Telephone Conference - left message for Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 09/12/00 | B | B | 1.40 | 133.00 | 738929 | Document Creation - began to draft Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/12/00 | B | B | 0.40 | 38.00 | 738928 | Document Review - review correspondence |
| BEH | Beth-Ann E. Hersc | 09/13/00 | B | B | 0.90 | 85.50 | 738950 | Document Creation - continue to draft Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/14/00 | B | B | 1.40 | 133.00 | 740346 | Document Creation - continue drafting Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/14/00 | B | B | 0.10 | 9.50 | 740344 | Telephone Conference - left message for S. Cody |
| BEH | Beth-Ann E. Hersc | 09/15/00 | B | B | 1.40 | 133.00 | 740387 | Document Creation - continue drafting Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/15/00 | B | B | 0.50 | 47.50 | 740388 | Document Review - research "failure to respond to discovery request at all" |
| BEH | Beth-Ann E. Hersc | 09/18/00 | B | B | 1.00 | 95.00 | 740459 | Research (research, collect data) - research "failure to respond" |
| BEH | Beth-Ann E. Hersc | 09/18/00 | B | B | 2.50 | 237.50 | 740458 | Document Creation - continue drafting Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/19/00 | B | B | 2.50 | 237.50 | 741922 | Document Creation - finish Motion to Compel |
| BEH | Beth-Ann E. Hersc | 09/19/00 | B | B | 1.00 | 95.00 | 741923 | Document Review - review documents |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 1.50 | 147.00 | 746176 | Matter Management - file management |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 0.20 | 19.60 | 746101 | Document Creation - draft letter to C.R. |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 0.10 | 9.80 | 746088 | Telephone Conference - with C. Rodriguez - left message |
| BEH | Beth-Ann E. Hersc | 10/04/00 | B | B | 0.20 | 19.60 | 746023 | Document Review - review codefendents Motion to Compel |
| BEH | Beth-Ann E. Hersc | 10/11/00 | B | B | 0.40 | 39.20 | 748621 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 10/18/00 | B | B | 0.30 | 29.40 | 752358 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 10/18/00 | B | B | 0.30 | 29.40 | 752360 | Internal Legal Conference - with JJA |
| JJA | Jose J. Arrojo | 10/18/00 | B | B | **0.50** | **49.00** | 752295 | Meeting with co-counsel re deposition strategy |

