**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

    Defendants.

_____/



## AFFIDAVIT OF EDWARD G. LABRADOR

BEFORE ME, the undersigned authority, duly authorized to administer oaths, personally appeared EDWARD G. LABRADOR of Fort Lauderdale, Broward County, Florida, who, being by me first duly sworn, says that:

1. I am an attorney duly licensed to practice law in the state of Florida (Florida Bar No. 821233) and am duly admitted and qualified to practice as an Attorney in the United States District Court for the Southern District of Florida. I have been practicing law for over eleven (11) years, of which five (5) have been in the field of civil rights, discrimination, employment, and labor law.

2. I currently hold the position of Assistant County Attorney for the Broward County Attorney's Office. I have litigated various actions relating to constitutional law, legislative actions, constitutional rights of public employees, employment discrimination, and other federal civil rights. I am a current member of the Labor and Employment Law

ATTACHMENT 4



00-6088-CIV-DIMITROULEAS/JOHNSON

Section of the Florida Bar, and I am Florida Bar certified in City, County, and Local Government Law.

3. The itemization of my time and services as set forth in my Affidavit and Exhibit D, in support of Defendant's Motion and Affirmation in Support of Motion for Attorneys' Fees and Costs, is true and accurate to the best of my knowledge and belief.

4. In my opinion, based upon my knowledge of fees charged in this district, hourly rates of $95.00 per hour and $98.00 per hour are reasonable for my services.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
EDWARD G. LABRADOR

STATE OF FLORIDA    )
                    ) SS.
COUNTY OF BROWARD   )

BEFORE the undersigned authority, a notary public in and for said state and county, personally appeared EDWARD G. LABRADOR, who is personally known to me to be the person described by said name, and who acknowledged before me the execution of the

00-6088-CIV-DIMITROULEAS/JOHNSON

foregoing Affidavit to be his free and voluntary act and deed for the uses and purposes therein expressed and produced.

Given under by hand and official seal this ___2nd___ day of February, 2001.

(SEAL)

_____
Signature of NOTARY PUBLIC

Gillian H. Fairclough
Commission # CC 786961
Expires July 8, 2002
BONDED THRU
ATLANTIC BONDING CO., INC.

__GILLIAN  H.  FAIRCLOUGH__
Printed Name of NOTARY PUBLIC

My Commission Expires: 7/6/02

-3-

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:   1
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

--------------------T I M E--------------------

| CODE | NAME | DATE | CODE | STS | HOURS | $ VALUE | REF # | TEXT |
|---|---|---|---|---|---|---|---|---|
| JJA | Jose J. Arrojo | 01/17/01 | B | U | 0.25 | 24.50 | 775201 | Document Review - review Court Order dismissing complaint |
| BEH | Beth-Ann E. Hersc | 01/18/01 | B | U | 0.20 | 19.60 | 775551 | Document Review - review order of dismissal |
|  |  | 01/18/01 | B | U | 0.30 | 29.40 | 775553 | Internal Legal Conference - with JJA |
|  |  | 01/18/01 | B | U | 0.40 | 39.20 | 775554 | Document Review - review attorney's fees |
| JJA | Jose J. Arrojo | 01/19/01 | B | U | 2.00 | 196.00 | 775958 | Research (research, collect data) , Document Creation, and Document Review - research our attorney's fees' case law; review billed hours; and draft Motion for Attorney's Fees |
|  |  | 01/30/01 | B | U | 0.50 | 49.00 | 780898 | Internal Legal Conference Shotz Motion for Attorney Fees with Beth-Ann. |

|  | HOURS | $ VALUE |
|---|---|---|
| BILLABLE | 3.65 | 357.70 |
| NON-BILLABLE | 0.00 | 0.00 |
| SUPPRESSABLE | 0.00 | 0.00 |
| TOTAL | 3.65 | 357.70 |

--------------------E X P E N S E S--------------------

| CODE | NAME | DATE | STS | $ VALUE | CK # | REF # | TEXT |
|---|---|---|---|---|---|---|---|

|  | $ VALUE |
|---|---|
| ADVANCED | 0.00 |
| NON-CASH | 0.00 |
| TOTAL | 0.00 |

--------------------B I L L I N G--------------------

<-------------------- BALANCE DUE -------------------->

| NUMBER | DATE | TYPE | TOTAL | FEES | EXPENSES | TAX | TOTAL | FEES | EXPENSES | TAX |
|---|---|---|---|---|---|---|---|---|---|---|
| 2677 | 12/31/99 | B |  |  |  |  |  |  |  |  |
| 2824 | 03/31/00 | B | 8,730.50 | 8,730.50 |  |  |  |  |  |  |
| 2962 | 06/30/00 | B | 6,583.50 | 6,583.50 |  |  |  |  |  |  |
| 3118 | 09/30/00 | B | 4,398.50 | 4,398.50 |  |  |  |  |  |  |
| 3238 | 12/31/00 | B | 3,145.80 | 3,145.80 |  |  |  |  |  |  |
| TOTAL |  |  | 22,858.30 | 22,858.30 |  |  |  |  |  |  |

**EXHIBIT D**

--------------------S U M M A R Y--------------------

|  | CURRENT | 31-60 | 61-90 | OVER 90 | TRUST BAL | PREPAID BAL | WIP CARRIED FORWARD |  |
|---|---|---|---|---|---|---|---|---|
| AGED WIP: | 357.70 |  |  |  |  |  | FEES | 357.70 |
| AGED A/R: |  |  |  |  |  |  | EXPENSES |  |
|  |  |  |  |  |  |  |  | 357.70 |

