**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON

FREDERICK A. SHOTZ,

    Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Froward County, Florida, and
BROWARD COUNTY, FLORIDA,

    Defendants.

_____/



## DEFENDANT BROWARD COUNTY'S LOCAL RULE 7.3 CERTIFICATION

COMES NOW, Defendant, BROWARD COUNTY, pursuant to Local Rule 7.3, S. D. Fla. L. R. , and files this Defendant, Broward County's, Local Rule 7.3 Certification, and states the following:

1. On February 8, 2001, counsel for the Defendant, Broward County, telephoned Plaintiff's counsel in a good faith attempt to resolve by agreement the previously filed Motion for Attorney's Fees.

2. Upon phoning Plaintiff's counsel, a recording advised that Plaintiff's counsel was unavailable and directed callers to leave a recorded message.

3. Upon attempting to leave a recorded message for Plaintiff's counsel, a second recording advised that Plaintiff's counsel's "mailbox was full" and that no messages could be recorded.



CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON

4. Thereafter, on February 8, 2001, counsel for the Defendant, Broward County, sent a letter via facsimile transmittal to Plaintiff's counsel, in good faith attempt to resolve by agreement the previously filed Motion for Attorney's Fees.

5. The letter advised Plaintiff's counsel of the previous unsuccessful attempt to communicate by phone and kindly requested a response.

6. Plaintiff's counsel has not responded to Defendant, Broward County's, attempts to confer regarding resolution by agreement of the previously filed Motion.

7. The parties have thus been unable to resolve by agreement the previously filed Motion for Attorney's Fees.

8. The Defendant, Broward County, does not request a hearing on the previously filed Motion for Attorney's Fees.

WHEREFORE, undersigned counsel certifies that attempts have been made to reach a good faith resolution by agreement of the Defendant, Broward County's, previously filed Motion for Attorney's Fees.

                Respectfully submitted,

                EDWARD A. DION
                County Attorney for Broward County
                Governmental Center, Suite 423
                115 South Andrews Avenue
                Ft. Lauderdale, FL 33301
                Telephone:  (954) 357-7600
                Telecopier:  (954) 357-7641

        By:_____
                JOSE J. ARROJO
                Assistant County Attorney
                Florida Bar No. 744808

2

CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. mail to Stephen M. Cody, Esq., 16610 S.W. 82nd Court, Miami, Florida 33157, and Carmen Rodriguez, P.A., 9130 S. Dadeland Boulevard, Two Datran Center, Suite 1109, Miami, Florida 33156, this 8TH day of February, 2001.

JOSE J. ARROJO
Assistant County Attorney