**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FREDERICK A. SHOTZ

CASE NO. 00-6088-CIV-DIMITROULEAS

Plaintiff,

Magistrate Judge Brown

v.

KEN JENNE. in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION.

Defendants.

_____/



## DEFENDANT BSO'S MOTION FOR ATTORNEY'S FEES AND COSTS

Defendant. KEN JENNE. in his official capacity as Sheriff of Broward County (hereinafter

"BSO"). through his counsel, Carmen Rodriguez, P.A.. and pursuant to Fed.R.Civ.P. 11. Local

General Rule 7.3 and 28 U.S.C.A. §1927. hereby files this Motion for Attorney's Fees and Costs,

and in support thereof, states as follows:

1.      This Court entered judgment for the Defendants on January 12. 2001, for Plaintiff's

unresponsiveness and failure to prosecute.

2.      In sum, Plaintiff was completely unresponsive here since commencement of litigation.

Specifically. Plaintiff failed to provide any responses, whatsoever, to Defendant BSO and co-

Defendant. Broward County's discovery requests or Motions to Compel.

3.      Furthermore, in an Order dated November 29. 2000, this Court provided Plaintiff with

additional time within which to respond to the discovery requests. Nonetheless, Plaintiff was yet

1



CASE NO. 00-6088-CIV-DIMITROULEAS

again completely unresponsive.

4.      Plaintiff's unresponsiveness and failure to prosecute, required BSO to incur attorney's fees and costs and file various motions to which Plaintiff failed to so much as respond. As a result of Plaintiff's complete unresponsiveness and failure to prosecute, Defendant BSO is entitled to attorney's fees and costs pursuant to Fed.R.Civ.P. 11, Local General Rule 7.3 and 28 U.S.C.A. §1927.

5.      In sum, Defendant BSO seeks the amount of $24,818.00 in fees, $892.70 in costs, for a total of $25,710.70 incurred pursuant to the attached invoices.

WHEREFORE, Defendant BSO respectfully requests that the Court grant Defendant BSO's Motion for Attorney's Fees and Costs and such other relief this Court deems appropriate.

## MEMORANDUM OF LAW

It is well established that "an attorney or other person admitted to conduct cases in any court of the United States ... who so multiplies the proceedings in any case, and reasonably and veraciously may be required by the Court to satisfy personally the excess costs, expenses, and attorney's fees reasonably incurred because of such conduct." 28 U.S.C. §1927 (1994); Crenshaw v. City of Defuniak Springs, et al., 891 F.Supp. 1548 (N.D. Fla. 1995). The Eleventh Circuit has stated that Section 1927 allows district court's to "assess attorney's fees against litigants, counsel and law firms who willfully abuse the judicial process by conduct tantamount to bad faith." Avirgnan v. Hull, 932 F.2d 1572, 1582 (11th Cir. 1991). cert. denied, 502 U.S. 1048, 112 S.Ct. 913, 116 L.Ed.2d 813 (1992).

2

In the instant case, Plaintiff has been completely unresponsive since the beginning of this action. Specifically, Plaintiff neglected to respond to any of Defendants' discovery requests, notwithstanding this Court's Order dated November 29, 2000, granting each Defendants' Motion to Compel and directing Plaintiff to provide responses to the relevant discovery requests by December 15, 2000. Despite the Court allowing Plaintiff an additional chance to respond to the discovery requests, Plaintiff failed to provide any responses whatsoever. Even more, Plaintiff had not filed anything in this case since May, 2000, despite his zealous efforts to prosecute a plethora of other pending lawsuits. Consequently, Plaintiff's inaction prevented Defendants from preparing a good faith defense and forced them to expend costs and attorney's fees in compiling and reviewing documents, drafting motions and otherwise defending this action.

It is patently clear that, where an attorney or litigant has "acted in an objectively unreasonable manner by engaging in "a serious and studied disregard for the orderly process of justice", a Court may impose sanctions under §1927. Pacific Dunlop Holdings, Inc. v. Barosh, 22 F.3d 113, 119 (7th Cir. 1994) (citation omitted).

WHEREFORE, Defendant BSO respectfully requests that this Court grant its Motion for Attorney's Fees and Costs, as well as any other relief that this Court deems appropriate.

Respectfully submitted,

Carmen Rodriguez, P.A.
9245 S.W. 157 Street, Suite 209
Miami, Florida 33157
Ph: (305) 254-6101

By: _____
Carmen Rodriguez
Florida Bar No. 710385

3

CASE NO. 00-6088-CIV-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen

M. Cody, Esquire, Attorney for Plaintiff, 16610 S.W. 82nd Court, Miami, Florida, and to Beth-Ann

Herschaft, Assistant County Attorney for Broward County, Governmental Center, Suite 423, 115

South Andrews Avenue, Fort Lauderdale, Florida 33301 this $9$ day of February, 2001.

Carmen Rodriguez

C:\DATA\BROWARD SHERIFF'S OFC (BSO)\Active\Shotz, Frederick\Motion for Attorney's Fees.wpd

5

LAW OFFICES OF

*Carmen Rodriguez, P.A.*

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein

Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL 33312

Page: 1
February 04, 2000
Account No: BSO-39M
Statement No: 891

Attn: Lynn Futch, Esquire

Shotz, Frederick

**Payments received after 02/04/00
are _not_ included on this statement.**

Fees

|  | Rate | Hours |  |
|---|---|---|---|
| 01/26/00 |  |  |  |
| BLG Review file | 125.00 | 0.50 | 62.50 |
| 01/27/00 |  |  |  |
| CRK Review Complaint/outline issues for response | 125.00 | 2.30 | 287.50 |
| BLG Review file and documents/review discovery | 125.00 | 1.20 | 150.00 |
| 01/31/00 |  |  |  |
| BLG Review Amended Complaint/telephone conference with B. Herchaft, Assistant Attorney/docket dates/legal research | 125.00 | 2.00 | 250.00 |
| BLG Review file/prepare for Motion to Dismiss or more definite statement/draft Motion | 125.00 | 1.80 | 225.00 |
| For Current Services Rendered |  | 7.80 | 975.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 2.30 | $125.00 | $287.50 |

Broward Sheriff's Office

February 04, 2000
Account No: BSO-39M
Statement No:      891

Shotz, Frederick

| | | | |
|---|---|---|---|
| Bari L. Goldstein | 5.50 | 125.00 | 687.50 |

Costs

| | | |
|---|---|---|
| 02/03/00 Photocopy charges | | 16.05 |
| Total Costs | | 16.05 |
| Total Current Work | | 991.05 |
| Balance Due | | $991.05 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

*Carmen Rodriguez, P.A.*

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein
                                                        Page: 1
    Broward Sheriff's Office                        March 09, 2000
    2601 W. Broward Boulevard                   Account No: BSO-39M
    Suite 3548                                  Statement No:   1056
    Ft. Lauderdale,  FL  33312

    Attn: Lynn Futch, Esquire

    Shotz, Frederick/GC55POL003780-MIC

    **Payments received after 03/09/00
    are _not_ included on this statement.**

                            Fees

                                            Rate   Hours
    02/01/00
        CRK Review Amended Complaint/review
            legal research Title II         110.00  2.30    253.00

