**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

FREDERICK A. SHOTZ

CASE NO. 00-6088-CIV-DIMITROULEAS

Plaintiff,

Magistrate Judge Brown

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

Defendants.
_____/

## DEFENDANT BSO'S RULE 7.3 CERTIFICATION OF COUNSEL

Defendant, KEN JENNE, in his official capacity as Sheriff of Broward County (hereinafter "BSO"), pursuant to Local General Rule 7.3, hereby files this certification of its counsel as to its Motion for Attorney's Fees:

### Certification of Counsel

Pursuant to Local General Rule 7.3, undersigned counsel for Defendant certifies that counsel has made her best efforts to confer with counsel for Plaintiff with regard to Defendant's Motion for Attorney's Fees, in a good faith effort to resolve the Motion by agreement. However, this matter has failed to be resolved.

Respectfully submitted,

Carmen Rodriguez, P.A.
9245 S.W. 157 Street, Suite 209
Miami, Florida 33157
Ph: (305) 254-6101
Fx: (305) 254-6048
By: _____
Carmen Rodriguez
Florida Bar No. 710385

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen M. Cody, Esquire, Attorney for Plaintiff, 16610 S.W. 82nd Court, Miami, Florida, and to Beth-Ann Herschaft, Assistant County Attorney for Broward County, Governmental Center, Suite 423, 115 South Andrews Avenue, Fort Lauderdale, Florida 33301 this 13th day of February, 2001.

_____
Carmen Rodriguez

C:\DATA\BROWARD SHERIFF'S OFC (BSO)\Active\Shotz, Frederick\Certification of Counsel.wpd