UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CIV-DIMITROULEAS

FREDERICK SHOTZ,

        Plaintiff,

Magistrate Judge Johnson

v.

KEN JENNE, in his official capacity as
SHERIFF of Broward County, Florida,
and BROWARD COUNTY, FLORIDA

        Defendants.
_____/



FILED by _____ D.C.

MAY 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL JUDGMENT TAXING FEES AND COSTS

THIS CAUSE came on before the Court upon Defendants' Motions for Attorney's Fees and Costs. For the reasons expressed in this Court's Order granting those motions, separately entered today, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment for fees and costs is hereby entered in favor of the defendant, Broward County, and against the plaintiff, Frederick Shotz, and the defendant shall recover $22,007.40, plus interest thereon at the rate of 3.76% per annum from the date of this Final Judgment;

2. Execution of this judgment shall be stayed until July 2, 2001.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of May, 2001.

                                      UNITED STATES DISTRICT JUDGE
                                      WILLIAM P. DIMITROULEAS

copies to:

Stephen Michael Cody, Esq.
Carmen Rodriguez, Esq.
Beth-Ann Herschaft, Esq.

