**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

FREDERICK A. SHOTZ,

    Plaintiff,

vs.                               CASE NO.: 00-6088-CIV-DIMITROULEAS
                                 MAGISTRATE: JUDGE JOHNSON

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

    Defendants.

_____/

## NOTICE OF SERVICE OF INTERROGATORIES IN AID OF EXECUTION

Defendant, BROWARD COUNTY, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 69 (a) and Fed. R. Civ. P. 33 serves its Interrogatories In Aid of Execution to be answered by the Plaintiff within thirty (30) days of service.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was furnished by U.S. mail to STEVEN M. CODY, Esquire, Attorney for Plaintiff, 16610 Southwest 82nd Court, Miami, Florida 33317-3604; CARMEN RODRIGUEZ, P.A., Attorney for Defendant, KEN JENNE, 9245 Southwest 157th Street, Suite 209, Miami, Florida 33157, on this ___ day of September, 2001.

                                 EDWARD A. DION
                                 County Attorney for Broward County
                                 Governmental Center, Suite 423
                                 115 South Andrews Avenue
                                 Fort Lauderdale, Florida 33301
                                 Telephone: (954) 357-7600
                                 Telecopier: (954) 357-7641

                                 By _____
                                   SUSAN J. GAY
                                 Assistant County Attorney
                                 Florida Bar No. 0817635