## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FREDERICK A. SHOTZ
      Plaintiff,

CASE NO. 00-6088-CIV-DIMITROULEAS
Magistrate Judge Brown

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

      Defendants.

_____/

### DEFENDANT'S MOTION TO COMPEL DISCOVERY IN
### AID OF EXECUTION WITH INCORPORATED MEMORANDUM OF LAW

Defendant, Ken Jenne, in his official capacity as Sheriff of Broward County Florida (hereinafter "BSO"), through his counsel, Carmen Rodriguez, P.A., and pursuant to Rule 37, Fed. R. Civ. P. and Local Rules 7.1 and 26.1, hereby files this Motion to Compel Discovery in Aid of Execution with Incorporated Memorandum of Law, and in support thereof, states as follows:

1.      On or about May 23, 2001, this Court entered a Judgment in favor of Defendant, BSO in the amount of $25,710.70 for attorneys' fees and costs incurred.

2.      Plaintiff having failed to pay the judgment, on August 14, 2001, Defendant, BSO served Plaintiff with Interrogatories in aid of execution of the judgment (see attached copy). Plaintiff has failed to respond to the interrogatories in any way.

3.      Defendant, BSO's counsel has made several good faith efforts with respect to Plaintiff's noncompliance, but Plaintiff's counsel has been completely unresponsive.

WHEREFORE, Defendant, BSO respectfully requests that this Motion to Compel Discovery



In Aid of Execution be granted and sanctions imposed.

## **Argument and Citation of Authority**

It is abundantly clear that there has been complete unresponsiveness here. Since commencement of litigation, Plaintiff failed to produce any documents whatsoever to either Defendant pursuant to their discovery requests. Ultimately, Plaintiff's unresponsiveness led to the dismissal of this action. Subsequently, this Court granted both Defendants attorneys' fees and costs in an Order dated May 23, 2001 for Plaintiff's lack of responsiveness and for failure to comply with an Order by this Court dated November 29, 2000, compelling discovery.

Now, Plaintiff has once again failed to answer our discovery request in aid of execution of the judgment. Plaintiff's repeated lack of responsiveness evidences his pattern of complete disregard for the rules of this Court. Plaintiff has had both ample time and opportunity in which to comply with the discovery requests, throughout the litigation and now in aid of executing the judgment, yet, he has neglected to do so. Ultimately, Plaintiff is interfering with this matter's timely completion, as Defendant, BSO will not be able to move forward with the execution until Plaintiff produces the requested information.

Therefore, Defendant, BSO is requesting that Plaintiff provide all required responses to its Interrogatories in Aid of Execution. Finally, pursuant to Local Rule 26.1(i), Defendant, BSO's counsel certifies that she has made several reasonable efforts to contact Plaintiff's counsel and resolve this issue, to absolutely no avail.

Accordingly, Defense counsel respectfully requests that this Court order Plaintiff to produce the responses to its discovery requests. Defendant, BSO further requests appropriate sanctions

CASE NO. 00-6088-CIV-DIMITROULEAS

pursuant to Rule 37, Fed. R. Civ. P.

Respectfully submitted,

Carmen Rodriguez, P.A.
Counsel for Defendant
9245 S.W. 157 Street, Suite 209
Miami, Florida 33157
Ph: (305) 254-6101

By: _____
     Carmen Rodriguez
     Florida Bar No. 710385

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen

M. Cody, Esquire, Attorney for Plaintiffs, 16610 S.W. 82nd Court, Miami, Florida, and to Susan J.

Gay, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Fort

Lauderdale, Florida 33301 this 21 day of September, 2001.

_____
Carmen Rodriguez

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

FREDERICK A. SHOTZ

      Plaintiff,

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

      Defendants.

_____/

CASE NO. 00-6088-CIV-DIMITROULEAS
Magistrate Judge Johnson

## INTERROGATORIES IN AID OF WRIT OF EXECUTION

Defendant, Ken Jenne, in his official capacity as Sheriff of Broward County (hereinafter

"BSO"), through his counsel, Carmen Rodriguez, P.A., and pursuant to Rule 69(a), Fed. R. Civ. P.,

serves its Interrogatories in Aid of Writ of Execution, to be answered by Plaintiff within thirty (30)

days from the date of service of these interrogatories and as otherwise required by said Rules.

                    Respectfully submitted,

                    Carmen Rodriguez, P.A.
                    Counsel for Defendant
                    9245 S.W. 157 Street, Suite 209
                    Miami, Florida 33157
                    Ph: (305) 254-6101
                    Fx: (305) 254-6048

                    By: _____
                    Carmen Rodriguez
                    Florida Bar No. 710385

                    _____
                    Madid C. Gonzalez
                    Florida Bar No. 338760

1.     Please list all of your current employers along with corresponding addresses, phone numbers,

supervisors, positions, and wages.

.

2.  Please specify any checking as well as savings accounts you currently possess, including bank name and account number.

3.    Please provide total current cash balance as well as checking and savings account balances

for each account stated in response to Interrogatory No. 2.

4.    Please state with specificity all real estate properties, which you currently own, along with any applicable mortgages and account numbers, including but not limited to principal place of residence, family farm, rental properties, land, second or summer homes, multi-family dwellings, etc.

5.    Please provide the current market value of each real estate property stated in your response

to Interrogatory No. 4.

6.     Please state with specificity all personal property, which you currently own, including but

not limited to cars, boats, etc.

7.    Please provide the current market value of each personal property stated in your response to

Interrogatory No. 6.

8

8.     Please state with specificity all investments you currently possess, along with applicable account numbers, including but not limited to businesses, trust funds, money market funds, mutual funds, certificates of deposit, stocks, stock options, bonds, other securities, IRAs, commodities, etc.

9.    Please provide the current market value of each of the investments stated in your response

to Interrogatory No. 8.

10.    Please state any other source and amount of income including, but not limited to, money

judgments in your favor.

<u>CERTIFICATION</u>

_____

Frederick Shotz

State of Florida    )
County of _____)

     I HEREBY CERTIFY that on this day, before me, an officer duly authorized to administer

oaths, personally appeared in the county and state aforesaid Firebrick Shotz, who was personally

known to me or who identified himself through _____, and who, after being duly

sworn, says that the foregoing answers are true and correct to the best of his personal knowledge.

     IN WITNESS HEREOF I set my signature and official seal this \_\_\_ day of _____, 2001.

_____

Notary Public

My commission expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Stephen

M. Cody, Esquire, Attorney for Plaintiffs, 16610 S.W. 82nd Court, Miami, Florida, and to Beth-Ann

Herschaft, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue,

Fort Lauderdale, Florida 33301 this 14 day of August, 2001.

Madid C. Gonzalez
Florida Bar No. 338760