**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6088-CIV-DIMITROULEAS/JOHNSON



RECD by ___ D.C.
DKTG
OCT 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FREDERICK A. SHOTZ,

Plaintiff,

vs.

KEN JENNE, SHERIFF OF BROWARD COUNTY, et al

Defendant.
_____/

FILED by ___ D.C.
SEP 27 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Compel Discovery In Aid of Execution, filed September 24, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **GRANTED**. Plaintiff shall answer the outstanding discovery within ten (10) days of entry of this Order. Failure to comply may result in additional sanctions, including, but not limited to, fees, costs and contempt of court. Defendant's request for fees and costs incurred by Plaintiff's failure to comply with his discovery obligations is granted. Plaintiff shall pay $175.00 in fees and costs to Defendant.

**DONE AND ORDERED** on September 27, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas



Carmen Rodriguez, Esquire
    9245 S.W. 157 Street   Ste. 209
    Miami, Florida 33157
Stephen M. Cody, Esquire
    16610 S.W. 82nd Court
    Miami, Florida
Susan J. Gay, Asst. County Attorney
    Governmental Center   Ste. 423
    115 South Andrews Avenue
    Fort Lauderdale, Florida 33301