

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

FREDERICK A. SHOTZ

    Plaintiff,

vs.

KEN JENNE, in his official capacity
As Sheriff of Broward County, Florida
And the BROWARD COUNTY COMMISSION,

    Defendants.

_____/

CASE NO.: 00-6088 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel and files this, his Notice of Appearance on behalf of Plaintiff, FREDERICK A. SHOTZ ("Plaintiff")

Please direct all future Orders and Correspondence to the undersigned.

Dated this 11th day of October, 2001.



Respectfully submitted,

By: _____
Gregory E. Schwartz, Esq.
Florida Bar No. 95559
Law Offices of Gregory E. Schwartz
Attorney for Plaintiff
4030-C Sheridan Street
Hollywood, Florida 33021
Telephone:   (954) 966-2483
Fax :            (954) 212-2940

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. Mail this __11__ day of October, 2001 to Carmen Rodriguez, P.A., Attorney for BSO, 9130 S. Dadeland Blvd, Two Datran Center, Suite 1109, Miami, Florida 33156 and Beth Ann Herschaft, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Ft. Lauderdale, Florida 33301.

By: _____
Gregory E. Schwartz, Esq.
Florida Bar No. 95559