

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

FREDERICK A. SHOTZ

    Plaintiff,

vs.

KEN JENNE, in his official capacity
As Sheriff of Broward County, Florida
And the BROWARD COUNTY COMMISSION,

    Defendants.

_____/

CASE NO.: 00-6088 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

## MOTION TO SEAL PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

Plaintiff, FREDERICK A. SHOTZ ("Plaintiff"), by and through his undersigned counsel, hereby moves this Court to file under seal its Motion for Relief from Judgment and states:

1.    In connection with the filing of this Motion, the Plaintiff is filing a Motion for Relief from Judgment which contains confidential information regarding an individual associated with this case.

As such, the Plaintiff respectfully requests that this Motion be filed under seal so that it not be available to the public.

Dated this 11th day of October, 2001.

        Respectfully submitted,

By: _____
    Gregory E. Schwartz, Esq.
    Florida Bar No. 95559
    Law Offices of Gregory E. Schwartz
    Attorney for Plaintiff
    4030-C Sheridan Street
    Hollywood, Florida 33021
    Telephone: (954) 966-2483
    Fax: (954) 212-2940

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. Mail this 11 day of October, 2001 to Carmen Rodriguez, P.A., Attorney for BSO, 9130 S. Dadeland Blvd, Two Datran Center, Suite 1109, Miami, Florida 33156 and Beth Ann Herschaft, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Ft. Lauderdale, Florida 33301.

By: _____
    Gregory E. Schwartz, Esq.
    Florida Bar No. 95559