# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FREDERICK A. SHOTZ,

                Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

                Defendants.

_____/

CASE NO. 00-6088-CIV-DIMITROULEAS

MAGISTRATE: JUDGE JOHNSON

NIGHT BOX
FILED

JAN 2 8 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT BROWARD COUNTY'S MOTION TO COMPEL DISCOVERY IN AID OF EXECUTION WITH INCORPORATED MEMORANDUM OF LAW

Defendant, BROWARD COUNTY (hereinafter "COUNTY"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 37 and Local Rules 7.1 and 26.1, S.D. Fla. L.R., files this Motion to Compel Discovery in Aid of Execution with Incorporated Memorandum of Law. In support of its Motion, BROWARD COUNTY states the following:

1.      On May 23, 2001, this Honorable Court entered a Final Order granting COUNTY's Motion for Attorneys' Fees in this cause.

2.      Also on May 23, 2001, this Honorable Court entered a Final Judgment Taxing Fees and Costs in favor COUNTY.

3.     Because Plaintiff failed to pay the subject Judgment, COUNTY served Plaintiff with Amended Interrogatories in Aid of Execution on December 8, 2001 (attached hereto and incorporated herein as Exhibit "A").

4.     Upon receipt of said Amended Interrogatories, Plaintiff requested an extension of time in which to file a response.

5.     COUNTY agreed to allow Plaintiff an extension of time until January 15, 2002, in which to respond to said Interrogatories.

6.     Plaintiff has not responded as of this date.

7.     Plaintiff has represented to COUNTY that he cannot tell COUNTY when or if such answers might be forthcoming.

8.     Plaintiff is aware that this Motion is being filed as a result of such refusal to respond to COUNTY's Interrogatories.

WHEREFORE, Defendant BROWARD COUNTY respectfully requests that this Honorable Court grant BROWARD COUNTY's Motion to Compel Discovery In Aid of Execution, and grant such other relief, including sanctions, as this Court deems appropriate.

## MEMORANDUM OF LAW

Pursuant to Fla. R. Civ. P. 37(d), if a party fails to serve answers or objections to interrogatories after proper service of such interrogatories, the Court may take any action authorized under the Rules.   The history of this case is rife with Plaintiff's refusal to respond to all discovery requests.   This Honorable Court has issued court orders granting

CASE NO. 00-6088-CIV-DIMITROULEAS

both Defendants their attorneys' fees and costs for Plaintiff's failure to comply with the discovery requests made prior to dismissal of this case, and for Plaintiff's failure to comply with this Court's Order of November 29, 2000.

In conformance with Local Rule 26.I(i), S.D. Fla. L.R. and Local Rule 7.1, COUNTY has attempted to resolve this matter with Plaintiff through several conversations, and by allowing Plaintiff an extension of time in which to comply. Plaintiff's only response has been to inform COUNTY that he cannot provide a time when or if such compliance will be forthcoming. Because of this continued lack of responsiveness on the part of the Plaintiff, COUNTY has been forced to request judicial intervention so that COUNTY may proceed with the execution of the Judgment rendered by this Court on May 23, 2001.

WHEREFORE, Defendant BROWARD COUNTY respectfully requests that this Honorable Court grant BROWARD COUNTY's Motion to Compel Discovery In Aid of Execution, and grant such other relief, including sanctions, as this Court deems appropriate.

CASE NO. 00-6088-CIV-DIMITROULEAS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was furnished by U.S. mail to Gregory E. Schwartz, Esquire, Attorney for Plaintiff, Law Offices of Gregory E. Schwartz, 4030-C Sheridan Street, Hollywood, Florida 33021; and Carmen Rodriguez, P.A., Attorney for Defendant, KEN JENNE, 9245 Southwest 157th Street, Suite 209, Miami, Florida 33157, on this 28th day of January, 2002.

EDWARD A. DION
County Attorney for Broward County
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone:   (954) 357-7600
Telecopier:   (954) 357-7641

By _____
BETH-ANN E. HERSCHAFT
Assistant County Attorney
Florida Bar No. 010804

-4-

CASE NO. 00-6088-CIV-DIMITROULEAS

## <u>INTERROGATORIES IN AID OF EXECUTION</u>

1.      Please identify and state with specificity the name, address, phone numbers, position, and relationship to the plaintiff of all persons assisting in the preparation of your answers or providing factual information in connection with your responses to these Interrogatories.



CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

2.    Please identify and state with specificity all real estate properties you currently own, including but not limited to primary residence, second homes, vacation homes, summer homes, multi-family dwellings, commercial building, farms, rental properties, land, condominiums, time share, etc.  Describe the ownership interest you have in each of these properties.  If there is a mortgage on any of these properties, identify the holder of the mortgage, stating the name address and phone number of the mortgagee.  Include applicable account numbers; how much is owed on the mortgage; and the amount of equity in each property.  If there is a lien, please identify and state with specificity the lien holder, including name, address, phone number, type of lien, and amount of lien.

