UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

FREDERICK A. SHOTZ,

    Plaintiff,

vs.

KEN JENNE, in his official capacity
As Sheriff of Broward County, Florida
And the BROWARD COUNTY COMMISSION,

    Defendants.

_____/

CASE NO.: 00-6088 CIV-DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

## PLAINTIFF'S NOTICE OF WITHDRAW OF MOTION FOR RELIEF FROM JUDGMENT

Plaintiff, FREDERICK A. SHOTZ ("Plaintiff"), by and through his undersigned counsel, hereby files this Notice of Withdraw of Motion for Relief From Judgment and states as follows:

1.    The parties have resolved this matter. As a result, the Plaintiff is withdrawing his Motion for Relief From Judgment.

Dated this ____ day of May, 2002.

        Respectfully submitted,

        By:_____
        Gregory E. Schwartz, Esq.
        Florida Bar No. 95559
        Law Offices of Gregory E. Schwartz
        Attorney for Plaintiff
        4030-C Sheridan Street
        Hollywood, Florida 33021
        Telephone:   (954) 966-2483
        Fax :          (954) 966-2566



-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. Mail to Carmen Rodriguez, P.A., Attorney for BSO, 9130 S. Dadeland Blvd, Two Datran Center, Suite 1109, Miami, Florida 33156 and Beth Ann Herschaft, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Fort Lauderdale, Florida 33301.

By: _____
Gregory E. Schwartz, Esq.
Florida Bar No. 95559