UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FREDERICK A. SHOTZ,  CASE NO. 00-6088-CIV-DIMITROULEAS

MAGISTRATE: JUDGE JOHNSON

Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

Defendants.
_____/

### DEFENDANT, BROWARD COUNTY'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL DISCOVERY

Defendant, BROWARD COUNTY, by and through its undersigned counsel, hereby files this Notice of Withdrawal of its Motion to Compel Discovery, and in support thereof, states the following:

1. The parties have resolved this matter. As a result, BROWARD COUNTY is withdrawing its Motion to Compel Discovery.

Dated this 31st day of May, 2002.

Respectfully submitted,

EDWARD A. DION
County Attorney for Broward County
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida  33301
Telephone:  (954) 357-7600
Telecopier: (954) 357-7641

By /s/ Beth-Ann E. Herschaft
BETH-ANN E. HERSCHAFT
Assistant County Attorney
Florida Bar No. 010804



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was furnished by U.S. mail to Gregory E. Schwartz, Esquire, Attorney for Plaintiff, Law Offices of Gregory E. Schwartz, 4030-C Sheridan Street, Hollywood, Florida 33021; and Carmen Rodriguez, P.A., Attorney for Defendant, KEN JENNE, 9245 Southwest 157th Street, Suite 209, Miami, Florida 33157, on this 31th day of May, 2002.

/BETH-ANN E. HERSCHAFT/
Assistant County Attorney
Florida Bar No. 010804

H:\DATA\DIV5\Cases\Shotz\Mot & Pleadings\notice withdraw motion compel