UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CIV-DIMITROULEAS

FREDERICK SHOTZ,

    Plaintiff,

Magistrate Judge Johnson

v.

KEN JENNE, in his official capacity as
SHERIFF of Broward County, Florida,
and BROWARD COUNTY, FLORIDA

    Defendants.
_____/

FILED by _____ D.C.

JUN 04 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER TERMINATING MOTIONS AS MOOT

THIS CAUSE is before the Court upon Plaintiff's Motion to Seal Motion for Relief from Judgment [DE 60], Defendant Ken Jenne's Motion for Contempt and Sanctions [DE 61], Broward County's Motion to Compel Discovery [DE 66], Plaintiff's Withdrawal of Motion for Relief [DE 68] and Defendant Broward County's Withdrawal of Motion [DE 69]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

In addition to the withdrawal of Plaintiff's motion for relief from judgment and Broward County's withdrawal of its motion, the Court has been advised that all parties have settled the outstanding post-dismissal motions. The Court will grant Plaintiff's motion to seal the motion for relief from judgment. The proposed order sealing the material asked that upon closing of the matter that the sealed material be returned to Plaintiff's counsel. The Court will grant this relief.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Seal Motion for Relief from Judgment [DE 60] is hereby **GRANTED**. Docket Entry 59 shall remain sealed;

2. Plaintiff's counsel, Gregory Schwartz, Esq., may present a copy of this Order to the Clerk



of Court in Fort Lauderdale, and receive the filed original of the material sealed at docket entry 59;

3. Defendant Ken Jenne's Motion for Contempt [DE 61-1] and Sanctions [DE 61-2] is hereby **DENIED** as moot;

4. Broward County's Motion to Compel Discovery [DE 66] is hereby **DENIED** as moot.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida this ____ day of June, 2002.

UNITED STATES DISTRICT JUDGE
WILLIAM P. DIMITROULEAS

copies to:

Chief Magistrate Judge Johnson (WPB)
Gregory Schwartz, Esq.
Stephen Michael Cody, Esq.
Carmen Rodriguez, Esq.
Beth-Ann Herschaft, Esq.