UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FREDERICK A. SHOTZ
        Plaintiff,

v.

KEN JENNE, in his official capacity
as Sheriff of Broward County, Florida,
and the BROWARD COUNTY
COMMISSION,

        Defendants.
_____/

CASE NO. 00-6088-CIV-DIMITROULEAS
Magistrate Judge Brown



## DEFENDANT'S NOTICE OF SATISFACTION OF FINAL JUDGMENT

Defendant, Ken Jenne, in his official capacity as Sheriff of Broward County Florida (hereinafter "BSO"), through his counsel, Carmen Rodriguez, P.A., hereby files this Notice of Satisfaction of Final Judgment, and in support thereof, states as follows:

1. On May 23, 2001, this Court entered a Judgment in favor of Defendant, the Sheriff of Broward County and against Plaintiff, Frederick Shotz in this matter.

2. On or about April 25, 2002, the parties reached an agreement which satisfies this judgment in full.

WHEREFORE, Defendant, BSO respectfully requests that this Notice of Satisfaction of Judgment be entered and the Final Judgment be deemed satisfied in full.

CASE NO. 00-6088-CIV-DIMITROULEAS

Respectfully submitted,

Carmen Rodriguez, P.A.
Counsel for Defendant
9245 S.W. 157 Street, Suite 209
Miami, Florida 33157
Ph: (305) 254-6101

By: _____
Carmen Rodriguez
Florida Bar No. 710385

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U. S. mail to Gregory E. Schwartz, 4030-C Sheridan Street, Hollywood, Florida 33021 and to Beth-Ann Herschaft, Assistant County Attorney, Governmental Center, Suite 423, 115 South Andrews Avenue, Fort Lauderdale, Florida 33301 this 3 day of June, 2002.

_____
Carmen Rodriguez