UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FREDERICK A. SHOTZ,          CASE NO. 00-6088-CIV-DIMITROULEAS

               MAGISTRATE: JUDGE JOHNSON

     Plaintiff,

v.

KEN JENNE, in his official capacity as
Sheriff of Broward County, Florida, and
BROWARD COUNTY, FLORIDA,

     Defendants.
_____/



### DEFENDANT, BROWARD COUNTY'S NOTICE OF SATISFACTION OF FINAL JUDGMENT

Defendant, BROWARD COUNTY, by and through its undersigned counsel, hereby files this Notice of Satisfaction of Final Judgment, and in support thereof, states the following:

1. On or about May 23, 2001, this Court entered a Judgment in favor of Defendant, BROWARD COUNTY, and against Plaintiff, FREDERICK SHOTZ in this matter.

2. On or about April 25, 2002, the parties reached an agreement which satisfies this judgment in full.

WHEREFORE, Defendant, BROWARD COUNTY, respectfully requests that this Notice of Satisfaction of Judgment be entered and the Final Judgment be deemed satisfied in full.



CASE NO. 00-6088-CIV-DIMITROULEAS

Respectfully submitted,

EDWARD A. DION
County Attorney for Broward County
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 357-7600
Telecopier: (954)-357-7641

By _____
BETH-ANN E. HERSCHAFT
Assistant County Attorney
Florida Bar No. 010804

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was furnished by U.S. mail to Gregory E. Schwartz, Esquire, Attorney for Plaintiff, Law Offices of Gregory E. Schwartz, 4030-C Sheridan Street, Hollywood, Florida 33021; and Carmen Rodriguez, P.A., Attorney for Defendant, KEN JENNE, 9245 Southwest 157th Street, Suite 209, Miami, Florida 33157, on this 6th day of June, 2002.

_____
BETH-ANN E. HERSCHAFT
Assistant County Attorney
Florida Bar No. 010804

BEH/jeb
H:\DATA\DIV5\Cases\Shotz\Mot & Pleadings\notice satis judgment