Broward County Attorney's Office

Page: 10
Run : 02/01/01

Matter Ledger Report
From 10/01/95 thru 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO   Norman M. Ostrau
BILL. ATTY BEH   Beth-Ann E. Herschaft
RESP. ATTY BEH   Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref # | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 10/20/00 | B | B | 0.20 | 19.60 | 752957 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/23/00 | B | B | 0.10 | 9.80 | 753401 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 10/23/00 | B | B | 0.10 | 9.80 | 753402 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/24/00 | B | B | 0.30 | 29.40 | 753930 | Telephone Conference - with Beth Sindaco |
| JOS | John O. Stapleton | 10/24/00 | B | B | 0.30 | 29.40 | 753556 | Internal Legal Conference with BEH |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 0.50 | 49.00 | 754870 | Internal Legal Conference with BEH re status of deposition and Motion for Enlargement of Time/Discovery |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 3.00 | 294.00 | 754869 | Document Review and Document Creation - review correspondence file; draft Motion for Enlargement of Time/Discovery |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 4.00 | 392.00 | 754753 | Document Review and Document Creation - review file; correspondence file - draft Motion for Enlargement of Time/Discovery |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.30 | 29.40 | 754531 | Document Review - review Motion for Enlargement of Time |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.30 | 29.40 | 754530 | Document Creation - edit Motion for Enlargement of Time |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.50 | 49.00 | 754529 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.20 | 19.60 | 754528 | Telephone Conference - with Carmen Rodriguez |
| JJA | Jose J. Arrojo | 10/31/00 | B | B | 1.00 | 98.00 | 755691 | Document Creation - final revision to Motion for Enlargement of Time for Discovery |
| JOS | John O. Stapleton | 10/31/00 | B | B | 0.40 | 39.20 | 755678 | Document Review - pleading draft |
| JJA | Jose J. Arrojo | 11/03/00 | B | B | 0.25 | 24.50 | 757923 | Document Review - review Co-Defendant's Motion to Dismiss |
| JJA | Jose J. Arrojo | 11/07/00 | B | B | 0.75 | 73.50 | 757945 | Document Review and Document Creation - review Court Order denying enlargement of time for discovery and draft correspondence |
| JJA | Jose J. Arrojo | 11/07/00 | B | B | 0.50 | 49.00 | 757953 | Document Creation - draft correspondence re animal fees |
| BEH | Beth-Ann E. Hersc | 11/08/00 | B | B | 0.20 | 19.60 | 760029 | Telephone Conference - with Beth Sindaco |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 0.25 | 24.50 | 757958 | Document Review - review sign/off correspondence |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 0.25 | 24.50 | 757957 | Telephone Conference with opposing counsel |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 3.00 | 294.00 | 757956 | Document Creation - draft Amended Motion for Enlargement of Time for Discovery and Motion to Compel |
| BEH | Beth-Ann E. Hersc | 11/09/00 | B | B | 0.20 | 19.60 | 760046 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 11/09/00 | B | B | 0.90 | 88.20 | 760045 | Document Creation - edit Motion to Enlarge Time |
| JJA | Jose J. Arrojo | 11/09/00 | B | B | 1.00 | 98.00 | 757962 | Document Creation - amend Motion for Enlargement |
| JJA | Jose J. Arrojo | 11/09/00 | B | B | 0.25 | 24.50 | 757963 | Internal Legal Conference with co-counsel |
| BEH | Beth-Ann E. Hersc | 11/27/00 | B | B | 0.30 | 29.40 | 760721 | Matter Management - file with Federal Court |
| BEH | Beth-Ann E. Hersc | 11/27/00 | B | B | 0.30 | 29.40 | 760719 | Document Review - review Motion for Enlargement of time and sign |
| JJA | Jose J. Arrojo | 11/27/00 | B | B | 0.75 | 73.50 | 763593 | Document Creation - amend Motion for Enlargement of Time for Discovery and Order |
| JJA | Jose J. Arrojo | 12/18/00 | B | B | 0.50 | 49.00 | 766994 | Document Creation - draft motion sanctions; discovery; order; and cover correspondence |
| JJA | Jose J. Arrojo | 12/18/00 | B | B | 3.00 | 294.00 | 766992 | Document Creation - draft motion for sanctions; |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page: 11
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | discovery; order; and cover correspondence |
| BEH | Beth-Ann E. Hersc | 12/20/00 | B | B | 0.40 | 39.20 | 768092 | Internal Legal Conference - discussion with JJA |
| BEH | Beth-Ann E. Hersc | 12/20/00 | B | B | 0.30 | 29.40 | 768090 | Document Creation - revise Motion to Compel |
| BEH | Beth-Ann E. Hersc | 12/20/00 | B | B | 0.30 | 29.40 | 768089 | Document Review - review Motion to Compel |
| JJA | Jose J. Arrojo | 12/20/00 | B | B | 1.50 | 147.00 | 767867 | Telephone Conference , Document Creation and Internal Legal Conference - telephone call to opposing counsel re discovery; edit draft motion for sanctions; and met with co-counsel |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.30 | 29.40 | 768714 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.20 | 19.60 | 768713 | Document Creation - revise Motion for Sanction |
| JJA | Jose J. Arrojo | 12/22/00 | B | B | 1.50 | 147.00 | 767935 | Document Creation and Document Review - review co-counsel (BSO) Motion to Dismiss; revise Broward County's Motion for Sanctions/Dismiss; draft Order |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.20 | 19.60 | 768712 | Document Review - review Motion for Sanction |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.30 | 29.40 | 768715 | Telephone Conference - with Carmen Rodriguez |

| | | | |
|---|---|---|---|
| BILLABLE | | 239.60 | 22,858.30 |
| NON-BILLABLE | | 0.00 | 0.00 |
| SUPPRESSABLE | | 0.00 | 0.00 |
| TOTAL | | 239.60 | 22,858.30 |

----------------------------------------------------B I L L E D   E X P E N S E S----------------------------------------------------
CODE NAME           DATE           STS           $ VALUE   CK #  REF #  TEXT

| | |
|---|---|
| ADVANCED | 0.00 |
| NON-CASH | 0.00 |
| TOTAL | 0.00 |