--------------------B I L L E D   T I M E--------------------

```
Broward County Attorney's Office                                                        Page:        2
                                         Matter Ledger Report                           Run : 02/01/01
                                      From 10/01/95 thru 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al    INIT. ATTY NMO  Norman M. Ostrau
                                                                       BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                       RESP. ATTY BEH  Beth-Ann E. Herschaft

CODE NAME              DATE      CODE  STS   HOURS   $ VALUE   REF #   TEXT

MJK  Michael J. Kerr   01/20/00   B     B    0.30    28.50    661688  Document Review Complaint
JOS  John O. Stapleton 01/26/00   B     B    0.20    19.00    666319  Document Review Complaint.
BEH  Beth-Ann E. Hersc 01/26/00   B     B    0.30    28.50    663575  Internal Legal Conference Eddie Labrador.
BEH  Beth-Ann E. Hersc 01/26/00   B     B    0.30    28.50    663571  Telephone Conference Sheriff's Legal Counsel.
JOS  John O. Stapleton 01/26/00   B     B    0.40    38.00    666321  Internal Legal Conference Beth-Ann, Norm Ostrau
                                                                       and Eddie Labrador.
BEH  Beth-Ann E. Hersc 01/27/00   B     B    0.20    19.00    663589  Telephone Conference John Stapleton and Norm
                                                                       Ostru.
JOS  John O. Stapleton 01/27/00   B     B    0.50    47.50    666352  Internal Legal Conference Beth-Ann and Beth
                                                                       Boris
BEH  Beth-Ann E. Hersc 01/27/00   B     B    0.50    47.50    663587  Telephone Conference Court Personnel to get
                                                                       Civil/Criminal History.
BEH  Beth-Ann E. Hersc 01/27/00   B     B    0.20    19.00    663588  Telephone Conference Pete Coroin.
JOS  John O. Stapleton 01/28/00   B     B    0.30    28.50    664872  Internal Legal Conference - with BEH
JOS  John O. Stapleton 02/01/00   B     B    1.00    95.00    665668  Internal Legal Conference - with Beth Boris
BEH  Beth-Ann E. Hersc 02/02/00   B     B    0.40    38.00    665694  Document Review - review complaint
BEH  Beth-Ann E. Hersc 02/02/00   B     B    0.50    47.50    665692  Telephone Conference - with Attorney Bari
                                                                       Goldstein
BEH  Beth-Ann E. Hersc 02/02/00   B     B    0.10     9.50    665693  Telephone Conference - with Opposing Counsel
BEH  Beth-Ann E. Hersc 02/04/00   B     B    0.10     9.50    667871  Internal Legal Conference - with JOS
BEH  Beth-Ann E. Hersc 02/04/00   B     B    0.10     9.50    667870  Telephone Conference - with Co-Defendants
                                                                       Counsel
BEH  Beth-Ann E. Hersc 02/04/00   B     B    0.20    19.00    667869  Telephone Conference - with Opposing Counsel
BEH  Beth-Ann E. Hersc 02/05/00   B     B    1.00    95.00    668819  Document Review
BEH  Beth-Ann E. Hersc 02/05/00   B     B    2.30   218.50    667883  Document Creation - draft Motion to Extend;
                                                                       draft Proposed Order
BEH  Beth-Ann E. Hersc 02/07/00   B     B    0.20    19.00    669352  Internal Legal Conference - with JOS
BEH  Beth-Ann E. Hersc 02/07/00   B     B    1.00    95.00    669351  Document Creation - Revise Motion to Extend
BEH  Beth-Ann E. Hersc 02/07/00   B     B    0.50    47.50    669350  Telephone Conference - with Bari Goldstein
BEH  Beth-Ann E. Hersc 02/07/00   B     B    1.50   142.50    669354  Research (research, collect data) - ADA and
                                                                       prisons
BEH  Beth-Ann E. Hersc 02/08/00   B     B    0.60    57.00    668103  Matter Management - organize file
BEH  Beth-Ann E. Hersc 02/08/00   B     B    0.20    19.00    668101  Document Creation - draft letter to B.
                                                                       Goldstein
BEH  Beth-Ann E. Hersc 02/08/00   B     B    0.80    76.00    668100  Document Review
BEH  Beth-Ann E. Hersc 02/08/00   B     B    0.50    47.50    668099  Research (research, collect data) (Existing
                                                                       buildings and ADA)
BEH  Beth-Ann E. Hersc 02/08/00   B     B    0.50    47.50    668098  Telephone Conference w/Bari Goldstein
BEH  Beth-Ann E. Hersc 02/10/00   B     B    0.50    47.50    669222  Document Review - Review amended complaint
BEH  Beth-Ann E. Hersc 02/10/00   B     B    0.40    38.00    669221  Telephone Conference w/Bari Goldstein
BEH  Beth-Ann E. Hersc 02/14/00   B     B    0.20    19.00    669647  Telephone Conference - left message for Bari
                                                                       Goldstein
BEH  Beth-Ann E. Hersc 02/14/00   B     B    0.50    47.50    669645  Document Review - Review amended complaint
BEH  Beth-Ann E. Hersc 02/14/00   B     B    0.50    47.50    669643  Document Creation - start to draft Motion
BEH  Beth-Ann E. Hersc 02/18/00   B     B    2.10   199.50    671919  Document Creation - begin drafting Motion for
                                                                       More Definite Statement
BEH  Beth-Ann E. Hersc 02/18/00   B     B    0.40    38.00    671920  Document Review - Review Amended Complaint
BEH  Beth-Ann E. Hersc 02/18/00   B     B    0.40    38.00    671918  Telephone Conference w/Bari Goldstein
```