    02/02/00
        BLG Review Amended Complaint/review
            documents/legal research - review
            ADA/telephone conference with
            Beth Herschaft                  110.00  1.60    176.00

    02/03/00
        CRK Review documents/review amended
            complaint/legal research -
            standing/review for issues for
            motion for more definite
            statement                       110.00  3.00    330.00

    02/04/00
        BLG Legal research - standing       110.00  1.50    165.00

    02/07/00
        BLG Legal research - amended
            complaint and motion for more
            definite statement              110.00  2.00    220.00

Shotz, Frederick/GC55POL003780-MIC

|  | Rate | Hours |  |
|---|---|---|---|
| BLG Telephone conference with B. Herschaft/review and finalize motion for extension/draft confirmation fax to Herschaft | 110.00 | 1.80 | 198.00 |

02/08/00

| CRK Review docket re:  Plaintiff and counsel ADA filings/review regulations/telephone conference with counsel | 110.00 | 0.80 | 88.00 |
|---|---|---|---|
| BLG Review correspondence from B. Herschaft Assistant County Attorney/telephone conference with Herschaft/legal research - ADA | 110.00 | 1.80 | 198.00 |

02/09/00

| BLG Legal research - Rehabilitation Act | 110.00 | 2.80 | 308.00 |
|---|---|---|---|
| BLG Review docket | 110.00 | 0.30 | 33.00 |

02/10/00

| BLG Telephone conference with Asst. Co. Atty co-counsel, Herschaft (2)/review discovery | 110.00 | 1.20 | 132.00 |
|---|---|---|---|
| BLG Review federal regulations/review case law/legal research - relief, injury, ADA | 110.00 | 2.30 | 253.00 |

02/14/00

| BLG review court order re:  extension | 110.00 | 0.20 | 22.00 |
|---|---|---|---|

02/16/00

| BLG Legal research re:  motion for more definite statement | 110.00 | 1.25 | 137.50 |
|---|---|---|---|
| CRK Case Analysis/Review file/Prepare outline for motion | 110.00 | 1.75 | 192.50 |

02/17/00

BLG Legal research - Complaint

Shotz, Frederick/GC55POL003780-MIC

|  | | Rate | Hours | |
|--|--|------|-------|--|
| | defects/review Amended Complaint for Motion issues | 110.00 | 2.40 | 264.00 |
| BLG | Review case law/legal research – proving disability/Motion for More Definite Statement | 110.00 | 1.70 | 187.00 |

02/18/00

| | | | | |
|--|--|--|--|--|
| BLG | Review case law/telephone conference with co-counsel, Asst. City Atty. | 110.00 | 1.60 | 176.00 |
| BLG | outline Motion for More Definite Statement | 110.00 | 0.50 | 55.00 |

02/22/00

| | | | | |
|--|--|--|--|--|
| BLG | outline and draft Motion for More Definite Statement | 110.00 | 3.40 | 374.00 |

02/23/00

| | | | | |
|--|--|--|--|--|
| CRK | Review file/response to Amended Complaint and discovery | 110.00 | 1.50 | 165.00 |
| BLG | Draft and finalize Motion for More Definite Statement/telephone conference with Asst. County Attorney – Co-counsel, Herschaft | 110.00 | 2.80 | 308.00 |

02/24/00

| | | | | |
|--|--|--|--|--|
| CRK | Review discovery/response | 110.00 | 0.50 | 55.00 |
| BLG | Draft letter to Plaintiff's counsel re: discovery responses | 110.00 | 0.30 | 33.00 |
| BLG | Review discovery from Plaintiff – compile list of what will need to produce and what will be objected to | 110.00 | 1.00 | 110.00 |

02/25/00

| | | | | |
|--|--|--|--|--|
| BLG | Review BSO Risk Control Survey | 110.00 | 0.30 | 33.00 |
| BLG | Telephone conference with Beth-Anne Herschaft – Asst. Co. Atty/review Plaintiff's Interrogatories and Request for | | | |

Broward Sheriff's Office

March 09, 2000

Account No: BSO-39M

Statement No: 1056

Shotz, Frederick/GC55POL003780-MIC

|  | Rate | Hours |  |
|---|---|---|---|
| Production | 110.00 | 1.00 | 110.00 |

02/28/00
BLG Review Broward Co. letter and
Motion to Dismiss/Motion to
Strike/Motion for More Definite
Statement  110.00  0.50  55.00

02/29/00
BLG Telephone conference with
Beth-Ann Herschaft (2)/Telephone
conference with Plaintiff's
Attorney  110.00  0.60  66.00
BLG Telephone conference with
Beth-Ann Herschaft (3)/telephone
conference with Steve Cody,
Plaintiff's Attorney  110.00  0.60  66.00

For Current Services Rendered  43.30  4.763.00

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 9.85 | $ | $1,083.50 |
| Bari L. Goldstein | 33.45 |  | 3,679.50 |

### Costs

| 02/29/00 Photocopy charges | 71.85 |
|---|---|
| 02/29/00 Postage | 7.73 |
| 02/29/00 Online legal research (Westlaw January work) | 41.02 |
| 02/29/00 Phone & Facsimile costs | 45.00 |
| Total Costs | 165.60 |
| Total Current Work | 4,928.60 |
| Previous Balance | $991.05 |
| Payment | -991.05 |

LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

Broward Sheriff's Office

March 09, 2000
Account No: BSO-39M
Statement No:    1056

Shotz, Frederick/GC55POL003780-MIC

Balance Due

$ 4,928.60

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

```
                                                              Page: 1
          Broward Sheriff's Office                     April 06, 2000
          2601 W. Broward Boulevard             Account No: BSO-39M
          Suite 3548                            Statement No:    1117
          Ft. Lauderdale,  FL  33312
```

Attn: Lynn Futch, Esquire

Shotz, Frederick/GC55POL003780-MIC

> ***Payments received after 04/06/00***
> ***are <u>not</u> included on this statement.***

### Fees

|            |                                                              | Rate   | Hours |        |
|------------|--------------------------------------------------------------|--------|-------|--------|
| 03/06/00   |                                                              |        |       |        |
| CRK        | Review County's Motion to Dismiss/review correspondence      | 110.00 | 0.40  | 44.00  |
| BLG        | Telephone conference with B. Herschaft/review letter re: Plaintiff's Amended Complaint | 110.00 | 0.40  | 44.00  |
| 03/21/00   |                                                              |        |       |        |
| BLG        | Analyze Protective Order issue/review legal research         | 110.00 | 0.40  | 44.00  |
| CLH        | Review case file                                             | 70.00  | 0.50  | 35.00  |
| 03/23/00   |                                                              |        |       |        |
| CRK        | Review Amended Complaint/review Norkunas/telephone conference with L. Futch | 110.00 | 1.20  | 132.00 |
| BLG        | Legal research - Bill Norkunas/telephone conference with Beth-Ann Herschaft/review Amended Complaint | 110.00 | 1.80  | 198.00 |
| 03/24/00   |                                                              |        |       |        |
| BLG        | Telephone conference with B. Herschaft/review Amended        |        |       |        |