CASE NO. 00-6088-CIV-DIMITROULEAS

3.   Please state the current market value of each real estate property identified in Interrogatory No. 2, and from where you retrieved that information.

CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

4.    Please identify and state with specificity all personal property which you currently own or have an ownership interest in, including but not limited to: cars, trucks, boats, mobile homes, jewelry, home furnishings, computers, VCRs, TVs, stereo equipment, sporting equipment, etc. If there are liens on any of the property(ies), identify the lien holder, including name, address, phone number, amount, and type of lien. If you carry insurance on any of the personal property(ies), please identify the insurance company or insurer, including the name, address, phone number, amount, and type of insurance.

CASE NO. 00-6088-CIV-DIMITROULEAS

5.    Please state the current market value of each item of personal property identified
      in Interrogatory No. 4, and from where you retrieved that information.

CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

6.    Please identify and state with specificity all the investments you currently have, including but not limited to: money market funds, mutual funds, certificates of deposit, trust funds, stocks, stock options, bonds, other securities, commodities, IRAs, KEOGHs, 401Ks, retirement funds or accounts, annuities, life insurance, etc. Please identify the account number and the name, address, and phone number of the company, bank, institution, or other location of the accounts.

CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

7.    Please state the current market value of each of the investments identified in Interrogatory No. 6, and from where you retrieved that information on each investment.

CASE NO. 00-6088-CIV-DIMITROULEAS

8.    Please identify and state with specificity all checking accounts, savings accounts, and safe deposit boxes on which your name is listed.  Please include each account number and the name, address, and phone number of the bank, institution, or other location of the accounts and safe deposit boxes.

CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

9.    Please state the cash balance in each checking and savings account identified in Interrogatory No. 8.  Also, please state the contents of each and every safe deposit box identified in Interrogatory No. 8.

CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

10.   Please identify all of your current employers including names, addresses, phone
      numbers.  Please state your job titles and give a detailed job description including
      your duties as well as your salary, income, or wages for each job.

CASE NO. 00-6088-CIV-DIMITROULEAS

11.    Please identify and describe in detail anything else you do that provides income, including, but not limited to, working for yourself or as a consultant, educator, therapist, etc.  Please identify and state with specificity what you do, who you work for, including name, address, phone number, and how much you earn.

CASE NO. 00-6088-CIV-DIMITROULEAS

12.    Please identify and describe in detail any businesses or corporations you own or have an ownership interest in. Please identify and describe in detail any corporations in which you are an officer or director. Please include the names, addresses, and phone numbers of each business and corporation. State how much income or money you earn from each business or corporation.

CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

13.   Please identify and describe in detail any right, interest, or money owed you resulting from any action in court.  Please include actions now pending in court or money judgments rendered in your favor.  Please describe the court cases by the style, case number, and court.

CASE NO. 00-6088-CIV-DIMITROULEAS

14.    Have you filed tax returns in the last two (2) years?  If you have, please state your income for the years 1999 and 2000.  If an accountant does your tax work, please identify the accountant including name, address, and phone number.  Please identify and describe in detail the documents the accountant filled out for you in the last two (2) years.

CASE NO. 00-6088-CIV-DIMITROULEAS

15.   Please identify and describe in detail any records, documents, or financial statements that show your assets, liabilities, income, or expenses.

CASE NO. 00-6088-CIV-DIMITROULEAS

16.     Please identify and state with specificity all credit cards you hold.  Please include the name, address, and phone number of the credit card company and the account number of each card.

CASE NO. 00-6088-CIV-DIMITROULEAS

CASE NO. 00-6088-CIV-DIMITROULEAS

17.    Please identify and describe in detail all insurance policies you have and all insurance policies in which you are the beneficiary.  Please include the name, address, and phone number of the company, bank, institution, or location of each policy and the policy numbers.

CASE NO. 00-6088-CIV-DIMITROULEAS

18.    Please identify and state with specificity all other assets, sources of income, including but not limited to: judgments, government benefits, or any other type of benefits you receive that have not already been identified. Please include a detailed description of each of these.

CASE NO. 00-6088-CIV-DIMITROULEAS

STATE OF FLORIDA          )
                          )
COUNTY OF BROWARD  )


      BEFORE ME, the undersigned authority, personally appeared _____ _____, who, being by me first duly sworn on oath, deposes and says that he/she has read the attached Answers to Interrogatories and that they are true and correct.


                                          _____
                                                AFFIANT

      The foregoing instrument was acknowledged before me this _____ day of _____, 2002, by _____, who is personally known to me or who has produced _____ as identification and who did (did not) take an oath.


                            NOTARY PUBLIC:
                            Signature:_____


                            Print Name:_____


                            (Seal)


My Commission Expires:

CASE NO. 00-6088-CIV-DIMITROULEAS

H:\DATA\DIV5\Cases\Shotz\Mot & Pleadings\motioncompelanswersinterrogs.wpd