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page: 3
Run : 02/01/01

CLIENT GESH     Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 4.20 | 399.00 | 671927 | Document Review - Review case law/file |
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 2.30 | 218.50 | 671928 | Document Creation - Continue to draft Motion |
| BEH | Beth-Ann E. Hersc | 02/19/00 | B | B | 1.50 | 142.50 | 671926 | Research (research, collect data) - Motion for More Definite Statement and Disability |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 0.70 | 66.50 | 671936 | Internal Legal Conference w/EGL |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 1.50 | 142.50 | 671934 | Document Review - review research and documents |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 0.80 | 76.00 | 671932 | Research (research, collect data) |
| BEH | Beth-Ann E. Hersc | 02/21/00 | B | B | 5.30 | 503.50 | 671933 | Document Creation |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 4.20 | 399.00 | 672297 | Document Creation - continue drafting motions |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 0.70 | 66.50 | 672294 | Internal Legal Conference w/NMO and LEL |
| BEH | Beth-Ann E. Hersc | 02/22/00 | B | B | 2.80 | 266.00 | 672296 | Research (research, collect data) - continue research re. Sheriff |
| JOS | John O. Stapleton | 02/22/00 | B | B | 0.20 | 19.00 | 672285 | Telephone Conference - conferences w/B. Hill |
| JOS | John O. Stapleton | 02/22/00 | B | B | 0.50 | 47.50 | 672280 | Internal Legal Conference w/BEH |
| JOS | John O. Stapleton | 02/22/00 | B | B | 1.00 | 95.00 | 672290 | Document Review - draft Memorandum of Law |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 7.80 | 741.00 | 672763 | Document Creation - revise Motion |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 0.40 | 38.00 | 672764 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/23/00 | B | B | 1.00 | 95.00 | 672762 | Internal Legal Conference w/JOS |
| JOS | John O. Stapleton | 02/23/00 | B | B | 1.50 | 142.50 | 672723 | Internal Legal Conference w/BEH |
| JOS | John O. Stapleton | 02/23/00 | B | B | 0.40 | 38.00 | 672739 | Document Review - draft |
| BEH | Beth-Ann E. Hersc | 02/24/00 | B | B | 0.20 | 19.00 | 673700 | Internal Legal Conference |
| BEH | Beth-Ann E. Hersc | 02/24/00 | B | B | 1.50 | 142.50 | 673699 | Document Creation - draft letter, edit Motion |
| BEH | Beth-Ann E. Hersc | 02/28/00 | B | B | 0.30 | 28.50 | 673706 | Internal Legal Conference w/NMO |
| JOS | John O. Stapleton | 02/29/00 | B | B | 0.20 | 19.00 | 679305 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 02/29/00 | B | B | 0.50 | 47.50 | 673905 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 02/29/00 | B | B | 0.40 | 38.00 | 673906 | Telephone Conference w/Steve Cody |
| JOS | John O. Stapleton | 03/01/00 | B | B | 0.50 | 47.50 | 679346 | Meeting with ADA /staff |
| JOS | John O. Stapleton | 03/01/00 | B | B | 0.30 | 28.50 | 679362 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/01/00 | B | B | 0.80 | 76.00 | 674282 | Telephone Conference w/Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/01/00 | B | B | 0.20 | 19.00 | 674303 | Telephone Conference - call to Department of Professional Regulations and License Verification |
| BEH | Beth-Ann E. Hersc | 03/03/00 | B | B | 0.20 | 19.00 | 676899 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/03/00 | B | B | 0.80 | 76.00 | 676900 | Document Creation - draft letter to opposing counsel |
| BEH | Beth-Ann E. Hersc | 03/06/00 | B | B | 0.50 | 47.50 | 676933 | Telephone Conference with Bari Goldstein |
| JOS | John O. Stapleton | 03/07/00 | B | B | 0.20 | 19.00 | 679930 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 03/07/00 | B | B | 0.50 | 47.50 | 676935 | Clerical (filing, copying, etc.) - xeroxing |
| BEH | Beth-Ann E. Hersc | 03/07/00 | B | B | 0.20 | 19.00 | 676936 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/13/00 | B | B | 0.20 | 19.00 | 677038 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/14/00 | B | B | 0.30 | 28.50 | 682581 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/15/00 | B | B | 0.10 | 9.50 | 682798 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.40 | 38.00 | 685144 | Document Review - review Federal Register to access documents |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.20 | 19.00 | 685140 | Clerical (filing, copying, etc.) - file/copy documents |
| BEH | Beth-Ann E. Hersc | 03/21/00 | B | B | 0.50 | 47.50 | 685148 | Matter Management - start to organize Title II Notebook |
| BEH | Beth-Ann E. Hersc | 03/23/00 | B | B | 0.30 | 28.50 | 686150 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 03/24/00 | B | B | 0.10 | 9.50 | 686297 | Internal Legal Conference with JOS |

```
CLIENT GESH      Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al         INIT. ATTY NMO  Norman M. Ostrau
                                                                            BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                            RESP. ATTY BEH  Beth-Ann E. Herschaft
===============================================================================================================================

BEH  Beth-Ann E. Hersc  03/24/00   B   B    2.20     209.00    686317  Document Review - review Amended Complaint and
                                                                      fax
BEH  Beth-Ann E. Hersc  03/24/00   B   B    0.40      38.00    686303  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/24/00   B   B    0.10       9.50    686296  Telephone Conference with S. Cody - opposing
                                                                      counsel
JOS  John O. Stapleton  03/27/00   B   B    0.40      38.00    687142  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  03/27/00   B   B    5.20     494.00    686999  Document Creation - begin to draft Second
                                                                      Motion to Dismiss
BEH  Beth-Ann E. Hersc  03/27/00   B   B    0.30      28.50    686997  Internal Legal Conference with JOS
BEH  Beth-Ann E. Hersc  03/27/00   B   B    0.40      38.00    686996  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/27/00   B   B    0.20      19.00    686995  Clerical (filing, copying, etc.) - fax, copying
BEH  Beth-Ann E. Hersc  03/28/00   B   B    0.20      19.00    687513  Internal Legal Conference with JOS
BEH  Beth-Ann E. Hersc  03/28/00   B   B    0.10       9.50    687512  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/28/00   B   B    5.00     475.00    687510  Document Creation - continue drafting Second
                                                                      Motion to Dismiss/Strike/More Definite
                                                                      Statement
JOS  John O. Stapleton  03/28/00   B   B    0.50      47.50    687221  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  03/28/00   B   B    0.80      76.00    687511  Meeting with ADA Coordinator
JOS  John O. Stapleton  03/29/00   B   B    0.40      38.00    688263  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  03/29/00   B   B    0.20      19.00    687919  Document Review - review memo to B. Boris
BEH  Beth-Ann E. Hersc  03/29/00   B   B    4.20     399.00    687915  Document Creation - continue drafting Second
                                                                      Motion to Dismiss
BEH  Beth-Ann E. Hersc  03/29/00   B   B    0.80      76.00    687913  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  03/29/00   B   B    0.10       9.50    687917  Telephone Conference with Beth Boris
BEH  Beth-Ann E. Hersc  03/30/00   B   B    2.40     228.00    687931  Document Creation - continue drafting Second
                                                                      Motion to Dismiss
BEH  Beth-Ann E. Hersc  03/30/00   B   B    1.30     123.50    687929  Document Review - review statutes and CFR
BEH  Beth-Ann E. Hersc  03/30/00   B   B    0.80      76.00    687928  Research (research, collect data) - research
                                                                      statutes and CFR
JOS  John O. Stapleton  04/03/00   B   B    0.40      38.00    691173  Internal Legal Conference with BEH
JOS  John O. Stapleton  04/03/00   B   B    1.00      95.00    691172  Meeting with Administrator/ADA Disability
                                                                      Section
BEH  Beth-Ann E. Hersc  04/03/00   B   B    0.30      28.50    690968  Research (research, collect data) - research
                                                                      for compensatory damages and injunction relief
BEH  Beth-Ann E. Hersc  04/03/00   B   B    0.50      47.50    690965  Telephone Conference with C. Rodriguez and B.
                                                                      Goldstein
BEH  Beth-Ann E. Hersc  04/03/00   B   B    1.00      95.00    690964  Meeting with B. Bons and P. Corwin
BEH  Beth-Ann E. Hersc  04/03/00   B   B    5.30     503.50    690906  Document Creation continue drafting Second
                                                                      Motion to Dismiss, etc.
BEH  Beth-Ann E. Hersc  04/03/00   B   B    0.40      38.00    690909  Document Review - review Regulations
JOS  John O. Stapleton  04/04/00   B   B    0.30      28.50    691194  Internal Legal Conference with BEH
JOS  John O. Stapleton  04/04/00   B   B    0.30      28.50    691019  Internal Legal Conference with LEL
BEH  Beth-Ann E. Hersc  04/04/00   B   B    0.40      38.00    691012  Telephone Conference with Bari Goldstein
BEH  Beth-Ann E. Hersc  04/04/00   B   B    3.00     285.00    691007  Document Creation - revise Second Motion to
                                                                      Dismiss
BEH  Beth-Ann E. Hersc  04/04/00   B   B    1.50     142.50    691013  Research (research, collect data) - research
                                                                      ownership of District I and suing wrong
                                                                      Defendant
JOS  John O. Stapleton  04/05/00   B   B    0.50      47.50    691345  Internal Legal Conference with BEH
JOS  John O. Stapleton  04/05/00   B   B    0.60      57.00    691343  Document Review - draft Motion to Dismiss
```