Broward Sheriff's Office

Shotz, Frederick/GC55POL003780-MIC

|  | | Rate | Hours | |
|---|---|---|---|---|
| | Complaint/analysis - affirmative defense | 110.00 | 1.20 | 132.00 |
| CRK | Review Amended Complaint/outline issues/telephone conference with Plaintiff's counsel re: inspection Notice/draft correspondence to Plaintiff's counsel | 110.00 | 2.20 | 242.00 |
| **03/27/00** | | | | |
| BLG | Draft answer and affirmative defenses | 110.00 | 2.20 | 242.00 |
| BLG | Legal research - ADA Technical Manual/telephone conference with B. Herschaft/telephone conference with Dan Lutzke/draft letter to Lutzke | 110.00 | 2.10 | 231.00 |
| **03/28/00** | | | | |
| CLH | Legal research - architectural plans as public records | 70.00 | 1.00 | 70.00 |
| CLH | Review requests for production and interrogatories and prepare summary | 70.00 | 2.00 | 140.00 |
| **03/29/00** | | | | |
| BLG | ADA analysis - telephone conference with B. Herschaft | 110.00 | 0.40 | 44.00 |
| **03/31/00** | | | | |
| CRK | Draft affirmative defenses | 110.00 | 1.20 | 132.00 |
| BLG | Review discovery requests/draft letter to client re: discovery | 110.00 | 0.80 | 88.00 |
| BLG | Case analysis/legal research/draft affirmative defenses/review answer | 110.00 | 3.80 | 418.00 |
| | For Current Services Rendered | | 21.60 | 2,236.00 |

```
                                                          Page: 3
    Broward Sheriff's Office                        April 06, 2000
                                                 Account No: BSO-39M
                                               Statement No:    1117

    Shotz, Frederick/GC55POL003780-MIC
```

```
                          Recapitulation
    Timekeeper                        Hours      Rate      Total
    Carmen Rodriguez, Esquire          5.00   $110.00    $550.00
    Bari L. Goldstein                 13.10    110.00   1,441.00
    Cheri Lynn Haleluk                 3.50     70.00     245.00
```

### Costs

```
03/31/00 Phone & Facsimile costs                            20.00
03/31/00 Postage                                             2.42
03/31/00 Photocopy charges                                  22.80
03/31/00 Online legal research (Westlaw February work)      62.65
                                                          _____
         Total Costs                                       107.87

         Total Current Work                              2,343.87

         Previous Balance                              $6,569.15
```

### Payments

```
03/13/00 Payment                                          -991.05
03/20/00 credit re: wrong hourly rate                     -649.50
                                                        _____
         Total Payments                                -1,640.55

         Balance Due                                   $7,272.47
                                                       ==========
```

```
         Please make check payable to Carmen Rodriguez, P.A.
         EIN: 65-0772495
```

LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

LAW OFFICES OF

### Carmen Rodriguez, P.A.

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein

Page: 1
May 08, 2000
Account No: BSO-39M
Statement No:    1214

Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale,  FL  33312

Attn: Lynn Futch, Esquire

Shotz, Frederick/GC55POL003780-MIC

**_Payments received after 05/08/00_**
**_are not included on this statement._**

Fees

|  | Rate | Hours | |
|---|---|---|---|
| 04/03/00 | | | |
| BLG Telephone conference with B. Herschaft/case analysis – construction responsibility | 110.00 | 0.60 | 66.00 |
| BLG Draft memo re: status of case and affirmative defenses | 110.00 | 1.40 | 154.00 |
| 04/04/00 | | | |
| BLG Telephone conference with I. Collazo/telephone conference with B. Herschaft/review correspondence from I. Collazo –BSO | 110.00 | 0.80 | 88.00 |
| CRK Review and draft affirmative defenses and answer | 110.00 | 1.30 | 143.00 |
| 04/05/00 | | | |
| BLG Draft letter/edit requests for discovery to BSO | 110.00 | 0.60 | 66.00 |
| BLG Edit affirmative Defenses/telephone conference with B. Herschaft/edit answer | 110.00 | 1.80 | 198.00 |

Page: 2
Broward Sheriff's Office                                    May 08, 2000
Account No: BSO-39M
Statement No:    1214

Shotz, Frederick/GC55POL003780-MIC

|          |                                                                                            | Rate   | Hours |        |
|----------|--------------------------------------------------------------------------------------------|--------|-------|--------|
| 04/06/00 |                                                                                            |        |       |        |
|          | CRK Draft affirmative defenses                                                             | 110.00 | 0.75  | 82.50  |
|          | BLG Review Affirmative Defenses/review discovery requests                                  | 110.00 | 0.40  | 44.00  |
|          | BLG Review correspondence from BSO - Risk Management/legal research - Department of Justice - ADA and inmates | 110.00 | 1.70  | 187.00 |
| 04/07/00 |                                                                                            |        |       |        |
|          | CRK Draft answer and defenses                                                              | 110.00 | 1.70  | 187.00 |
| 04/10/00 |                                                                                            |        |       |        |
|          | CRK Outline proposed discovery plan/review County's Motion                                 | 110.00 | 1.25  | 137.50 |
|          | BLG Review County's Motion to Dismiss/telephone conference with B. Herschaft               | 110.00 | 0.60  | 66.00  |
| 04/11/00 |                                                                                            |        |       |        |
|          | CRK Telephone conference with I. Collazo re: ADA and County operational issues             | 110.00 | 0.60  | 66.00  |
| 04/12/00 |                                                                                            |        |       |        |
|          | CRK Review documents re: inmate processing policy (excerpts)/draft correspondence to L. Futch re: EMSA | 110.00 | 1.80  | 198.00 |
|          | BLG Review documents from BSO re: disabled inmates/review BSO policy and procedures        | 110.00 | 2.30  | 253.00 |
|          | BLG Legal research - impleader - adding third party defendant                              | 110.00 | 1.10  | 121.00 |
|          | BLG Draft letter to I. Collazo - BSO re: documents/draft memo to file re: BSO policies     | 110.00 | 1.00  | 110.00 |