Broward County Attorney's Office
Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:    5
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO   Norman M. Ostrau
BILL. ATTY BEH   Beth-Ann E. Herschaft
RESP. ATTY BEH   Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | ID | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 04/05/00 | B | B | 1.00 | 95.00 | 691052 | Meeting - check out Courthouse and Jail entrances, etc. |
| BEH | Beth-Ann E. Hersc | 04/05/00 | B | B | 1.50 | 142.50 | 691039 | Document Creation - revise Second Motion to Dismiss, Motion to Strike and Motion for More Definite Statement |
| BEH | Beth-Ann E. Hersc | 04/05/00 | B | B | 0.40 | 38.00 | 691055 | Telephone Conference with Bari Goldstein |
| BEH | Beth-Ann E. Hersc | 04/06/00 | B | B | 0.50 | 47.50 | 691089 | Document Creation - revise Second Motion to Dismiss |
| BEH | Beth-Ann E. Hersc | 04/10/00 | B | B | 0.30 | 28.50 | 691838 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/11/00 | B | B | 0.50 | 47.50 | 693545 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/11/00 | B | B | 1.80 | 171.00 | 693550 | Document Review - review Answer and Affirmative Defenses of Sheriff |
| BEH | Beth-Ann E. Hersc | 04/11/00 | B | B | 0.10 | 9.50 | 693553 | Telephone Conference with R. Allen |
| BEH | Beth-Ann E. Hersc | 04/19/00 | B | B | 0.60 | 57.00 | 695299 | Document Review - review Reply to Sheriff from Plaintiff and Discovery requests |
| BEH | Beth-Ann E. Hersc | 04/19/00 | B | B | 0.40 | 38.00 | 695297 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/19/00 | B | B | 0.20 | 19.00 | 695298 | Telephone Conference with B. Sindaco (Boris) |
| BEH | Beth-Ann E. Hersc | 04/21/00 | B | B | 0.30 | 28.50 | 696071 | Matter Management - file organization |
| BEH | Beth-Ann E. Hersc | 04/26/00 | B | B | 0.20 | 19.00 | 697213 | Research (research, collect data) - research Title II Jury Trial |
| BEH | Beth-Ann E. Hersc | 04/26/00 | B | B | 0.50 | 47.50 | 697211 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/26/00 | B | B | 0.20 | 19.00 | 697212 | Document Review - Review scheduling order |
| BEH | Beth-Ann E. Hersc | 04/27/00 | B | B | 0.20 | 19.00 | 697234 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 04/28/00 | B | B | 1.90 | 180.50 | 697255 | Document Review - review pleadings |
| BEH | Beth-Ann E. Hersc | 04/28/00 | B | B | 0.10 | 9.50 | 697254 | Internal Legal Conference - with JOS |
| JOS | John O. Stapleton | 04/28/00 | B | B | 0.20 | 19.00 | 697541 | Internal Legal Conference with BEH |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.20 | 19.00 | 698407 | Matter Management - organize file |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 4.60 | 437.00 | 698406 | Document Creation - draft Motion to Strike and Motion to Default |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.20 | 19.00 | 698408 | Internal Legal Conference - with TMS |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.30 | 28.50 | 698382 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 1.90 | 180.50 | 698381 | Document Review - review Plaintiff's response to Defendant's Motion to Dismiss, Motion to Strike More Definite Statements, and review motion for scheduling order |
| BEH | Beth-Ann E. Hersc | 05/02/00 | B | B | 0.90 | 85.50 | 698404 | Research (research, collect data) - research 7.1 local rule - Motion to Strike |
| BEH | Beth-Ann E. Hersc | 05/08/00 | B | B | 0.10 | 9.50 | 702584 | Telephone Conference - with S. Cody - requested that he set-up conference call regarding scheduling order |
| BEH | Beth-Ann E. Hersc | 05/08/00 | B | B | 0.50 | 47.50 | 702585 | Telephone Conference - conference call |
| BEH | Beth-Ann E. Hersc | 05/08/00 | B | B | 0.30 | 28.50 | 702582 | Telephone Conference - with B. Goldstein - She tried to call S. cody back - negative |
| BEH | Beth-Ann E. Hersc | 05/09/00 | B | B | 0.10 | 9.50 | 702617 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/10/00 | B | B | 1.30 | 123.50 | 702666 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 05/10/00 | B | B | 2.50 | 237.50 | 702658 | Document Review - review proposed joint scheduling report |
| BEH | Beth-Ann E. Hersc | 05/10/00 | B | B | 0.10 | 9.50 | 702667 | Telephone Conference - with Cody - mailbox full |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.30 | 28.50 | 702688 | Document Review - review faxes |
| BEH | Beth-Ann E. Hersc | 05/11/00 | B | B | 0.30 | 28.50 | 702687 | Clerical (filing, copying, etc.) - faxing and |

```
Broward County Attorney's Office                                                                    Page:      6
                                           Matter Ledger Report                                     Run : 02/01/01
                                         From 10/01/95 thru 02/01/01

CLIENT GESH      Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al        INIT. ATTY NMO  Norman M. Ostrau
                                                                           BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                           RESP. ATTY BEH  Beth-Ann E. Herschaft

==================================================================================================================
                                                                         receiving documents
BEH   Beth-Ann E. Hersc  05/11/00   B    B    0.40     38.00    702685   Telephone Conference - with C. Rodriquez
                                                                         (co-plaintiff's counsel)
BEH   Beth-Ann E. Hersc  05/11/00   B    B    0.20     19.00    702686   Telephone Conference - with S. Cody
BEH   Beth-Ann E. Hersc  05/14/00   B    B    1.80    171.00    704282   Document Creation - draft request for
                                                                         production
BEH   Beth-Ann E. Hersc  05/14/00   B    B    1.30    123.50    704281   Document Creation - draft interrogatories
BEH   Beth-Ann E. Hersc  05/14/00   B    B    1.10    104.50    704280   Document Review - review requests
BEH   Beth-Ann E. Hersc  05/14/00   B    B    2.40    228.00    704279   Document Creation - draft response to request
                                                                         for documents
BEH   Beth-Ann E. Hersc  05/15/00   B    B    0.10      9.50    704304   Telephone Conference - with S. Cody - requested
                                                                         joint stipulation fax
BEH   Beth-Ann E. Hersc  05/15/00   B    B    0.80     76.00    704305   Telephone Conference - with B.Goldstein
BEH   Beth-Ann E. Hersc  05/15/00   B    B    0.60     57.00    704303   Document Review - review documents
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.30     28.50    704366   Telephone Conference - with B. Goldstein
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.20     19.00    704363   Telephone Conference - with Mike Cahill
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.20     19.00    704368   Internal Legal Conference - with JOS
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.30     28.50    704365   Telephone Conference - C. Rodriguez
BEH   Beth-Ann E. Hersc  05/16/00   B    B    3.20    304.00    704367   Document Review - revise response to
                                                                         Plaintiff's Request for Production, Defendant's
                                                                         first Request for Production and Defendant's
                                                                         Notice of Serving Interrogatories
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.40     38.00    704360   Meeting - with Steve Urbanek
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.10      9.50    704356   Telephone Conference - per B.S.'s suggestion,
                                                                         left message with V.Daniel
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.10      9.50    704357   Telephone Conference - with Al Smith