Page: 3
May 08, 2000
Account No: BSO-39M
Statement No:    1214

Broward Sheriff's Office

Shotz, Frederick/GC55POL003780-MIC

|  | | Rate | Hours | |
|---|---|---|---|---|
| **04/13/00** | | | | |
| BLG | Review documents re: housing of inmates | 110.00 | 0.40 | 44.00 |
| **04/14/00** | | | | |
| BLG | Telephone conference with B. Hanson-Evans of the N. Broward facility | 110.00 | 0.20 | 22.00 |
| **04/17/00** | | | | |
| BLG | Review Plaintiff's Reply to Affirmative Defenses | 110.00 | 0.80 | 88.00 |
| **04/18/00** | | | | |
| CRK | Review policies re: disabled inmates/prepare for client conference | 110.00 | 1.20 | 132.00 |
| BLG | Review file/case analysis | 110.00 | 0.60 | 66.00 |
| **04/19/00** | | | | |
| CRK | Prepare for client conference - compile documents | 110.00 | 1.30 | 143.00 |
| BLG | Case analysis/review documents | 110.00 | 2.30 | 253.00 |
| BLG | Telephone conference with Barbara Evans, Health Administrator/draft correspondence with violations for her review | 110.00 | 0.80 | 88.00 |
| BLG | Telephone conference with B. Herschaft | 110.00 | 0.40 | 44.00 |
| BLG | Prepare for BSO meeting/draft memo | 110.00 | 1.70 | 187.00 |
| **04/20/00** | | | | |
| CRK | Attend client conference/review documents | 110.00 | 2.50 | 275.00 |
| **04/21/00** | | | | |
| BLG | Review notes from meeting/case status review | 110.00 | 0.60 | 66.00 |
| BLG | Legal research - Plaintiff's | | | |

```
                                                           Page: 4
        Broward Sheriff's Office                       May 08, 2000
                                              Account No: BSO-39M
                                              Statement No:    1214
        Shotz, Frederick/GC55POL003780-MIC
```

|  | Rate | Hours | |
|---|---|---|---|
| Reply to Affirmative Defenses | 110.00 | 0.80 | 88.00 |
| BLG Draft Motion to Strike | | | |
| Plaintiff's Reply | 110.00 | 1.10 | 121.00 |

04/25/00

| | | | |
|---|---|---|---|
| BLG Review Court Order re: | | | |
| scheduling/docket | 110.00 | 0.30 | 33.00 |

04/26/00

| | | | |
|---|---|---|---|
| CLH Legal research - right to jury trial under Rehabilitation Act and Title II of the ADA/draft memo on research | 70.00 | 1.25 | 87.50 |
| CRK Responses to Plaintiff's discovery | 110.00 | 1.30 | 143.00 |
| BLG Review file/review legal research re: jury demand | 110.00 | 0.60 | 66.00 |
| BLG Telephone conference with B. Herschaft – review law (2) | 110.00 | 0.30 | 33.00 |

04/28/00

| | | | |
|---|---|---|---|
| CRK Review Plaintiff's response to County Motion to Dismiss | 110.00 | 0.40 | 44.00 |
| For Current Services Rendered | | 38.55 | 4,190.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 14.10 | $110.00 | $1,551.00 |
| Bari L. Goldstein | 23.20 | 110.00 | 2,552.00 |
| Cheri Lynn Haleluk | 1.25 | 70.00 | 87.50 |

Costs

| | |
|---|---|
| 04/28/00 Online legal research (Westlaw March work) | 23.14 |
| 04/28/00 Court Pacer service | 8.54 |
| 04/28/00 Facsimile & Phone costs | 30.00 |
| 04/28/00 Postage | 8.98 |
| 04/28/00 Photocopy charges | 23.25 |

LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

Broward Sheriff's Office

Shotz, Frederick/GC55POL003780-MIC

```
                                        Page: 5
                                   May 08, 2000
                             Account No: BSO-39M
                         Statement No:     1214
```

| | |
|---|---:|
| Total Costs | 93.91 |
| Total Current Work | 4,284.41 |
| Previous Balance | $7,272.47 |

Payments

| | |
|---|---:|
| 04/21/00 Payment | -4,928.60 |
| 05/01/00 Payment | -2,273.87 |
| Total Payments | -7,202.47 |
| Balance Due | $4,354.41 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

LAW OFFICES OF

*Carmen Rodriguez, P.A.*

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein

Page: 1
June 05, 2000
Account No: BSO-39M
Statement No:     1231

Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL  33312

Attn: Lynn Futch, Esquire

Shotz, Frederick/GC55POL003780-MIC

**Payments received after 06/05/00
are <u>not</u> included on this statement.**

Fees

|  | Rate | Hours |  |
|---|---|---|---|
| 05/02/00 |  |  |  |
| BLG Telephone conference with B. Herschaft/review Plaintiff's Motion | 110.00 | 0.40 | 44.00 |
| 05/04/00 |  |  |  |
| BLG Review County's Motion/Reply | 110.00 | 0.40 | 44.00 |
| 05/05/00 |  |  |  |
| BLG Legal research and review of pertinent case law/case analysis | 110.00 | 0.60 | 66.00 |
| 05/08/00 |  |  |  |
| BLG Telephone conference with B. Herschaft re: joint stipulation/telephone conference with Plaintiff's counsel, S. Cody and B. Herschaft | 110.00 | 0.80 | 88.00 |
| 05/10/00 |  |  |  |
| CRK Draft joint scheduling report | 110.00 | 0.50 | 55.00 |
| BLG Telephone conference with B. Herschaft/telephone conference with Plaintiff's attorney, |  |  |  |

```
                                                           Page: 2
   Broward Sheriff's Office                          June 05, 2000
                                              Account No: BSO-39M
                                              Statement No:    1231
   Shotz, Frederick/GC55POL003780-MIC


                                           Rate    Hours
            Cody/draft correspondence to Cody
            re: draft of joint stipulation    110.00   0.60     66.00
        BLG Review and edit joint
            stipulation/draft additions and
            changes/telephone conference with
            B. Herschaft                      110.00   1.80    198.00
        BLG Review Order to Show Cause        110.00   0.30     33.00

05/11/00
        CRK Review and revise Joint
            Scheduling Report/Telephone
            conference with B. Herschaft (2)  110.00   1.20    132.00

05/12/00
        BLG Review documents from County re:
            jail improvements                 110.00   0.40     44.00

05/15/00
        BLG Review Joint Scheduling Report    110.00   0.40     44.00
        BLG Telephone conference with B.
            Herschaft re: County discovery    110.00   0.70     77.00

05/16/00
        CRK Draft correspondence to County
            attorney Herschaft/telephone
            conference with Herschaft         110.00   0.70     77.00
        BLG Review discovery requests from
            Plaintiff/draft responses to
            discovery                         110.00   1.30    143.00
        BLG Draft Defendant's First Set of
            Interrogatories/Request for
            Production                        110.00   1.60    176.00
        BLG Telephone conference with B.
            Herschaft re: discovery (3x)      110.00   0.40     44.00

05/17/00
        BLG Draft discovery and edit          110.00   1.40    154.00
        BLG Respond to Plaintiff's discovery
            requests/edit responses           110.00   1.00    110.00
```

```
                                                        Page: 3
     Broward Sheriff's Office                    June 05, 2000
                                             Account No: BSO-39M
                                             Statement No:    1231
     Shotz, Frederick/GC55POL003780-MIC
```

|  | | Rate | Hours | |
|---|---|---|---|---|
| 05/18/00 | | | | |
| BLG | Draft and edit discovery and responses | 110.00 | 1.60 | 176.00 |
| BLG | Telephone conference with B. Herschaft | 110.00 | 0.30 | 33.00 |
| BLG | Legal research - internet search on F. Shotz | 110.00 | 0.70 | 77.00 |
| 05/19/00 | | | | |
| BLG | Legal research - discovery | 110.00 | 0.30 | 33.00 |
| 05/22/00 | | | | |
| BLG | Telephone conference with S. Cody re: discovery | 110.00 | 0.20 | 22.00 |
| BLG | Telephone conference with B. Herschaft re: order to Show Cause | 110.00 | 0.40 | 44.00 |
| 05/23/00 | | | | |
| BLG | Legal research - recently filed cases listed on internet by Plaintiff | 110.00 | 0.30 | 33.00 |
| 05/25/00 | | | | |
| BLG | Legal research - Plaintiff credibility/internet | 110.00 | 0.50 | 55.00 |
| | For Current Services Rendered | | 18.80 | 2,068.00 |

```
                          Recapitulation
```