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.20     19.00    704352   Telephone Conference - with Ed Maurice, George
                                                                         Wodarzal
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.10      9.50    704353   Telephone Conference - with Beth Sindaco
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.10      9.50    704359   Telephone Conference - with Steve Urbanek
BEH   Beth-Ann E. Hersc  05/16/00   B    B    0.50     47.50    704355   Telephone Conference - with Beth Sindaco
BEH   Beth-Ann E. Hersc  05/17/00   B    B    0.20     19.00    704452   Internal Legal Conference - with JOS
BEH   Beth-Ann E. Hersc  05/17/00   B    B    1.60    152.00    704402   Document Creation - revise Production documents
JOS   John O. Stapleton  05/17/00   B    B    0.40     38.00    704454   Internal Legal Conference with BEH
BEH   Beth-Ann E. Hersc  05/17/00   B    B    0.50     47.50    704400   Document Review - review production documents
BEH   Beth-Ann E. Hersc  05/17/00   B    B    0.30     28.50    704401   Matter Management - organize file
BEH   Beth-Ann E. Hersc  05/18/00   B    B    0.30     28.50    705298   Telephone Conference - with B. Goldstein
BEH   Beth-Ann E. Hersc  05/22/00   B    B    0.40     38.00    705367   Telephone Conference - with B. Goldstein
BEH   Beth-Ann E. Hersc  05/22/00   B    B    1.70    161.50    705368   Document Review - review discovery documents to
                                                                         go out
BEH   Beth-Ann E. Hersc  05/23/00   B    B    0.40     38.00    705666   Telephone Conference - with B. Goldstein
BEH   Beth-Ann E. Hersc  05/30/00   B    B    0.10      9.50    707035   Telephone Conference - Left message for B.
                                                                         Goldstein
BEH   Beth-Ann E. Hersc  05/30/00   B    B    0.30     28.50    707039   Document Review - reviewed Court Order
BEH   Beth-Ann E. Hersc  06/01/00   B    B    0.10      9.50    708107   Telephone Conference - Left 2 messages for B.
                                                                         Goldstein
BEH   Beth-Ann E. Hersc  06/01/00   B    B    0.20     19.00    708108   Telephone Conference - Call back from B.
                                                                         Goldstein
BEH   Beth-Ann E. Hersc  06/06/00   B    B    0.60     57.00    709408   Document Review - review scheduling/discovery
                                                                         schedules, other documents
```

```
Broward County Attorney's Office                                                    Page:        7
                                        Matter Ledger Report                        Run : 02/01/01
                                      From 10/01/95 thru 02/01/01

CLIENT GESH       Sheriff
MATTER 00--0553, SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al    INIT. ATTY NMO   Norman M. Ostrau
                                                                       BILL. ATTY BEH   Beth-Ann E. Herschaft
                                                                       RESP. ATTY BEH   Beth-Ann E. Herschaft
================================================================================================================

BEH  Beth-Ann E. Hersc  06/06/00  B  B  0.30   28.50   709406  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  06/06/00  B  B  0.40   38.00   709407  MEMO - memo to JOS
BEH  Beth-Ann E. Hersc  06/07/00  B  B  0.20   19.00   710227  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  06/07/00  B  B  0.10    9.50   710247  Clerical (filing, copying, etc.) - xerox
                                                               information for JOS
BEH  Beth-Ann E. Hersc  06/07/00  B  B  0.40   38.00   710226  Research (research, collect data) - research
                                                               bifurcated trial
BEH  Beth-Ann E. Hersc  06/07/00  B  B  0.20   19.00   710221  Telephone Conference - left messages - D.
                                                               Brossard - called back
BEH  Beth-Ann E. Hersc  06/07/00  B  B  0.20   19.00   710222  Telephone Conference - with Steve Urbanek &
                                                               Mike Cahill
BEH  Beth-Ann E. Hersc  06/07/00  B  B  0.20   19.00   710228  Internal Legal Conference - with JOS
BEH  Beth-Ann E. Hersc  06/07/00  B  B  0.40   38.00   710220  Document Review - review Plaintiff's request
                                                               and our response to Plaintiff's request for
                                                               production
BEH  Beth-Ann E. Hersc  06/19/00  B  B  0.20   19.00   712558  Research (research, collect data) - research
                                                               new case law
BEH  Beth-Ann E. Hersc  06/19/00  B  B  1.50  142.50   712554  Document Review - review correspondence and
                                                               case law
BEH  Beth-Ann E. Hersc  06/19/00  B  B  0.30   28.50   712556  Telephone Conference - with Carmen Rodriguez
BEH  Beth-Ann E. Hersc  06/22/00  B  B  0.20   19.00   713699  Telephone Conference - left messages for J.
                                                               Canada - returned call
BEH  Beth-Ann E. Hersc  06/23/00  B  B  0.40   38.00   714593  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  06/23/00  B  B  0.40   38.00   714594  Document Review - review fax and attachments
BEH  Beth-Ann E. Hersc  06/26/00  B  B  0.10    9.50   714710  Clerical (filing, copying, etc.) - fax letter
                                                               to B. Sindaco
BEH  Beth-Ann E. Hersc  06/26/00  B  B  0.30   28.50   714709  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  06/26/00  B  B  0.20   19.00   714711  Telephone Conference - with B. Sindaco
BEH  Beth-Ann E. Hersc  06/27/00  B  B  0.20   19.00   715909  Telephone Conference - with B. Sindaco
BEH  Beth-Ann E. Hersc  06/27/00  B  B  0.30   28.50   715910  Document Review - review response to fax from
                                                               B. Sindaco
BEH  Beth-Ann E. Hersc  06/28/00  B  B  1.00   95.00   715867  Meeting - with Mike Cahill and Steve Urbanek
BEH  Beth-Ann E. Hersc  06/28/00  B  B  0.30   28.50   715868  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  07/03/00  B  B  0.20   19.00   716741  Telephone Conference - with Opposing Counsel -
                                                               left message - mailbox full
BEH  Beth-Ann E. Hersc  07/03/00  B  B  0.10    9.50   716740  Telephone Conference - left message for Bari
                                                               Goldstein
BEH  Beth-Ann E. Hersc  07/05/00  B  B  0.10    9.50   717553  Telephone Conference - with Steve Urbanek
BEH  Beth-Ann E. Hersc  07/05/00  B  B  0.30   28.50   717551  Telephone Conference - with S. Cody
BEH  Beth-Ann E. Hersc  07/05/00  B  B  0.40   38.00   717552  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  07/05/00  B  B  0.30   28.50   717542  Document Review - review Plaintiff's Response
                                                               to Request for Production
BEH  Beth-Ann E. Hersc  07/05/00  B  B  0.10    9.50   717550  Document Review - review faxed information
BEH  Beth-Ann E. Hersc  07/06/00  B  B  0.20   19.00   720125  Telephone Conference w/John Canada - Will
                                                               search for documents
BEH  Beth-Ann E. Hersc  07/06/00  B  B  0.10    9.50   720124  Telephone Conference w/B. Goldstein - Left
                                                               message
JOS  John O. Stapleton  07/06/00  B  B  0.20   19.00   718052  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  07/06/00  B  B  0.20   19.00   720126  Telephone Conference w/Steve Urbanek - Will
                                                               search for documents
```