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 2.40 | $110.00 | $264.00 |
| Bari L. Goldstein | 16.40 | 110.00 | 1,804.00 |

```
                              Costs

05/31/00 Postage                                          0.66
05/31/00 Photocopy charges                                9.45
05/31/00 Facsimile & Phone costs                         10.00
05/31/00 Online legal research (Westlaw April work)      72.42
```

Page: 4
Broward Sheriff's Office
June 05, 2000
Account No: BSO-39M
Statement No:    1231

Shotz, Frederick/GC55POL003780-MIC

| | |
|---|---|
| Total Costs | 92.53 |
| Total Current Work | 2,160.53 |
| Previous Balance | $4,354.41 |
| Balance Due | $6,514.94 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

LAW OFFICES OF

*Carmen Rodriguez, P.A.*

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein

Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale,  FL  33312

Page: 1
July 07, 2000
Account No: BSO-39M
Statement No:    1339

Attn: Lynn Futch, Esquire

Shotz, Frederick/GC55POL003780-MIC

**Payments received after 07/07/00
are not included on this statement.**

### Fees

|  | Rate | Hours |  |
|---|---|---|---|
| **06/01/00** |  |  |  |
| BLG Telephone conference with B. Herschaft | 110.00 | 0.30 | 33.00 |
| **06/05/00** |  |  |  |
| CRK Draft answer to discovery | 110.00 | 1.30 | 143.00 |
| BLG Telephone conference with L. Futch's office/Telephone conference with T. Schwartz re: documents | 110.00 | 0.30 | 33.00 |
| BLG Draft and edit discovery responses and requests | 110.00 | 0.80 | 88.00 |
| BLG Review County's Responses to Plaintiff's Discovery and review County's Requests | 110.00 | 0.40 | 44.00 |
| **06/06/00** |  |  |  |
| BLG Telephone conference with B. Herschaft | 110.00 | 0.30 | 33.00 |
| **06/07/00** |  |  |  |
| BLG Telephone conference with B. Herschaft/review documents received from BSO | 110.00 | 0.40 | 44.00 |

```
                                                                  Page: 2
        Broward Sheriff's Office                           July 07, 2000
                                                     Account No: BSO-39M
                                                  Statement No:     1339
        Shotz, Frederick/GC55POL003780-MIC
```

|  | Rate | Hours |  |
|---|---|---|---|
| 06/09/00 | | | |
| CRK Review settlement proposal | 110.00 | 0.30 | 33.00 |
| BLG Review letter/documents from T. Schwartz | 110.00 | 0.40 | 44.00 |
| 06/12/00 | | | |
| BLG Review documents re: Plaintiff/telephone conference with L. Futch | 110.00 | 0.40 | 44.00 |
| 06/13/00 | | | |
| BLG Review documents from client, T. Schwartz | 110.00 | 0.40 | 44.00 |
| 06/14/00 | | | |
| CRK Review article/telephone conference with Vogel of City of Hollywood/telephone conference with Abo/review other complaint allegations previous suits/telephone conference with L. Futch | 110.00 | 0.80 | 88.00 |
| BLG Review documents from T. Schwartz | 110.00 | 0.90 | 99.00 |
| BLG Review requests made to BSO/draft memo re: requested documents | 110.00 | 0.60 | 66.00 |
| BLG Telephone conference with L. Futch/legal research - internet article | 110.00 | 0.40 | 44.00 |
| 06/15/00 | | | |
| CRK Draft correspondence re: Plaintiff settlement proposal | 110.00 | 0.20 | 22.00 |
| 06/16/00 | | | |
| CRK Telephone conference with Lunny City of Plantation | 110.00 | 0.30 | 33.00 |
| BLG Legal research - internet search re: credibility | 110.00 | 0.70 | 77.00 |

Broward Sheriff's Office

Page: 3
July 07, 2000
Account No: BSO-39M
Statement No:    1339

Shotz, Frederick/GC55POL003780-MIC

|  | | Rate | Hours | |
|---|---|---|---|---|
| **06/19/00** | | | | |
| CRK | Telephone conference with Herschaft, Assistant County attorney | 110.00 | 0.30 | 33.00 |
| **06/23/00** | | | | |
| BLG | Legal research - current events - Plantation case | 110.00 | 0.70 | 77.00 |
| BLG | Telephone conference with co-defendant's counsel - Broward Co. | 110.00 | 0.30 | 33.00 |
| **06/26/00** | | | | |
| BLG | Review documents from T. Schwartz - correctional Health Care Manager | 110.00 | 2.00 | 220.00 |
| **06/27/00** | | | | |
| BLG | Review documents from client re: Plaintiff jail stay | 110.00 | 1.10 | 121.00 |
| BLG | Review documents - EMSA/BSO Contract/Nursing Protocol | 110.00 | 2.30 | 253.00 |
| BLG | Legal research - EMSA | 110.00 | 0.30 | 33.00 |
| BLG | Review documents - Policy & Procedures of EMSA | 110.00 | 2.60 | 286.00 |
| **06/28/00** | | | | |
| BLG | Review documents from client - policy and procedures of EMSA | 110.00 | 2.60 | 286.00 |
| BLG | Review documents from client - NCCHC standards for health Services | 110.00 | 2.80 | 308.00 |
| **06/29/00** | | | | |
| BLG | Review EMSA documents/draft memo to file | 110.00 | 1.70 | 187.00 |
| **06/30/00** | | | | |
| BLG | Review SOP's Manual - Corrections | 110.00 | 0.40 | 44.00 |

```
                                                       Page: 4
           Broward Sheriff's Office                July 07, 2000
                                             Account No: BSO-39M
                                             Statement No:   1339

           Shotz, Frederick/GC55POL003780-MIC
```

|  | Hours | Total |
|---|---|---|
| For Current Services Rendered | 26.30 | 2,893.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 3.20 | $110.00 | $352.00 |
| Bari L. Goldstein | 23.10 | 110.00 | 2,541.00 |

### Costs

| | | |
|---|---|---|
| 06/30/00 Postage | | 12.34 |
| 06/30/00 Photocopy charges | | 33.90 |
| 06/30/00 Facsimile & Phone costs | | 20.00 |
| Total Costs | | 66.24 |
| Total Current Work | | 2,959.24 |
| Previous Balance | | $6,514.94 |