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al          INIT. ATTY NMO   Norman M. Ostrau
                                                                             BILL. ATTY BEH   Beth-Ann E. Herschaft
                                                                             RESP. ATTY BEH   Beth-Ann E. Herschaft

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 07/11/00 | B | B | 0.20 | 19.00 | 721236 | Telephone Conference with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.20 | 19.00 | 722442 | Document Review - draft and send fax to Sheriff's counsel |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.60 | 57.00 | 722441 | Telephone Conference - with C. Rodriguez and B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.20 | 19.00 | 722437 | Telephone Conference - with S. Cody |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.30 | 28.50 | 722436 | Telephone Conference - with S. Urbanek |
| BEH | Beth-Ann E. Hersc | 07/12/00 | B | B | 0.10 | 9.50 | 722435 | Telephone Conference - left message for J. Canada who will be out until next Wednesday |
| EGL | Edward G. Labrado | 07/13/00 | B | B | *illegible* | *illegible* | 723363 | Internal Legal Conference - several internal legal conferences with BEH and intern regarding Jail plans, Department of Corrections rules, and disclosure exemption in Shotz case |
| BEH | Beth-Ann E. Hersc | 07/13/00 | B | B | 2.50 | 237.50 | 722457 | Internal Legal Conference - with DWF |
| BEH | Beth-Ann E. Hersc | 07/13/00 | B | B | 0.70 | 66.50 | 722456 | Telephone Conference - with B. Goldstein |
| DWF | Danielle W. Frenc | 07/13/00 | B | B | 2.50 | 237.50 | 730157 | Internal Legal Conference w/BAH re. Motion hearings, discovery, and issues for litigation |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 1.10 | 104.50 | 722862 | Document Creation - start to draft Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 0.40 | 38.00 | 722466 | Telephone Conference - with B. Goldstein and C. Rodriguez |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 0.30 | 28.50 | 722464 | Research (research, collect data) - research confidential record |
| BEH | Beth-Ann E. Hersc | 07/14/00 | B | B | 1.20 | 114.00 | 722465 | Document Review - review research |
| BEH | Beth-Ann E. Hersc | 07/16/00 | B | B | 2.30 | 218.50 | 722474 | Document Review - review 2nd Amended Complaint and Sheriff's Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/16/00 | B | B | 1.40 | 133.00 | 722475 | Document Creation - began to draft answer and affirmative defenses |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.20 | 19.00 | 722541 | Document Creation - draft memo to M. Cahill |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.30 | 28.50 | 722540 | Telephone Conference - with M. Cahill and S. Urbanek |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 2.80 | 266.00 | 722520 | Document Review - continue drafting Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.40 | 38.00 | 722522 | Clerical (filing, copying, etc.) - xeroxing and filing |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.10 | 9.50 | 722537 | Document Review - review memo from M. Cahill |
| BEH | Beth-Ann E. Hersc | 07/18/00 | B | B | 0.20 | 19.00 | 722546 | Document Creation - draft letter to S. Cody |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 3.40 | 323.00 | 722556 | Document Creation - continue drafting Answer to Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 0.20 | 19.00 | 722557 | Telephone Conference - with B. Goldstein |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 0.10 | 9.50 | 722558 | Telephone Conference - with Mike Cahill |
| BEH | Beth-Ann E. Hersc | 07/19/00 | B | B | 1.70 | 161.50 | 722555 | Document Review - continue review of Second Amended Complaint |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.30 | 28.50 | 727342 | Research (research, collect data) - research number of pages |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.20 | 19.00 | 727343 | Internal Legal Conference - with JOS |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 1.20 | 114.00 | 727340 | Document Creation - revise Answer and Affirmative Defenses |
| BEH | Beth-Ann E. Hersc | 07/20/00 | B | B | 0.40 | 38.00 | 727341 | Document Review - review Answer and Affirmative Defenses |

```
Broward County Attorney's Office                                                              Page:      9
                                           Matter Ledger Report                               Run : 02/01/01
                                         From 10/01/95 thru 02/01/01


CLIENT GESH       Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al        INIT. ATTY NMO  Norman M. Ostrau
                                                                           BILL. ATTY BEH  Beth-Ann E. Herschaft
                                                                           RESP. ATTY BEH  Beth-Ann E. Herschaft

==============================================================================================================

BEH  Beth-Ann E. Hersc  07/21/00   B    B    0.60     57.00   727362  Matter Management - file management
BEH  Beth-Ann E. Hersc  07/24/00   B    B    0.20     19.00   727374  Telephone Conference - with B. Goldstein -
                                                                     discuss possible times for deposition
BEH  Beth-Ann E. Hersc  07/25/00   B    B    0.10      9.50   727762  MEMO - e-mail - J. Canada
BEH  Beth-Ann E. Hersc  08/01/00   B    B    0.20     19.00   729594  Telephone Conference - with B. Goldstein
BEH  Beth-Ann E. Hersc  08/03/00   B    B    0.10      9.50   729691  Telephone Conference - schedule Shotz
                                                                     deposition
JOS  John O. Stapleton  08/09/00   B    B    0.30     28.50   729229  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  08/11/00   B    B    0.20     19.00   731837  Document Creation - draft letter confirming
                                                                     conversation
BEH  Beth-Ann E. Hersc  08/11/00   B    B    0.20     19.00   731838  Telephone Conference - with Opposing Counsel
JOS  John O. Stapleton  08/14/00   B    B    0.20     19.00   730476  Internal Legal Conference with BEH
BEH  Beth-Ann E. Hersc  08/21/00   B    B    0.10      9.50   733327  Telephone Conference - left message for B.
                                                                     Goldstein
BEH  Beth-Ann E. Hersc  08/25/00   B    B    0.50     47.50   734533  Document Creation - draft letters
BEH  Beth-Ann E. Hersc  08/25/00   B    B    0.20     19.00   734534  Clerical (filing, copying, etc.) - xerox
                                                                     discovery documents
BEH  Beth-Ann E. Hersc  08/25/00   B    B    1.00     95.00   734536  Matter Management - file management
BEH  Beth-Ann E. Hersc  08/28/00   B    B    0.60     57.00   734902  Document Review - review Joint Scheduling Order
BEH  Beth-Ann E. Hersc  08/28/00   B    B    0.30     28.50   734901  Telephone Conference - with Bari Goldstein
BEH  Beth-Ann E. Hersc  09/12/00   B    B    0.10      9.50   738927  Telephone Conference - left message for Carmen
                                                                     Rodriguez
BEH  Beth-Ann E. Hersc  09/12/00   B    B    1.40    133.00   738929  Document Creation - began to draft Motion to
                                                                     Compel
BEH  Beth-Ann E. Hersc  09/12/00   B    B    0.40     38.00   738928  Document Review - review correspondence
BEH  Beth-Ann E. Hersc  09/13/00   B    B    0.90     85.50   738950  Document Creation - continue to draft Motion to
                                                                     Compel
BEH  Beth-Ann E. Hersc  09/14/00   B    B    1.40    133.00   740346  Document Creation - continue drafting Motion to
                                                                     Compel
BEH  Beth-Ann E. Hersc  09/14/00   B    B    0.10      9.50   740344  Telephone Conference - left message for S. Cody
BEH  Beth-Ann E. Hersc  09/15/00   B    B    1.40    133.00   740387  Document Creation - continue drafting Motion to
                                                                     Compel
BEH  Beth-Ann E. Hersc  09/15/00   B    B    0.50     47.50   740388  Document Review - research "failure to respond
                                                                     to discovery request at all"
BEH  Beth-Ann E. Hersc  09/18/00   B    B    1.00     95.00   740459  Research (research, collect data) - research
                                                                     "failure to respond"
BEH  Beth-Ann E. Hersc  09/18/00   B    B    2.50    237.50   740458  Document Creation - continue drafting Motion to
                                                                     Compel
BEH  Beth-Ann E. Hersc  09/19/00   B    B    2.50    237.50   741922  Document Creation - finish Motion to Compel
BEH  Beth-Ann E. Hersc  09/19/00   B    B    1.00     95.00   741923  Document Review - review documents
BEH  Beth-Ann E. Hersc  10/04/00   B    B    1.50    147.00   746176  Matter Management - file management
BEH  Beth-Ann E. Hersc  10/04/00   B    B    0.20     19.60   746101  Document Creation - draft letter to C.R.
BEH  Beth-Ann E. Hersc  10/04/00   B    B    0.10      9.80   746088  Telephone Conference - with C. Rodriguez - left
                                                                     message
BEH  Beth-Ann E. Hersc  10/04/00   B    B    0.20     19.60   746023  Document Review - review codefendents Motion to
                                                                     Compel
BEH  Beth-Ann E. Hersc  10/11/00   B    B    0.40     39.20   748621  Telephone Conference - with Carmen Rodriguez
BEH  Beth-Ann E. Hersc  10/18/00   B    B    0.30     29.40   752358  Telephone Conference - with Carmen Rodriguez
BEH  Beth-Ann E. Hersc  10/18/00   B    B    0.30     29.40   752360  Internal Legal Conference - with JJA
JJA  Jose J. Arrojo     10/18/00   B    B    0.50     49.00   752295  Meeting with co-counsel re deposition strategy
```