### Payments

| | | |
|---|---|---|
| 06/12/00 Payment | | -4,354.41 |
| 07/03/00 Payment | | -2,160.53 |
| Total Payments | | -6,514.94 |
| Balance Due | | $2,959.24 |

```
           Please make check payable to Carmen Rodriguez, P.A.
           EIN: 65-0772495
```

LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

LAW OFFICES OF

## Carmen Rodriguez, P.A.

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein

Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL 33312

August 04, 2000
Account No: BSO-39M
Statement No: 1411

Attn: Elijah Williams, Esquire

Shotz, Frederick/GC55POL003780-MIC

**Payments received after 08/04/00
are not included on this statement.**

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 07/05/00 |  |  |  |  |
| CRK | Telephone conference with Plaintiff's counsel, Cody/review correspondence | 110.00 | 0.40 | 44.00 |
| BLG | Review file/review documents re: discovery | 110.00 | 0.30 | 33.00 |
| 07/06/00 |  |  |  |  |
| BLG | Review BSO policies/review documents re: jail and ADA | 110.00 | 1.00 | 110.00 |
| 07/11/00 |  |  |  |  |
| BLG | Review Court Order/docket/telephone conference with B. Herschaft | 110.00 | 0.80 | 88.00 |
| 07/12/00 |  |  |  |  |
| CRK | Telephone conference with Vogel/review documents | 110.00 | 0.50 | 55.00 |
| BLG | Review correspondence from B. Herschaft/conference call with B. Herschaft (2) | 110.00 | 0.60 | 66.00 |
| BLG | Legal research - re: tape - telephone conference with |  |  |  |

Broward Sheriff's Office

Page: 2
August 04, 2000
Account No: BSO-39M
Statement No:    1411

Shotz, Frederick/GC55POL003780-MIC

| | Rate | Hours | |
|---|---|---|---|
| counsel/review article and memorandums of law/internet search | 110.00 | 1.20 | 132.00 |

**07/13/00**

| | Rate | Hours | |
|---|---|---|---|
| CRK Telephone conference with B. Herschaft | 110.00 | 0.40 | 44.00 |
| BLG Legal research - defense argument - ADAAG/construction | 110.00 | 0.90 | 99.00 |
| BLG Telephone conference with B. Herschaft (2) re: depositions | 110.00 | 0.40 | 44.00 |

**07/14/00**

| | Rate | Hours | |
|---|---|---|---|
| BLG Draft correspondence to opposing counsel | 110.00 | 0.40 | 44.00 |
| CRK Telephone conference with B. Herschaft | 110.00 | 0.40 | 44.00 |

**07/17/00**

| | Rate | Hours | |
|---|---|---|---|
| BLG Legal research - ADAAG/new and existing buildings/internet article on Plaintiff/telephone conference with B. Herschaft/review case law re: ADAAG | 110.00 | 2.80 | 308.00 |

**07/19/00**

| | Rate | Hours | |
|---|---|---|---|
| BLG Legal research - ADAAG applicability | 110.00 | 0.90 | 99.00 |
| BLG Review S.O.P. re: special needs of inmates | 110.00 | 0.80 | 88.00 |
| BLG Telephone conference with Assistant Co. Attorney, Herschaft | 110.00 | 0.40 | 44.00 |

**07/20/00**

| | Rate | Hours | |
|---|---|---|---|
| BLG Draft correspondence to opposing counsel | 110.00 | 0.20 | 22.00 |

**07/21/00**

BLG Draft correspondence to opposing

```
                                                                      Page: 3
         Broward Sheriff's Office                            August 04, 2000
                                                         Account No: BSO-39M
                                                      Statement No:     1411
         Shotz, Frederick/GC55POL003780-MIC
```

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| counsel |  | 110.00 | 0.30 | 33.00 |

07/25/00
BLG Review correspondence from County
    Attorney/review County's Answer                 110.00     1.20     132.00

        For Current Services Rendered                        13.90   1,529.00

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 1.70 | $110.00 | $187.00 |
| Bari L. Goldstein | 12.20 | 110.00 | 1,342.00 |

### Costs

| | |
|---|---|
| 07/31/00 Photocopy charges | 11.10 |
| 07/31/00 Postage | 1.54 |
| 07/31/00 Facsimile & Phone costs | 30.00 |
| Total Costs | 42.64 |
| Total Current Work | 1,571.64 |
| Previous Balance | $2,959.24 |

### Payments

| | |
|---|---|
| 07/31/00 Payment | -2,959.24 |
| Balance Due | $1,571.64 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF

*Carmen Rodriguez, P.A.*

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein

Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL 33312

Page: 1
September 07, 2000
Account No: BSO-39M
Statement No:    1489

Attn: Elijah Williams, Esquire

Shotz, Frederick/GC55POL003780-MIC

**Payments received after 09/07/00
are _not_ included on this statement.**

Fees

|  | | Rate | Hours | |
|---|---|---|---|---|
| **08/01/00** | | | | |
| BLG | Telephone conference with B. Herschaft re: discovery | 110.00 | 0.40 | 44.00 |
| **08/07/00** | | | | |
| BLG | Telephone conference with assistant co-attorney, Herschaft re-discovery (2) | 110.00 | 0.50 | 55.00 |
| **08/08/00** | | | | |
| BLG | Draft correspondence to opposing counsel re: discovery | 110.00 | 0.40 | 44.00 |
| **08/11/00** | | | | |
| BLG | Document review re: inmate accommodations/Telephone conference with B. Herschaft, asst. co. attorney | 110.00 | 1.10 | 121.00 |
| **08/28/00** | | | | |
| BLG | Telephone conference with assistant co-attorney, Herschaft/review file/review correspondence/review discovery | | | |

```
                                                        Page: 2
  Broward Sheriff's Office                     September 07, 2000
                                               Account No: BSO-39M
                                             Statement No:    1489
  Shotz, Frederick/GC55POL003780-MIC
```

|  | Rate | Hours |  |
|---|---|---|---|
| and Orders | 110.00 | 1.30 | 143.00 |
| For Current Services Rendered |  | 3.70 | 407.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Bari L. Goldstein | 3.70 | $110.00 | $407.00 |

Costs

| 08/31/00 Photocopy charges | 5.70 |
|---|---|
| 08/31/00 Online legal research (Westlaw July work) | 2.45 |
| 08/31/00 Facsimile & Phone costs | 10.00 |
| Total Costs | 18.15 |
| Total Current Work | 425.15 |
| Previous Balance | $1,571.64 |

Payments

| 08/30/00 Payment | -1,571.64 |
|---|---|
| Balance Due | $425.15 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF

*Carmen Rodriguez, P.A.*

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein

Page: 1
October 04, 2000
Account No: BSO-39M
Statement No:    1498

    Broward Sheriff's Office
    2601 W. Broward Boulevard
    Suite 3548
    Ft. Lauderdale,  FL  33312