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page: 10
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| Atty | Name | Date | | | Hours | Amount | Ref # | Description |
|---|---|---|---|---|---|---|---|---|
| BEH | Beth-Ann E. Hersc | 10/20/00 | B | B | 0.20 | 19.60 | 752957 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/23/00 | B | B | 0.10 | 9.80 | 753401 | Telephone Conference - with Carmen Rodriguez |
| BEH | Beth-Ann E. Hersc | 10/23/00 | B | B | 0.10 | 9.80 | 753402 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/24/00 | B | B | 0.30 | 29.40 | 753930 | Telephone Conference - with Beth Sindaco |
| JOS | John O. Stapleton | 10/24/00 | B | B | 0.30 | 29.40 | 753556 | Internal Legal Conference with BEH |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 0.50 | 49.00 | 754870 | Internal Legal Conference with BEH re status of deposition and Motion for Enlargement of Time/Discovery |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 3.00 | 294.00 | 754869 | Document Review and Document Creation - review correspondence file; draft Motion for Enlargement of Time/Discovery |
| JJA | Jose J. Arrojo | 10/27/00 | B | B | 4.00 | 392.00 | 754753 | Document Review and Document Creation - review file; correspondence file - draft Motion for Enlargement of Time/Discovery |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.30 | 29.40 | 754531 | Document Review - review Motion for Enlargement of Time |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.30 | 29.40 | 754530 | Document Creation - edit Motion for Enlargement of Time |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.50 | 49.00 | 754529 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 10/27/00 | B | B | 0.20 | 19.60 | 754528 | Telephone Conference - with Carmen Rodriguez |
| JJA | Jose J. Arrojo | 10/31/00 | B | B | 1.00 | 98.00 | 755691 | Document Creation - final revision to Motion for Enlargement of Time for Discovery |
| JOS | John O. Stapleton | 10/31/00 | B | B | 0.40 | 39.20 | 755678 | Document Review - pleading draft |
| JJA | Jose J. Arrojo | 11/03/00 | B | B | 0.25 | 24.50 | 757923 | Document Review - review Co-Defendant's Motion to Dismiss |
| JJA | Jose J. Arrojo | 11/07/00 | B | B | 0.75 | 73.50 | 757945 | Document Review and Document Creation - review Court Order denying enlargement of time for discovery and draft correspondence |
| JJA | Jose J. Arrojo | 11/07/00 | B | B | 0.50 | 49.00 | 757953 | Document Creation - draft correspondence re animal fees |
| BEH | Beth-Ann E. Hersc | 11/08/00 | B | B | 0.20 | 19.60 | 760029 | Telephone Conference - with Beth Sindaco |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 0.25 | 24.50 | 757958 | Document Review - review sign/off correspondence |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 0.25 | 24.50 | 757957 | Telephone Conference with opposing counsel |
| JJA | Jose J. Arrojo | 11/08/00 | B | B | 3.00 | 294.00 | 757956 | Document Creation - draft Amended Motion for Enlargement of Time for Discovery and Motion to Compel |
| BEH | Beth-Ann E. Hersc | 11/09/00 | B | B | 0.20 | 19.60 | 760046 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 11/09/00 | B | B | 0.90 | 88.20 | 760045 | Document Creation - edit Motion to Enlarge Time |
| JJA | Jose J. Arrojo | 11/09/00 | B | B | 1.00 | 98.00 | 757962 | Document Creation - amend Motion for Enlargement |
| JJA | Jose J. Arrojo | 11/09/00 | B | B | 0.25 | 24.50 | 757963 | Internal Legal Conference with co-counsel |
| BEH | Beth-Ann E. Hersc | 11/27/00 | B | B | 0.30 | 29.40 | 760721 | Matter Management - file with Federal Court |
| BEH | Beth-Ann E. Hersc | 11/27/00 | B | B | 0.30 | 29.40 | 760719 | Document Review - review Motion for Enlargement of time and sign |
| JJA | Jose J. Arrojo | 11/27/00 | B | B | 0.75 | 73.50 | 763593 | Document Creation - amend Motion for Enlargement of Time for Discovery and Order |
| JJA | Jose J. Arrojo | 12/18/00 | B | B | 0.50 | 49.00 | 766994 | Document Creation - draft motion sanctions; discovery; order; and cover correspondence |
| JJA | Jose J. Arrojo | 12/18/00 | B | B | 3.00 | 294.00 | 766992 | Document Creation - draft motion for sanctions; |