    Attn: Elijah Williams, Esquire

    Shotz, Frederick/GC55POL003780-MIC

        ***Payments received after 10/04/00
        are not included on this statement.***


                    Fees

                                Rate    Hours
09/14/00
    CLH Review file re: discovery
        correspondence and documents    70.00    1.00    70.00
    CLH Legal research - motion to compel   70.00    0.50    35.00
    CLH Review file/issues for motion to
        compel                          70.00    0.30    21.00
    CLH Draft Motion to Compel Discovery    70.00    3.50    245.00

09/18/00
    CLH Edit/finalize motion to compel      70.00    1.50    105.00

09/22/00
    CLH Review summary of documents         70.00    0.50    35.00
    CRK Review file re: status and draft
        memo                            110.00    1.00    110.00

09/25/00
    CLH Review Broward County's Motion to
        Compel and local rules          70.00    0.80    56.00
    CLH Edit and finalize motion to
        compel                          70.00    0.50    35.00
    CRK Review documents/prepare for
        Plaintiff's deposition/draft
        motion to compel                110.00    2.30    253.00

Broward Sheriff's Office

Account No: BSO-39M
Statement No:      1498

Shotz, Frederick/GC55POL003780-MIC

October 04, 2000

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 09/26/00 |  |  |  |  |
| CRK | Review file/case management issues | 110.00 | 1.20 | 132.00 |
| 09/27/00 |  |  |  |  |
| CLH | Review Complaint | 70.00 | 0.80 | 56.00 |
| 09/28/00 |  |  |  |  |
| CRK | Review documents for Plaintiff's deposition | 110.00 | 1.40 | 154.00 |
|  | For Current Services Rendered |  | 15.30 | 1,307.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 5.90 | $110.00 | $649.00 |
| Cheri Lynn Haleluk | 9.40 | 70.00 | 658.00 |

### Costs

| | |
|---|---|
| 09/29/00 Facsimile & Phone costs | 5.00 |
| 09/29/00 Postage | 6.05 |
| 09/29/00 Photocopy charges | 21.30 |
| Total Costs | 32.35 |
| Total Current Work | 1,339.35 |
| Previous Balance | $425.15 |

### Payments

| | |
|---|---|
| 10/02/00 Payment | -425.15 |
| Balance Due | $1,339.35 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495 LAW OFFICES OF CARMEN RODRIGUEZ, P.A.

LAW OFFICES OF

*Carmen Rodriguez, P.A.*

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Bari L. Goldstein
Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL 33312

Page: 1
November 03, 2000
Account No: BSO-39M
Statement No: 1547

Attn: Elijah Williams, Esquire

Shotz, Frederick/GC55POL003780-MIC

**Payments received after 11/03/00
are _not_ included on this statement.**

Fees

|  | Rate | Hours |  |
|---|---|---|---|
| **10/02/00** | | | |
| CRK Review docket/telephone conference with E. Williams/draft correspondence to E. Williams .50/hrs at No Charge | | | n/c |
| CLH Legal research - docket | 70.00 | 0.30 | 21.00 |
| CLH Review documents and edit summary of documents | 70.00 | 3.50 | 245.00 |
| CLH Outline amended complaint | 70.00 | 1.30 | 91.00 |
| **10/11/00** | | | |
| CRK Telephone conference with Herschaft, Broward County Assistant Attorney | 110.00 | 0.50 | 55.00 |
| **10/12/00** | | | |
| CLH Review file re: discovery | 70.00 | 0.30 | 21.00 |
| **10/18/00** | | | |
| CRK Telephone conference with Herschaft, Broward County attorney/prepare for deposition of Plaintiff | 110.00 | 2.20 | 242.00 |
| CLH Legal research re: shell | 70.00 | 0.50 | 35.00 |

```
                                                            Page: 2
  Broward Sheriff's Office                        November 03, 2000
                                                 Account No: BSO-39M
                                                 Statement No:   1547

  Shotz, Frederick/GC55POL003780-MIC
```

|  | | Rate | Hours | |
|---|---|---|---|---|
| **10/20/00** | | | | |
| | CRK Prepare for Plaintiff's deposition - outline and exhibits | 110.00 | 2.30 | 253.00 |
| **10/24/00** | | | | |
| | CRK Telephone conference with B. Herschaft re: Plaintiff's deposition | 110.00 | 0.30 | 33.00 |
| **10/25/00** | | | | |
| | CRK Telephone conference with Broward County attorney, Herschaft re: deposition and discovery | 110.00 | 0.50 | 55.00 |
| **10/27/00** | | | | |
| | CRK Telephone conference with B. Hershaft re: discovery | 110.00 | 0.60 | 66.00 |
| **10/30/00** | | | | |
| | CLH Review file and draft Defendant's Motion to entend discovery cut-off | 70.00 | 1.30 | 91.00 |
| | CLH Edit and finalize Motion | 70.00 | 0.80 | 56.00 |
| **10/31/00** | | | | |
| | CLH Edit and finalize Motion to Dismiss | 70.00 | 1.30 | 91.00 |
| | CRK Review file/legal research - failure to prosecute/draft motion to dismiss | 110.00 | 1.50 | 165.00 |
| | For Current Services Rendered | | 17.20 | 1,520.00 |
| | Total Non-billable Hours | | 0.50 | |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriquez, Esquire | 7.90 | $110.00 | $869.00 |
| Cheri Lynn Haleluk | 9.30 | 70.00 | 651.00 |

### Costs

```
10/31/00 Facsimile & Phone costs                            10.00
```

Broward Sheriff's Office

Shotz, Frederick/GC55POL003780-MIC

| | |
|---|---:|
| 0/31/00 Photocopy charges | 2.40 |
| Total Costs | 14.27 |
| Total Current Work | 1,534.27 |
| Previous Balance | $1,339.35 |
| Balance Due | $2,873.62 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF

## Carmen Rodriguez, P.A.

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez

Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL 33312

Page: 1
December 01, 2000
Account No: BSO-39M
Statement No:    1596

Attn: Elijah Williams, Esquire

Shotz, Frederick/GC55POL003780-MIC

**Payments received after 12/01/00
are not included on this statement.**

Fees

|  | Rate | Hours |  |
|---|---|---|---|
| **11/01/00** |  |  |  |
| CLH Edit final draft of Motion to Dismiss | 70.00 | 0.30 | 21.00 |
| **11/15/00** |  |  |  |
| CLH Review file/legal research on Pacer re: Motion to Dismiss | 70.00 | 0.50 | 35.00 |
| **11/16/00** |  |  |  |
| CRK Complete claims management reporting form/status summary | 110.00 | 1.20 | 132.00 |
| **11/20/00** |  |  |  |
| CRK Outline for Summary Judgment | 110.00 | 2.40 | 264.00 |
| CLH Legal research - docket on Pacer | 70.00 | 0.30 | 21.00 |
| CLH Review Plaintiff's amended complaint/outline allegations/review file | 70.00 | 3.80 | 266.00 |
| **11/21/00** |  |  |  |
| CLH Legal research - docket on Pacer | 70.00 | 0.30 | 21.00 |
| CLH Finish outlining Complaint | 70.00 | 0.50 | 35.00 |
| CLH Legal research and review ADA/prisons/service dogs | 70.00 | 2.80 | 196.00 |
| CLH Edit and finalize Complaint | 70.00 | 0.30 | 21.00 |