Broward County Attorney's Office

Matter Ledger Report
From 10/01/95 thru 02/01/01

Page:     11
Run : 02/01/01

CLIENT GESH    Sheriff
MATTER 00--0553. SHOTZ, FREDERICK A. VS JENNE, KEN as Sheriff et al

INIT. ATTY NMO  Norman M. Ostrau
BILL. ATTY BEH  Beth-Ann E. Herschaft
RESP. ATTY BEH  Beth-Ann E. Herschaft

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | discovery; order; and cover correspondence |
| BEH | Beth-Ann E. Hersc | 12/20/00 | B | B | 0.40 | 39.20 | 768092 | Internal Legal Conference - discussion with JJA |
| BEH | Beth-Ann E. Hersc | 12/20/00 | B | B | 0.30 | 29.40 | 768090 | Document Creation - revise Motion to Compel |
| BEH | Beth-Ann E. Hersc | 12/20/00 | B | B | 0.30 | 29.40 | 768089 | Document Review - review Motion to Compel |
| JJA | Jose J. Arrojo | 12/20/00 | B | B | 1.50 | 147.00 | 767867 | Telephone Conference , Document Creation and Internal Legal Conference - telephone call to opposing counsel re discovery; edit draft motion for sanctions; and met with co-counsel |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.30 | 29.40 | 768714 | Internal Legal Conference - with JJA |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.20 | 19.60 | 768713 | Document Creation - revise Motion for Sanction |
| JJA | Jose J. Arrojo | 12/22/00 | B | B | 1.50 | 147.00 | 767935 | Telephone Conference and Document Review - review co-counsel (BSO) Motion to Dismiss; revise Broward County's Motion for Sanctions/Dismiss; draft Order |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.20 | 19.60 | 768712 | Document Review - review Motion for Sanction |
| BEH | Beth-Ann E. Hersc | 12/22/00 | B | B | 0.30 | 29.40 | 768715 | Telephone Conference - with Carmen Rodriguez |

|  |  |  |
|---|---|---|
| BILLABLE | 239.60 | 22,858.30 |
| NON-BILLABLE | 0.00 | 0.00 |
| SUPPRESSABLE | 0.00 | 0.00 |
| TOTAL | 239.60 | 22,858.30 |

------------------------------------------------B I L L E D   E X P E N S E S--------------------------------------------------
CODE NAME              DATE           STS              $ VALUE    CK #  REF #  TEXT

| | |
|---|---|
| ADVANCED | 0.00 |
| NON-CASH | 0.00 |
| TOTAL | 0.00 |

CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON

## NUMBER OF HOURS AND FEES BY ATTORNEY

| NAME | NO. OF HOURS AS OF 12/31/00 | FEES AS OF 12/31/00 | NO. OF HOURS FROM 12/31/00 - 1/30/01 | FEES FROM 12/31/00 - 1/30/01 |
|---|---|---|---|---|
| Beth-Ann E. Herschaft | 199.1 | $18,915.30 | 9 | $882.00 |
| Jose J. Arrojo | 25.25 | $ 2,474.50 | 2.75 | $269.50 |
| Danielle W. French | 2.5 | $ 237.50 | | |
| Edward G. Labrador | .6 | $ 57.00 | | |



EXHIBIT E