Broward Sheriff's Office

December 01, 2000
Account No: BSO-39M
Statement No:     1596

Shotz, Frederick/GC55POL003780-MIC

|  | Rate | Hours |  |
|---|---|---|---|
| **11/22/00** | | | |
| CLH Legal research and review standing | 70.00 | 1.50 | 105.00 |
| CLH Outline issues for summary judgment motion | 70.00 | 0.30 | 21.00 |
| CRK Review file/outline summary judgment issues | 110.00 | 2.30 | 253.00 |
| **11/27/00** | | | |
| CLH Review file/review motion to dismiss | 70.00 | 0.80 | 56.00 |
| CLH Legal research and review standing | 70.00 | 2.50 | 175.00 |
| CLH Legal research and review ADA statutes | 70.00 | 0.50 | 35.00 |
| CLH Legal research and review service dogs/auxiliary aids | 70.00 | 2.00 | 140.00 |
| CLH Legal research and review Florida Statues re: Broward County Jail | 70.00 | 0.80 | 56.00 |
| CLH Draft memo re: research | 70.00 | 1.50 | 105.00 |
| **11/28/00** | | | |
| CLH Review research and finish drafting memo | 70.00 | 1.30 | 91.00 |
| CLH Edit memo | 70.00 | 0.30 | 21.00 |
| **11/29/00** | | | |
| CLH Re-edit memo re: research | 70.00 | 0.50 | 35.00 |
| **11/30/00** | | | |
| CRK Review order granting defendants' motions/review file re status | 110.00 | 0.80 | 88.00 |
| CLH Finalize research memo | 70.00 | 0.30 | 21.00 |
| For Current Services Rendered | | 27.80 | 2,214.00 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 6.70 | $110.00 | $737.00 |
| Cheri Lynn Haleluk | 21.10 | 70.00 | 1,477.00 |

Costs

Broward Sheriff's Office

Page: 3
December 01, 2000
Account No: BSO-39M
Statement No:     1596

Shotz, Frederick/GC55POL003780-MIC

| | | |
|---|---|---|
| 12/05/00 Long distance telephone charges | | 10.00 |
| 12/05/00 photo copies | | 17.85 |
| 12/05/00 postage | | 3.52 |
| Total Costs | | 31.37 |
| Total Current Work | | 2,245.37 |
| Previous Balance | | $2,873.62 |

### Payments

| | |
|---|---|
| 11/03/00 Payment | -1,339.35 |
| Balance Due | $3,779.64 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF

## Carmen Rodriguez, P.A.

9130 S. DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1109
MIAMI, FLORIDA 33156
TELEPHONE (305) 670-8400
FACSIMILE (305) 670-8415

Carmen Rodriguez
Broward Sheriff's Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL 33312

Page: 1
December 31, 2000
Account No: BSO-39M
Statement No: 1898

Attn: Elijah Williams, Esquire

Shotz, Frederick/GC55POL003780-MIC

**_Payments received after 12/31/00
are not included on this statement._**

#### Fees

|  | Rate | Hours |  |
|---|---|---|---|
| **12/15/00** | | | |
| CRK Review file re: Order on discovery/status | 110.00 | 0.70 | 77.00 |
| **12/18/00** | | | |
| CRK Review Order re: discovery; Outline Motion to Dismiss | 110.00 | 0.80 | 88.00 |
| **12/19/00** | | | |
| CRK Draft Motion to Dismiss; Compile exhibits, dockets | 110.00 | 2.00 | 220.00 |
| CLH Legal research and review docket of pending actions; Edit Motion to Dismiss; Review file | 70.00 | 1.80 | 126.00 |
| **12/22/00** | | | |
| CRK Telephone conference with Hershaft | 110.00 | 0.50 | 55.00 |
| **12/26/00** | | | |
| CRK Review County's dismissal | 110.00 | 0.40 | 44.00 |
| For Current Services Rendered | | 6.20 | 610.00 |

Broward Sheriff's Office

Shotz, Frederick/GC55POL003780-MIC

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 4.40 | $110.00 | $484.00 |
| Cheri Lynn Haleluk | 1.80 | 70.00 | 126.00 |

Costs

| | | |
|---|---|---|
| 12/31/00 Long distance telephone charges and faxes | | 5.00 |
| 12/31/00 Westlaw research (November work) | | 150.61 |
| 12/31/00 Postage | | 2.53 |
| 12/31/00 Copies | | 23.40 |
| Total Costs | | 181.54 |
| Total Current Work | | 791.54 |
| Previous Balance | | $3,779.64 |

Payments

| | |
|---|---|
| 12/08/00 Payment | -1,534.27 |
| Balance Due | $3,036.91 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495

LAW OFFICES OF

*Carmen Rodriguez, P.A.*

9245 S.W. 157 STREET, SUITE 209
MIAMI, FLORIDA 33157
TELEPHONE: (305) 254-6101
FACSIMILE: (305) 254-6048
BROWARD LINE: (954) 578-0940

Carmen Rodriguez
Broward Co. Gonzalez Office
2601 W. Broward Boulevard
Suite 3548
Ft. Lauderdale, FL 33312

Page: 1
January 31, 2001
Account No: BSO-39M
Statement No:    1997

Attn: Elijah Williams, Esquire

Shotz, Frederick/GC55POL003780-MIC

**Payments received after 01/31/01
are _not_ included on this statement.**

### Fees

|  | Rate | Hours |  |
|---|---|---|---|
| **01/15/01** |  |  |  |
| CLH Review docket re: discovery. | 70.00 | 0.25 | 17.50 |
| **01/16/01** |  |  |  |
| CRK Review final Order of Dismissal; telephone conference with K. Kisslan; draft correspondence to client. | 110.00 | 0.50 | 55.00 |
| **01/29/01** |  |  |  |
| CRK Telephone conference E. Williams re: attorney's fees. | 110.00 | 0.30 | 33.00 |
| For Current Services Rendered |  | 1.05 | 105.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Carmen Rodriguez, Esquire | 0.80 | $110.00 | $88.00 |
| Cheri Lynn Haleluk | 0.25 | 70.00 | 17.50 |

### Costs

| | | |
|---|---|---|
| 01/31/01 Long distance telephone charges | | 3.00 |
| 01/31/01 Photocopy charges | | 2.85 |

Broward Sheriff's Office

January 31, 2001
Account No: BSO-39M
Statement No:    1997

Shotz, Frederick/GC55POL003780-MIC

| | | |
|---|---|---|
| 01/31/01 Postage | | 0.68 |
| 01/31/01 Court PACER service | | 23.65 |
| | Total Costs | 30.18 |
| | Total Current Work | 135.68 |
| | Previous Balance | $3,036.91 |

### Payments

| | | |
|---|---|---|
| 01/16/01 Payment | | -2,245.37 |
| | Balance Due | $927.22 |

Please make check payable to Carmen Rodriguez, P.A.
EIN: 65-0772495